# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>MARIO CASTRO, et al.,<br><br>　　　　　　　Defendants. | Case No.: 2:19-cr-00295-GMN-NJK<br><br>**Order Setting Hearing** |

　　The Court SETS a status hearing regarding discovery in the instant case for January 6, 2020, at 10:00 a.m. All counsel are required to be personally present.

　　IT IS SO ORDERED.

　　DATED: December 26, 2019.

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE