RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BRIAN PUGH
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brian_Pugh@fd.org

Attorney for Mario Castro

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARIO CASTRO,<br><br>　　　　　Defendant. | Case No. 2:19-CR-295-GMN-NJK<br><br>**STIPULATION TO CONTINUE DEADLINE TO FILE DETENTION APPEAL**<br>(First Request) |

　　　IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Timothy Finley, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Brian Pugh, Assistant Federal Public Defender, counsel for Mario Castro, that the deadline to file the detention appeal be August 14, 2020.

This Stipulation is entered into for the following reasons:

1. Mr. Castro intends to file a motion for the district judge to review the magistrate judge's denial of his motion for reconsideration of his pretrial detention. This motion will be filed pursuant to 18 U.S.C. § 3145(b).

2. Under LCR 12-3, a motion for district judge review of a magistrate judge's detention order "must be filed and served without undue delay."

3. The parties agree that the filing of the motion for district judge review by August 14, 2020 will filing and service "without undue delay."

This is the first request to continue the deadline to file the motion for district judge review of the magistrate judge order denying the motion for reconsideration of detention. ECF No. 121.

DATED this 5th day of August 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NCHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Brian Pugh*<br>By_____<br>BRIAN PUGH<br>Assistant Federal Public Defender | */s/ Timothy Finley*<br>By_____<br>TIMOTHY FINLEY<br>Assistant United States Attorney |

2

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>MARIO CASTRO,<br><br>      Defendant. | Case No. 2:19-CR-295-GMN-NJK<br><br>ORDER |

**ORDER**

**IT IS HEREBY ORDERED** that the parties' Stipulation to Continue Deadline to File Detention Appeal, (ECF No. 124), is **GRANTED**. Defendant shall have until August 14, 2020, to file a motion for district judge review.

DATED this __5__ day of August, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

3