**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIO CASTRO<br><br>Defendant. | Case No.   2:19-cr-295-GMN-NJK<br><br>**WAIVER OF RIGHT TO APPEAR IN PERSON AT CRIMINAL PROCEEDING** |

     I understand that I have a right to appear in person in court at the detention hearings in this case scheduled for August 26, 2020. I have been advised of the nature of these proceedings and my right to appear in person. I have been informed that I may appear by video teleconference, or telephone conference if video conference is not reasonably available, in light of the spread of the COVID-19 virus in the District of Nevada and in order to protect my health and safety, as well as those of the attorneys, the court and court staff.

     Understanding my right to appear in person, I knowingly and voluntarily waive my right to appear at this proceeding in person, and I consent to appear by video teleconference or by telephone conference where the video teleconference is not reasonably available. I consulted with my attorney prior to deciding to waive my right to appear in person at this proceeding.

/s/ *Mario Castro*       *8/21/20*
Defendant's Signature        (date)

/s/ *Brian Pugh*        *8/21/20*                                     8/26/2020
Signature of Defendant's Attorney    (date)       Judge's Signature            (date)

Brian Pugh                                                       NANCY J. KOPPE, U.S. Magistrate Judge
Printed Name of Defendant's Attorney           Judge's Printed Name and Title