# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>MARIO CASTRO,<br><br>            Defendant. | Case No.: 2:19-cr-00295-GMN-NJK<br><br>**ORDER**<br>(Docket No. 163) |

Pending before the Court is the parties' stipulation to modify conditions of pretrial release. Docket No. 163. The parties ask the Court to modify Defendant's pretrial release conditions to allow him to change his residence and to further allow him to change his third-party custodian. *Id*. at 2. The parties submit that Defendant's Pretrial Services Officer does not object to this request and that Defendant has, to date, complied with his conditions of release. *Id*.

Accordingly,

IT IS ORDERED that the parties' stipulation, Docket No. 163, is hereby **GRANTED**.

IT IS FURTHER ORDERED that Defendant's conditions of pretrial release are modified as follows:

1. Defendant is placed in the custody of Irma Castro, who agrees (a) to supervise the defendant in accordance with all of the conditions of release, (b) to use every effort to assure the defendant's appearance at all scheduled court proceedings, and (c) to notify the court immediately if the defendant violates any condition of release or disappears.

2. Defendant must maintain his residence at the address in Las Vegas, Nevada that has been approved by Pretrial Services. Defendant may not move from this residence without first obtaining permission to do so from the Court, Pretrial Services, or the supervising officer.

1  All other conditions of release remain.

2  IT IS SO ORDERED.

3  DATED: November 20, 2020.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE