1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No.:  2:19-cr-00295-GMN-NJK |
| Plaintiff, | ) | |
| vs. | ) | Order Granting Motion to Unseal Search Warrants |
| | ) | |
| MARIO CASTRO, | ) | |
| JOSE SALUD CASTRO, | ) | |
| SALVADOR CASTRO, | ) | |
| MIGUEL CASTRO, AND | ) | |
| JOSE LUIS MENDEZ, | ) | |
| | ) | |
| Defendants. | ) | |

The government requests that the Court unseal the following search warrants, together with supporting documents, that were part of the investigation of this case. The government is seeking to unseal the warrants so that the defendants can have copies of the warrants.

| Case Number | Date Filed | Captioned |
|---|---|---|
| 2:17-mj-1062-PAL | November 3, 2017 | In the Matter of the Search of Information Associated with the Email Account: gypsycowgirl@live.com that Is Stored at Premises Controlled by Microsoft Corporation |
| 2:17-mj-1061-PAL | November 3, 2017 | In the Matter of the Tracking of 2014 White Honda Civic, Nevada License Plate Number 923ZEM, VIN # 19XFB2F58EE007229 |

DATED this 2nd day of February, 2021.

NICHOLAS A. TRUTANICH
United States Attorney

/s/ Timothy Finley
TIMOTHY FINLEY
DANIEL ZYTNICK
Trial Attorneys
U.S. Department of Justice
Consumer Protection Branch

**IT IS ORDERED**

This __2nd__ day of February, 2021.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE