## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARIO CASTRO,<br><br>　　　　　Defendant. | Case No. 2:19-cr-00295-GMN-NJK<br><br>~~PROPOSED~~ ORDER |

　　　Pending before the Court is the parties' fourth stipulation to modify conditions of pretrial release. The parties ask the Court to modify Defendant's pretrial release conditions to permit him travel to Arizona and Utah for work purposes, and to remove the modification permitting travel to California. The parties submit that Defendant's Pretrial Services Officer does not object to this request.

　　　IT IS ORDERED that the parties' stipulation, is hereby GRANTED.

　　　DATED this  5th   day of January, 2022.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

3