# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>v.<br>MARIO CASTRO, et al.,<br>    Defendants. | Case No.: 2:19-cr-00295-GMN-NJK<br>**Order**<br>[Docket No. 263] |

Pending before the Court is the United States' motion for expedited briefing. Docket No. 263. The motion is hereby **GRANTED** as follows. The briefing schedule for Docket Nos. 252, 253, 254, 255, 257, 258, and 260 will be expedited. Responses to the aforementioned motions are due no later than February 25, 2022. Any replies to the motions must be filed no later than March 3, 2022. The objection deadline for any objections to the undersigned's order or report and recommendation for any of these motions will be fourteen days from the issuance of such order or report and recommendation. Responses to such objections must be filed no later than five days after any objections are filed.

IT IS SO ORDERED.

Dated: February 24, 2022

                                                           Nancy J. Koppe
                                                           United States Magistrate Judge