# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:19-cr-00295-GMN-NJK |
| Plaintiff, | **ORDER** |
| v. | (Docket Nos. 276, 280, 282) |
| MARIO CASTRO, et al., | |
| Defendants. | |

Pending before the Court are two emergency motions for status conference. Docket Nos. 276, 280.[1] Both motions essentially ask the Court to determine the admissibility of certain evidence that the United States may or may not attempt to admit at trial, without addressing the proper standards. The motions further pin the determinations of whether one or more defense attorneys will move to withdraw and whether Defendants will request a trial continuance on the admissibility decision.

The motions for status conference are, therefore, not properly before the Court. Accordingly, the Court **DENIES** the motions without prejudice. Docket Nos. 276, 280. The Court **ORDERS** the United States and counsel for Defendants to meet and confer over these issues no later than March 14, 2022. After the parties meet and confer, the parties can file the proper motions as necessary.

IT IS SO ORDERED.

DATED: March 8, 2022.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

---

[1] Also pending before the Court is Defendant Jose Salud Castro's motion for joinder to the first motion for status conference. Docket No. 282. The Court **GRANTS** the motion for joinder.