**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:19-cr-00295-GMN-NJK |
| Plaintiff, | **Order** |
| v. | (Docket No. 303) |
| MARIO CASTRO and JOSE SALUD-CASTRO, SR., | |
| Defendants. | |

Pending before the Court is a motion to withdraw as counsel filed by Defendant Mario Castro's appointed attorney, Rene L. Valladares, and Jose Salud-Castro, Sr.'s appointed attorney, Osvaldo E. Fumo. Docket No. 303.

Based on counsel's representations regarding their respective conflicts of interest, the Court **GRANTS** in part their motion.[1] Docket No. 303. Mr. Valladares is withdrawn as Defendant Mario Castro's attorney, as is the Federal Public Defender's Office. Mr. Fumo is withdrawn as Defendant Jose Salud-Castro, Sr.'s attorney. The Court **ORDERS** the immediate appointment of new counsel from the CJA panel to represent each Defendant. New counsel for Defendant Mario Castro is directed to contact Mr. Valladares immediately upon appointment, so that he can arrange for the transfer of his file. New counsel for Defendant Jose Salud-Castro, Sr. is directed to contact

---

[1]     Mr. Valladares and Mr. Fumo make certain troubling assertions in their motion, such as their belief that, by ruling on a prior motion, the Court was "signaling its position" that Defendants should formally object to a 404(b) notice. Docket No. 303 at 3. The Court has not and will not "signal" to counsel that it should file any particular motion; rather, the Court's ruling on a motion is just what it says it is – a specific ruling on that specific motion. By granting the instant motion to withdraw, the Court is solely ordering the withdrawal of current counsel and appointment of new counsel, and is in no way endorsing this belief or any of the other subjective statements in the motion.

Mr. Fumo immediately upon appointment, so that he can arrange for the transfer of his file.  The

Court **DENIES** without prejudice the request for continuance of trial.

IT IS SO ORDERED.

DATED: March 15, 2022.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE