**TANASI LAW OFFICES**
RICHARD E. TANASI, ESQ.
Nevada State Bar No. 9699
8716 Spanish Ridge Ave., Suite 105
Las Vegas, NV 89148
p. 702-906-2411
f. (866) 299-5274
rtanasi@tanasilaw.com
**Attorney for *Mario Castro***

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MARIO CASTRO<br>JOSE SALUD CASTRO<br>SALVADOR CASTRO,<br>MIGUEL CASTRO, AND<br>JOSE LUIS MENDEZ,,<br><br>　　　　　Defendant. | Case No. 2:19-cr-00295-GMN-NJK<br><br>**STIPULATION AND ORDER TO CONTINUE DEADLINE TO OBJECT TO REPORT AND RECOMMENDATION ECF NO. 326**<br>(First Request) |

　　　IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by and through Timothy Finley, U.S. Department of Justice Trial Attorney, and MARIO CASTRO, by and through his attorney, Richard E. Tanasi, Esq., that **Defendant Castro's deadline to Object** to the **Honorable Magistrate Judge Koppe's Report and Recommendation ECF No. 326**, now set for **April 13, 2022** be vacated and continued to July 1, 2022, and that the government's deadline to respond be July 15, 2022.

/ / /

/ / /

This Stipulation is entered into for the following reasons:

1. On March 30, 2022, the Honorable District Court Judge Navarro continued the trial date and other pleading deadlines related to Defendant Castro to July 1, 2022. [ECF No. 325.]

2. Defendant Castro requests the July 1, 2022 deadline for all reasons outlined in his Motion to Continue. [ECF No. 316.] The government does not object to this request given the new trial Order in this case. The government requests two weeks to respond to any objection filed by the defendant, and thus requests that its deadline be set for July 15, 2022.

3. The additional time requested herein is not sought for purposes of delay.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

/ / /

/ / /

/ / /

/ / /

/ / /

**WHEREFORE,** the parties respectfully request that this Honorable Court accept the Stipulation and enter an Order as set forth below, continuing **Defendant Castro's deadline to Object to the Honorable Magistrate Judge Koppe's Report and Recommendation ECF No. 326 to July 1, 2022**, and that the government's deadline to respond be July 15, 2022.

DATED this 1st day of April, 2022.

/s/ Timothy Finley
CHRISTOPHER CHIOU
Acting United States Attorney
MINA CHANG
Assistant United States Attorney
Office of the United States Attorney
501 South Las Vegas Blvd., Suite 1100
Las Vegas, Nevada 89101
Tel.: 702-388-6336
Mina.Chang@usdoj.gov

GUSTAV W. EYLER
Director
TIMOTHY FINLEY
DANIEL ZYTNICK
Trial Attorneys
U.S. Department of Justice
Consumer Protection Branch
PO Box 386
Washington, DC 20044
(202) 307-0050 / (202) 598-8337
Timothy.T.Finley@usdoj.gov
Daniel.E.Zytnick@usdoj.gov
*Attorneys for the United States*

/s/ Richard Tanasi
RICHARD E. TANASI, ESQ.
Attorney for the Defendant Mario Castro

**IT IS SO ORDERED.**

Dated this  1  day of April, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT