**TANASI LAW OFFICES**
RICHARD E. TANASI, ESQ.
Nevada State Bar No. 9699
8716 Spanish Ridge Ave., Suite 105
Las Vegas, NV 89148
p. (702) 906-2411
f. (866) 299-5274
rtanasi@tanasilaw.com

Attorney for *Mario Castro*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>MARIO CASTRO,<br><br>        Defendant. | Case No. 2:19-cr-00295-GMN-NJK<br><br>**FIFTH STIPULATION TO MODIFY CONDITIONS OF RELEASE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Department of Justice Trial Attorney Timothy T. Finley, counsel for government, and Richard E. Tanasi, counsel for defendant Mario Castro, that Mr. Castro's conditions of release be modified to permit travel to California for work purposes.

This Stipulation is entered into for the following reasons:

1. On August 18, 2020, the parties stipulated to Mario Castro's temporary pretrial release based, in part, on Mr. Castro's health condition and the transmission of COVID-19 at the Nevada Southern Detention Center. ECF No. 134. The parties proposed several conditions for Mr. Castro's release. *Id.*

2. On August 26, 2020, the Court granted Mr. Castro's pretrial release on conditions, one of which required him to maintain employment. ECF No. 137 and 141 at p. 5.

3. On October 14, 2021, this Court modified Mr. Castro's conditions of release to expand his travel restriction to include the states of Nevada and California in order for Mr. Castro to be able to become full-time employed as an interstate truck driver transporting vegetables from Southern California to Las Vegas for his employer. ECF No. 225.

4. After the modification of his pretrial release permitting his travel to California for work purposes, Mr. Castro learned that his purchased commercial truck did not comply with California regulations. As a result, on January 5, 2022, Mr. Castro applied to this Court for an order permitting him to travel to Arizona and Utah instead of California. ECF No. 247. On the same day, the Court granted his requested modification, and removed previously granted modification for travel to California. ECF No. 248.

5. Since the last modification order (ECF No. 248), Ashley Castro, owner of VIK Transport, LLC has informed Defendant Mario Castro and his undersigned counsel that she is currently operating a 2015 Volvo semi truck. She is currently doing business in Arizona and Utah, but mainly California. California law requires a 2010 or newer operating vehicle. Ashley Castro has a job offer for Defendant Mario Castro requiring travel to California/Nevada. Defendant Mario Castro is currently experiencing financial hardship and permitting his employment travel to and from California will give him the opportunity to earn more wages.

6. Counsel for Mr. Castro has contacted his supervising pretrial services officer, Officer McKillip, who has no objection to Mr. Castro's request. The government also does not oppose this request.

DATED this 7th day of April 2022.

By /s/ Richard Tanasi
RICHARD TANASI
Counsel for Defendant

By /s/ Timothy T. Finley
TIMOTHY T. FINLEY
Counsel for Government

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00295-GMN-NJK |
|---|---|
| Plaintiff, | **PROPOSED ORDER** |
| v. | |
| MARIO CASTRO, | |
| Defendant. | |

  Pending before the Court is the parties' fifth stipulation to modify conditions of pretrial release. The parties ask the Court to modify Defendant's pretrial release conditions to permit him travel to California for work purposes. The parties submit that Defendant's Pretrial Services Officer does not object to this request.

  IT IS ORDERED that the parties' stipulation, is hereby GRANTED.

  DATED this __7th__ day of April 2022.

            _____
            UNITED STATES MAGISTRATE JUDGE