# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:19-cr-00295-GMN-NJK |
| Plaintiff, | **ORDER** |
| v. | [Docket No. 354] |
| MARIO CASTRO, | |
| Defendant. | |

Pending before the Court is Defendant Mario Castro's supplement to motion to appoint co-counsel. Docket No. 354. The Court denied Defendant's original motion on May 4, 2022. Docket No. 350. Therefore, the Court construes the instant filing as a renewed motion to appoint co-counsel.

Defendant is one of six co-defendants charged in an indictment with various mail fraud-related charges. Docket No. 1. Trial is currently set for September 26, 2022. Docket No. 325. Defendant, who is currently represented by court-appointed attorney Richard E. Tanasi, asks the Court to appoint Joshua Tomsheck as co-counsel. Docket No. 354. Defendant submits that the instant case is extremely difficult because it is complex as it relates to years of potential conduct and involves a substantial amount of discovery, and submits that co-counsel is required in the interest of justice. *Id.* at 2. *See also* Docket No. 346 at 2. Defendant further submits that the CJA Standing Committee has approved the request for co-counsel in the instant case, making the necessary determinations under the CJA plan, and that the CJA Resource Counsel has recommended the appointment of co-counsel. Docket No. 354 at 2.

For good cause shown, the motion is **GRANTED**. Docket No. 354. The Court appoints Joshua Tomsheck as co-counsel for Defendant Castro. As required by by Volume 7, Ch. 2 § 230.53.20 of the Guide to Judiciary Policy, the Court finds that the appointment of co-counsel in this difficult case is necessary and in the interest of justice. Mr. Tomsheck will be compensated

at the maximum hourly rate established by the Judicial Conference of the United States, Guide to Judiciary Policy, Volume 7A, § 230.16.

IT IS SO ORDERED.

DATED: May 27, 2022.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE