**RICHARD E. TANASI, ESQ.**
Nevada Bar No. 9699
**TANASI LAW OFFICES**
8716 Spanish Ridge Ave., Suite 105
Las Vegas, NV 89148
Telephone: (702) 906-2411
Facsimile: (866) 299-5274
Email: tanasi@tanasilaw.com
//////////////////////////////////////
**JOSHUA TOMSHECK, ESQ.**
Nevada Bar No. 9210
**HOFLAND & TOMSHECK**
228 S 4th Street, 1st Floor
Las Vegas, NV 89101
Telephone: (702) 895-6760
Facsimile: (702) 731-6910
Email: JoshT@hoflandlaw.com
*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00295-GMN-NJK |
| Plaintiff, | **STIPULATION RE: MARIO CASTRO'S EXHIBITS [ECF NO. 457, 523]** |
| v. | |
| MARIO CASTRO, | |
| Defendants. | |

  IT IS HEREBY STIPULATED AND AGREED by and between the defendant MARIO CASTRO, and the UNITED STATES OF AMERICA, through their attorneys, as follows:

/ / /

/ / /

/ / /

**Emails**

1) The following defense exhibits are true and correct copies of emails to and from the indicated sender(s) and recipient(s) and are admissible in evidence:

| Exhibit | Description |
|---|---|
| 5001 | 150302 Emails Between S. Marces Digital Express and Mario Castro |
| 5002 | 150421 Emails Between S. Marces Digital Express and Mario Castro Digital Express |
| 5003 | 150429 Emails Between S. Marces and Mario Castro Digital Express |
| 5004 | 150602 Emails Between S. Marces and Mario Castro Digital Express |
| 5005 | 150613 Emails Between S. Marces and Mario Castro Digital Express |
| 5006 | 170213 Emails Between S. Marces and Mario Castro Digital Express |
| 5007 | 170316 Emails Between S. Marces and Mario Castro Digital Express |
| 5008 | 170921 Emails Between S. Marces and Mario Castro Digital Express |
| 5009 | 171110 Emails Between S. Marces and Mario Castro Digital Express |
| 5027 | Mario Castro Patricia Kern Emails May 15, 2014 to August 25, 2017 |

**Proffer, Cooperation, and Plea Agreements**

2) Defense Exhibit 5018 is a true and correct copy of Patricia "Patti" Kern's Proffer Agreement, and is admissible in evidence.

3) Defense Exhibit 5019 is a true and correct copy of Patricia "Patti" Kern's Plea Agreement, and is admissible in evidence.

4) Defense Exhibit 5020 is a true and correct copy of Patricia "Patti" Kern's Cooperation Agreement, and is admissible in evidence.

5) Defense Exhibit 5021 is a true and correct copy of Sean O'Connor's Proffer Agreement, and is admissible in evidence.

6) Defense Exhibit 5022 is a true and correct copy of Sean O'Connor's Plea Agreement, and is admissible in evidence.

7) Defense Exhibit 5023 is a true and correct copy of Sean O'Connor's Cooperation Agreement, and is admissible in evidence.

**Belt Cutter Machine Photo**

8) Defense Exhibit 5030 is a true and correct copy of Belt Cutter GS 10-2 image, and is admissible in evidence.

Respectfully submitted this 25th day of September 2022.

| FOR THE GOVERNMENT | FOR THE DEFENDANT |
|---|---|
| U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF NEVADA | |
| /s/ Daniel Zytnick<br>TIMOTHY FINLEY<br>DANIEL ZYTNICK<br>Trial Attorneys | /s/ Richard Tanasi & Joshua Tomsheck<br>RICHARD TANASI, ESQ. (9699)<br>JOSHUA TOMSHECK, ESQ. (9210)<br>*Counsel for Mario Castro* |

**ORDER**
IT IS SO ORDERED.

_____
HON. GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

Dated: September 25, 2022

3