1 | JASON M. FRIERSON
United States Attorney
2 | MINA CHANG
Assistant United States Attorney
3 | United States Attorney's Office
501 Las Vegas Blvd. South, Suite 1100
4 | Las Vegas, Nevada 89101
Tel: (702) 388-6336
5 | Fax: (702) 388-6787
mina.chang@usdoj.gov
6
GUSTAV W. EYLER
7 | Director
TIMOTHY FINLEY
8 | DANIEL ZYTNICK
Trial Attorneys
9 | U.S. Department of Justice
Consumer Protection Branch
10 | PO Box 386
Washington, DC 20044
11 | Tel: (202) 307-0050, (202) 598-8337
Fax: (202) 514-8742
12 | timothy.t.finley@usdoj.gov
daniel.e.zytnick@usdoj.gov
13 | *Attorneys for the United States*

14 | **UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

15

16 | UNITED STATES OF AMERICA,        2:19cr-00295-GMN-NJK

17 |           Plaintiff,            **STIPULATION**

18 |    v.

19 | MARIO CASTRO et al.,

20 |           Defendants.

21

22 | IT IS HEREBY STIPULATED AND AGREED by and between the UNITED STATES

23 | OF AMERICA and the defendants MARIO CASTRO, SALVADOR CASTRO,

24 | MIGUEL CASTRO, and JOSE LUIS MENDEZ, through their attorneys, as follows:

**Public records**

1. Government Exhibit 214 (Bates-stamped NV-SOS-000001 to NV-SOS-000224) contains certified copies of records from the State of Nevada-Office of the Secretary of State. [Fed. R. Evid. 902(4)]

2. Government Exhibit 215 (Bates-stamped ClarkCty-000001 to ClarkCty-000018) contains certified copies of records from the County Clerk for Clark County, Nevada. [Fed. R. Evid. 902(4)]

**Internet accounts record**

3. Government Exhibit 218 (Bates-stamped GOV2314-COX-00000044 to GOV2314-COX-00000054, and a record certification) is a true and correct copy of records produced by Cox Communications, Inc. for an account with subscriber name Jose Mendez and subscriber address 2255 Marlboro Dr., Henderson, NV 89014-3711. [Fed. R. Evid. 902(11)]

**Text messages on phones**

4. Government Exhibit 150 is a true and correct copy of text messages on Jose Luis Mendez's phone. [Fed. R. Evid. 901(b)(1)]

5. Government Exhibit 151 is true and correct copy of text messages on Miguel Castro's phone. [Fed. R. Evid. 901(b)(1)]

**Production by Miguel Castro**

6. Government Exhibit 152 (Bates-stamped GOV2314-MAC-00000001) is a true and correct copy of a letter submitted by Miguel Castro in response to a grand jury subpoena. [Fed. R. Evid. 901(b)(4)]

**Court filings**

7. Government Exhibit 212 (Bates-stamped NV-CT-00000001 to NV-CT-00000004) is a true and correct copy of court minutes for *State of Nevada vs. Jose Carillo*, May 29, 2015. [Fed. R. Evid. 901(b)(7), 902(4)]

8. Government Exhibit 213 (Bates-stamped NV-CT-00000005 to NV-CT-00000013) is a true and correct copy of a guilty plea agreement for *State of Nevada vs. Jose Carillo*, May 29, 2015. [Fed. R. Evid. 901(b)(7), 902(4)]

**Letters with counsel**

9. Government Exhibit 219 (Bates-stamped USA-CASTROMISC-00000348 to USA-CASTROMISC-00000349) is a true and correct copy of a letter from the government to counsel for Mario Castro. [Fed. R. Evid. 901(b)(4)]

10. Government Exhibit 220 (Bates-stamped USA-CASTROMISC-00000350) is a true and correct copy of a letter from the government to counsel for Epifanio Castro. [Fed. R. Evid. 901(b)(4)]

11. Government Exhibit 221 (Bates-stamped USA-CASTROMISC-00000351) is a true and correct copy of a letter from counsel for Epifanio Castro to the government. [Fed. R. Evid. 901(b)(4)]

**Emails**

12. The following government exhibits are true and correct copies of emails and attachments. [Fed. R. Evid. 901(a)(1), (a)(4)]

| Exhibit | Bates number |
|---------|--------------|
| 154 | USA-BR-00675792 to USA-BR-00675794 |

| | |
|------|------------------------------------------|
| 155 | USA-BR-006759231 |
| 156 | USA-BR-00675953 |
| 161 | AB-AOLSW-00004126 |
| 162 | AB-AOLSW-00004125 |
| 163 | AB-AOLSW-00004134 |
| 164 | AB-AOLSW-00022863 |
| 165 | AB-AOLSW-00005048 to AB-AOLSW-00005050 |
| 166 | AB-AOLSW_00012944 |
| 167 | AB-AOLSW_00013720 to AB-AOLSW_00013722 |
| 168 | AB-AOLSW-00015711 |
| 169 | AB-AOLSW-00016612 |
| 170 | AB-AOLSW_00018255 |
| 171 | AB-AOLSW-00019466 to AB-AOLSW-00019468 |
| 172 | AB-AOLSW_00019464 |
| 173 | AB-AOLSW-00021346 |
| 174 | AB-AOLSW-00021638 to AB-AOLSW-00021639 |
| 175 | AB-AOLSW-00021631 to AB-AOLSW-00021632 |
| 176 | AB-AOLSW-00021654 |
| 178 | AB-AOLSW-00022257 |
| 179 | AB-AOLSW_00022268 |

| 180 | AB-AOLSW_00022863 |
| 183 | AB-AOLSW_00024838 |
| 184 | AB-AOLSW-00025217 to AB-AOLSW-00025221 |
| 185 | AB-AOLSW-00025510 |
| 186 | AB-AOLSW-00026004 to AB-AOLSW-00026005 |
| 187 | GOV2314-MSFTSW2-00003627 |
| 188 | AB-AOLSW-00027476 |
| 189 | AB-AOLSW-00036226 |
| 190 | AB-AOLSW-00036957 |
| 191 | AB-AOLSW-00054329 to AB-AOLSW-00054330 |
| 192 | GOV2314-MSFTSW1-00008406 |
| 193 | GOV2314-MSFTSW1-00004939 |
| 194 | GOV2314-MSFTSW1-00012680 |
| 195 | AB-AOLSW-00125381 to AB-AOLSW-00125389 |
| 196 | AB-AOLSW_00125406 |
| 197 | AB-AOLSW-00126987 |
| 198 | AB-AOLSW-00143631 |
| 199 | GOV2314-MSFTSW1-00002612 to GOV2314-MSFTSW1-00002613 |
| 200 | AB-AOLSW-00146328 |
| 201 | AB-AOLSW-00150524 |

5

| 202 | GOV2314-MSFTSW1-00012725 |
|-----|--------------------------|
| 203 | IS0001221153-00103799 |
| 207 | 1353174-002261184 |

## Postal Service records

13. The following government exhibits are true and correct copies of records from

United States Postal Service cease-and-desist proceedings. [Fed. R. Evid. 901(b)(7),

902(4)]

| Exhibit | Bates number |
|---------|--------------|
| 121 | USA-C&D-00000028 to USA-C&D-00000054 |
| 122 | USA-C&D-00000074 to USA-C&D-00000110 |
| 123 | USA-C&D-00000055 to USA-C&D-00000073 |
| 124 | USA-C&D-00000137 to USA-C&D-00000160 |
| 125 | USA-C&D-00000001 to USA-C&D-00000027 |
| 126 | USA-C&D-00000111 to USA-C&D-00000136 |
| 127 | USA-C&D-00000161 to USA-C&D-00000190 |
| 128 | USA-C&D-00000191 to USA-C&D-00000214 |
| 129 | USA-C&D-00000215 to USA-C&D-00000238 |
| 130 | USA-C&D-00000239 to USA-C&D-00000265 |
| 131 | USA-C&D-00000266 to USA-C&D-00000285 |

14. The following government exhibits are true and correct copies of U.S. Postal Service form 1583, Application for Delivery of Mail Through Agent. [Fed. R. Evid. 901(b)(7), 902(11)]

| Exhibit | Bates number |
|---------|--------------|
| 135 | USA-CMRA-00000056 to USA-CMRA-00000057 |
| 136 | USA-CMRA-00000019 |
| 137 | USA-CMRA-00000061 |
| 138 | USA-CMRA-00000071 |
| 139 | USA-CMRA-00000012 |
| 141 | USA-CMRA-00000027 |
| 142 | USA-CMRA-00000092 |
| 145 | USA-CMRA-00000116 |
| 146 | USA-CMRA-00000106 |

Respectfully submitted this 24th day of September, 2022.

1  **FOR THE GOVERNMENT**                    **FOR THE DEFENDANTS**

2  U.S. DEPARTMENT OF JUSTICE
   CONSUMER PROTECTION BRANCH          Richard E. Tanasi
3  GUSTAV W. EYLER                     Joshua Tomsheck
   Director                            *Counsel for Mario Castro*

4  U.S. ATTORNEY'S OFFICE
   FOR THE DISTRICT OF NEVADA
5  JASON M. FRIERSON                   Donald J. Green
   United States Attorney              *Counsel for Salvador Castro*
6

7  */s/Daniel Zytnick*
   TIMOTHY FINLEY                      Lucas Gaffney
8  DANIEL ZYTNICK                      Thomas A. Ericsson
   Trial Attorneys                     *Counsel for Miguel Castro*

9  MINA CHANG
   Assistant United States Attorney    Christopher Mishler
10                                     William H. Brown
                                       *Counsel for Jose Luis Mendez*
11

12

13

14

15

16

17

18

19

20

21

22

23

24

**FOR THE GOVERNMENT**

U.S. DEPARTMENT OF JUSTICE
CONSUMER PROTECTION BRANCH
GUSTAV W. EYLER
Director

U.S. ATTORNEY'S OFFICE
FOR THE DISTRICT OF NEVADA
JASON M. FRIERSON
United States Attorney

*/s/ Daniel Zytnick*
TIMOTHY FINLEY
DANIEL ZYTNICK
Trial Attorneys

MINA CHANG
Assistant United States Attorney

**FOR THE DEFENDANTS**

*/s/ Richard Tanasi (with permission)*
Richard E. Tanasi
Joshua Tomsheck
*Counsel for Mario Castro*

_____
Donald J. Green
*Counsel for Salvador Castro*

_____
Lucas Gaffney
Thomas A. Ericsson
*Counsel for Miguel Castro*

_____
Christopher Mishler
William H. Brown
*Counsel for Jose Luis Mendez*

**ORDER**
**IT IS SO ORDERED.**

_____
HON. GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

Dated: September __25__, 2022