JASON M. FRIERSON
United States Attorney
MINA CHANG
Assistant United States Attorney
United States Attorney's Office
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Fax: (702) 388-6787
mina.chang@usdoj.gov

GUSTAV W. EYLER
Director
TIMOTHY FINLEY
DANIEL ZYTNICK
Trial Attorneys
U.S. Department of Justice
Consumer Protection Branch
PO Box 386
Washington, DC 20044
Tel: (202) 307-0050, (202) 598-8337
Fax: (202) 514-8742
timothy.t.finley@usdoj.gov
daniel.e.zytnick@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:19cr-00295-GMN-NJK |
| Plaintiff, | **STIPULATION** |
| v. | |
| MARIO CASTRO et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between the UNITED STATES OF AMERICA and the defendants MARIO CASTRO, SALVADOR CASTRO,

1 MIGUEL CASTRO, and JOSE LUIS MENDEZ, through their attorneys, that the
2 following exhibits are authentic pursuant to Federal Rule of Evidence 902(11):
3    1. The records contained in Government Exhibit 101 (Bates-stamped AB-BOA-
4        00000003 through AB-BOA-00170010, and signature cards and record certification)
5        are true and correct copies of Bank of America records for the following accounts.
6        a.   Golden Products Service Inc., account number ending in ("ANEI") 0333;
7        b.   Golden Products Service Inc., ANEI 0346;
8        c.   Golden Products Service Inc., DBA Imperial Award Services, ANEI
9             4866;
10       d.   Golden Products Service Inc., DBA Montgomery Marketing Inc., ANEI
11            1212;
12       e.   Golden Products Service Inc., DBA MMI, ANEI 1254.
13   2. The records contained in Government Exhibit 102 (Bates-stamped GOV2314-BOA-
14       00199882 through GOV2314-BOA-00617429, and record certifications) are true and
15       correct copies of Bank of America records for the following accounts.
16       a.   Digital Express, Inc., ANEI 9160, ANEI 9296, ANEI 8522;
17       b.   Mario Castro, DBA Digital Express, Inc., ANEI 9283;
18       c.   Advanced Allocation Systems, Inc., DBA Distribution Reporting
19           Services, ANEI 1339;
20       d.   Advanced Allocation Systems, Inc., DBA Pacific Disbursement
21           Reporting, ANEI 8428;
22       e.   Secure Data Service, Inc., DBA Pacific Data Awards, ANEI 9540;
23       f.   Salvador Castro, ANEI 6703;
24       g.   Special Money Managers, Inc., ANEI 9193;

      h.     Global Data Funding, Inc., ANEI 4736;

      i.     Global Data Funding, Inc, ANEI 1634;

      j.     Pacific Allocation Systems, Inc., ANEI 6983;

      k.     PI Printing Corp., DBA Assets Unlimited, ANEI 7115;

      l.     PI Printing Corp., DBA Money Securities, ANEI 7128;

      m.     Marketing Image Direct, Inc., DBA Price Awards, ANEI 1646;

      n.     Advanced Allocation Systems, Inc., DBA Distribution Reporting Services, ANEI 1808;

      o.     Digital Express, Inc., DBA Tierra Produce, ANEI 8535;

      p.     Mario Castro, DBA Digital Express, Inc., ANEI 4609;

      q.     Special Money Managers, Inc., ANEI 5581;

      r.     Special Money Managers, Inc., ANEI 9193;

      s.     Funding Managers, Inc., ANEI 0411;

      t.     Funding Managers, Inc., ANEI 0424;

      u.     Advanced Allocation Systems, Inc., DBA Distribution Reporting Services, ANEI 7977;

      v.     Marketing Image Direct, Inc., ANEI 3881;

      w.     Marketing Image Direct, Inc. ANEI 1073;

      x.     PI Printing Corp., ANEI 3942;

      y.     PI Printing Corp., ANEI 3955.

3. The records contained in Government Exhibit 103 (Bates-stamped GOV2314-BOA-00617430 through GOV2314-BOA-00631583, and record certification) are true and correct copies of Bank of America records for the following accounts.

      a.     Golden Product Service, Inc., ANEI 0346;

  b. Golden Product Service, Inc., DBA MMI, ANEI 1254;

  c. Golden Product Service, Inc., DBA Imperial Award Services, ANEI 4866.

4. The records contained in Government Exhibit 104 (Bates-stamped GOV2314-BOA-00631584 through GOV2314-BOA-00649803, and record certification) are true and correct copies of Bank of America records for the following accounts.

  a. NSD Products, Inc., DBA NSD Printing, ANEI 8098;

  b. Advanced Allocation Systems, Inc., DBA Pacific Disbursement Reporting, ANEI 8428;

  c. Distribution Reporting Center, Inc., ANEI 3925;

  d. Special Money Managers, Inc., ANEI 9193;

  e. Global Data Funding, Inc., ANEI 4736;

  f. Pacific Allocation Systems, Inc., ANEI 6983;

  g. PI Printing Corp., DBA Assets Unlimited, ANEI 7115;

  h. Marketing Image Direct, Inc., DBA Price Awards, ANEI 1646.

5. The records contained in Government Exhibit 105 (Bates-stamped GOV2314-BOA-00700606 through GOV2314-BOA-00700647, and record certification), are true and correct copies of Bank of America online login records for the following accounts.

  a. Golden Products Service, Inc., ANEI 0346;

  b. Golden Products Service, Inc., DBA Imperial Award Services, ANEI: 4866;

  c. Golden Products Service, Inc. DBA Montgomery Marketing Inn., ANEI: 1212;

  d. Golden Products Service, Inc., DBA MMI, ANEI:1254;

e. North American Disbursement Agency, Inc., ANEI: 3868;

f. North American Disbursement Agency, Inc., ANEI: 7709;

g. Patti A. Kern Michael K. Kern, ANEI: 4394;

h. Patti A. Kern Michael K. Kern, ANEI: 8227;

i. Andrea N. Burrow, ANEI: 1943;

j. Andrea N. Burrow, ANEI: 2894;

k. Andrea N. Burrow or James D. Burrow, ANEI: 4777;

l. Marvel M. Warren Andrea N. Burrow, ANEI: 0535;

m. Andrea N. Burrow in Trust for Ashley N. Burrow, ANEI: 0326;

n. Andrea N. Burrow James D. Burrow, ANEI: 9111;

o. Andrea N. Burrow James D. Burrow, ANEI: 9124;

p. Andrea N. Burrow, ANEI: 4570;

q. Pacific Allocation Systems, ANEI: 6983;

r. Special Money Managers, Inc., ANEI: 9193;

s. Advanced Allocation Systems, Inc., DBA Pacific Disbursement Reporting, ANEI: 8428;

t. Advanced Allocation Systems, Inc., DBA Distribution Reporting Services, ANEI: 7977;

u. Digital Express Inc., ANEI: 9160;

v. Digital Express Inc., ANEI: 9296;

w. Digital Express Inc., ANEI: 8522;

x. Digital Express Inc. DBA Tierra Produce, ANEI: 8535;

y. Distribution Reporting Center Inc., ANEI: 3925;

z. Distribution Reporting Center Inc., ANEI: 8100;

aa. Secure Data Service Inc., DBA Pacific Data Awards, ANEI: 9540;

bb. Global Data Funding Inc., ANEI: 4736;

cc. Global Data Funding Inc., ANEI: 1634;

dd. PI Printing Corp. DBA Assets Unlimited, ANEI: 7115;

ee. PI Printing Corp., ANEI: 3942;

ff. PI Printing Corp., ANEI: 3955;

gg. Marketing Image Direct, Inc. DBA Price Awards, ANEI: 1646;

hh. NSD Products, Inc. DBA NSD Printing, ANEI: 8098;

ii. NSD Products, Inc. DBA NSD Printing, ANEI: 9771;

jj. NSD Products, Inc. DBA NSD Printing, ANEI: 9784;

kk. Salvador Castro, ANEI: 6703;

ll. Kern and Associates, ANEI: 1136;

mm. Kern and Associates General Acct., ANEI: 2630;

nn. Your Bag of Goodies, Inc. DBA Ablegenics General Account, ANEI: 0223;

oo. Funding Managers, Inc., ANEI: 0411.

6. The records contained in Government Exhibit 106 (Bates-stamped GOV2314-BOA-00649806 through GOV2314-BOA-00685003, and wire records and record certification) are true and correct copies of Bank of America records for the following accounts.

a. Digital Express Inc., ANEI 9160;

b. Digital Express Inc., ANEI 9296;

c. Golden Products Service Inc., ANEI 0346;

6

d. Advanced Allocation Systems, Inc., DBA Pacific Disbursement Reporting, ANEI 8428;

e. Salvador Castro, ANEI 6703;

f. Special Money Managers Inc., ANEI 9193;

g. Global Data Funding Inc., ANEI 4736;

h. Pacific Allocation Systems, Inc, ANEI 6983;

i. PI Printing Corp. DBA Assets Unlimited, ANEI 7115;

j. PI Printing Corp. DBA Money Securities, ANEI 7128;

k. Marketing Image Direct DBA Price Awards, ANEI 1646;

l. Digital Express Inc., ANEI 8522;

m. Digital Express Inc. DBA Tierra Produce, ANEI 8535;

n. Golden Products Service Inc., DBA Imperial Award Services, ANEI 4866;

o. Golden Products Service Inc., DBA MMI, ANEI 1254;

p. PI Printing Corp., ANEI 3942.

7. The records contained in Government Exhibit 107 (Bates-stamped GOV2314-BOA-00703496 through GOV2314-BOA-00715923, and record certification) are true and correct copies of Bank of America records for the following accounts.

a. Digital Express Inc., ANEI 9296;

b. Salvador Castro, ANEI 6703;

c. Global Data Funding Inc., ANEI 4736;

d. PI Printing Corp. DBA Assets Unlimited, ANEI 7115;

e. PI Printing Corp. DBA Money Securities, ANEI 7128;

f. Marketing Image Direct, Inc, DBA Price Awards, ANEI 1646;

     g.    Digital Express, Inc., ANEI 8522;

     h.    Digital Express Inc. DBA Tierra Produce, ANEI 8535;

     i.    PI Printing Corp., ANEI 3942.

8. The records contained in Government Exhibit 108 (Bates-stamped GOV2314-BOA-00685670 through GOV2314-BOA-00695009, including record certification) are true and correct copies of Bank of America records for the following accounts.

     a.    MKI Services Inc., DBA Silver Products, ANEI 7701.

9. The records contained in Government Exhibit 109 (Bates-stamped GOV2314-BOA-00695190 through GOV2314-BOA-00696208, including record certification) are true and correct copies of Bank of America records for the following accounts.

     a.    Mario Castro / Irma Castro, ANEI 5315.

10. The records contained in Government Exhibit 110 (Bates-stamped GOV2314-BOA-00696212 through GOV2314-BOA-00698721 and GOV2314-BOA-00700494 through GOV2314-BOA-00700586, and record certification) are true and correct copies of Bank of America records for the following accounts.

     a.    Mario Castro, Irma Castro, ANEI 5315;

     b.    Mario Castro, ANEI 5900;

     c.    Mario Castro Primary Account, ANEI 3842;

     d.    New Generation Graphics, ANEI 6126;

     e.    Miguel A. Castro, ANEI: 9853 (Prev 0849).

11. The records contained in Government Exhibit 111 (Bates-stamped GOV2314-JPMC-00000161 through GOV2314-JPMC-00048020, and record certifications) are true and correct copies of JPMorgan Chase records for the following accounts.

     a.    Platinum Awards Service, Inc., ANEI 1882;

    b.    Secure Data Service Inc., ANEI 2291;

    c.    Direct Advertising Inc., DBA RGR, DBA OBA WCM, DBA DAI, ANEI 2521;

    d.    National Price Service Inc., ANEI 4652;

    e.    National Price Service Inc., DBA Price Review Center, ANEI 6038;

    f.    MKI Services Inc., DBA Silver Products, ANEI 8055;

    g.    Promotional Marketing Solutions Inc., ANEI 9452.

12. The records contained in Government Exhibit 112 (Bates-stamped GOV2314-JPMC-00049191 through GOV2314-JPMC-00049593 and GOV2314-JPMC-00049608 through GOV2314-JPMC-00049680, and record certification) are true and correct copies of JPMorgan Chase records for the following accounts.

    a.    Marketing Image Direct Inc., ANEI 2910;

    b.    Marketing Image Direct., Inc., ANEI 3883;

    c.    Marketing Image Direct., Inc., ANEI 5072.

13. The records contained in Government Exhibit 113 (Bates-stamped GOV2314-JPMC-00051511 through GOV2314-JPMC-00052818 and GOV2314-JPMC-00053077 through GOV2314-JPMC-00053481, and record certifications) are true and correct copies of JPMorgan Chase records for the following accounts.

    a.    Jose L. Mendez, ANEI 0281, 8666;

    b.    Maria Castro, ANEI 1569;

    c.    Maria Castro or Carolina Castro, ANEI 5237;

    d.    Maria Castro, ANEI 0686, ANEI 0262, ANEI 5963;

    e.    Miguel Castro, ANEI 6490.

14. The records contained in Government Exhibit 114 (Bates-stamped GOV2314-JPMC-00055433 through GOV2314-JPMC-00097564, and record certification) are true and correct copies of JPMorgan Chase records for the following accounts.

    a. National Price Service Inc., DBA Price Review Center, ANEI 4652;

    b. National Price Service Inc., DBA Price Review Center, ANEI 6038.

15. The records contained in Government Exhibit 115 (Bates-stamped GOV2314-USB-00000122 through GOV2314-USB-00000903, and record certification) are true and correct copies of US Bank records for the following accounts.

    a. Maria P. Castro, ANEI 0923, ANEI 1602, ANEI 0004, ANEI 2058, ANEI 4200, ANEI 5228, ANEI 5236, ANEI 7298, ANEI 7818, ANEI 9199, ANEI 5228;

    b. Henderson Foods Inc., ANEI 1876.

16. The records contained in Government Exhibit 116 (Bates-stamped GOV2314-USB-00000904 through GOV2314-USB-00002994, including record certification) are true and correct copies of US Bank records for the following accounts.

    a. Claudia E. Castro, ANEI 4723, ANEI 2718, ANEI 8521, ANEI 2129, ANEI 9322, ANEI 5702.

17. The records contained in Government Exhibit 117 (Bates-stamped AB-WF-0000001 through AB-WF-00005928, including record certification at AB-WF-00000001 through AB-WF-00000002) are true and correct copies of Wells Fargo records for the following accounts.

    a. R&R Gonzales & Associates, ANEI 0667, ANEI 5778, ANEI 5845, ANEI 9334;

    b. R&R Gonzales & Associates, DBA R&R Paycheck, ANEI 8049.

18. The records contained in Government Exhibit 118 (Bates-stamped GOV2307-WF-00006741 through GOV2307-WF-00007062, including record certifications at GOV2307-WF-00006744 through GOV2307-WF-00006745) are true and correct copies of Wells Fargo records for the following accounts.

   a. Montgomery Marketing Inc., LLC, ANEI 5392, ANEI 6178, ANEI 8545, ANEI 0725.

Respectfully submitted this 24 day of September, 2022.

**FOR THE GOVERNMENT**

U.S. DEPARTMENT OF JUSTICE
CONSUMER PROTECTION BRANCH
GUSTAV W. EYLER
Director

U.S. ATTORNEY'S OFFICE
FOR THE DISTRICT OF NEVADA
JASON M. FRIERSON
United States Attorney

/s/ Daniel Zytnick
TIMOTHY FINLEY
DANIEL ZYTNICK
Trial Attorneys

MINA CHANG
Assistant United States Attorney

**FOR THE DEFENDANTS**

Richard E. Tanasi
Joshua Tomsheck
*Counsel for Mario Castro*

Donald J. Green
*Counsel for Salvador Castro*

Lucas Gaffney
Thomas A. Ericsson
*Counsel for Miguel Castro*

Christopher Mishler
William H. Brown
*Counsel for Jose Luis Mendez*

**ORDER**
**IT IS SO ORDERED.**

_____
HON. GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

Dated: September 25, 2022

11