UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARIO CASTRO, et al.,<br><br>　　　　Defendant. | Case No. 2:19-cr-00295-GMN-NJK<br><br>**ORDER** |

Pending before the Court is the parties' stipulation to modify conditions of pretrial release. The parties ask the Court to modify Defendants MARIO CASTRO (1), SALVADOR CASTRO (3), MIGUEL CASTRO (4), and JOSE LUIS MENDEZ (5) pretrial release conditions to permit them to contact and communication with each other in the Courthouse for the duration of their jury trial.

**IT IS HEREBY ORDERED** that the parties' stipulation, (ECF No. 546), is **GRANTED**.

DATED this  27  day of September, 2022.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Gloria M. Navarro, District Judge
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT