# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIO CASTRO, et al.,<br><br>Defendants. | Case No. 2:19-cr-00295-GMN-NJK<br><br>**ORDER** |

This Court having ordered the jury impaneled in the above-entitled action kept together during periods of trial, now, therefore,

IT IS ORDERED that all meals for said jury and attendants shall be paid by the Clerk of the Court.

DATED: September  29 , 2022

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE