**TANASI LAW OFFICES**
RICHARD E. TANASI, ESQ.
Nevada State Bar No. 9699
8716 Spanish Ridge Ave., Suite 105
Las Vegas, NV 89148
p. (702) 906-2411
f. (866) 299-5274
rtanasi@tanasilaw.com

Attorney for *Mario Castro*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00295-GMN-NJK |
| Plaintiff, | |
| v. | **SEVENTH STIPULATION TO MODIFY CONDITIONS OF RELEASE** |
| MARIO CASTRO, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson United States Attorney, and Department of Justice Trial Attorney Timothy T. Finley, counsel for government, and Richard E. Tanasi, counsel for defendant Mario Castro, that Mr. Castro's conditions of release be modified to permit him to visit his elderly mother at his co-defendant/brother's home.

This Stipulation is entered into for the following reasons:

1. On August 18, 2020, the parties stipulated to Mario Castro's temporary pretrial release based, in part, on Mr. Castro's health condition and the transmission of COVID-19 at the Nevada Southern Detention Center. ECF No. 134. The parties proposed several conditions for Mr. Castro's release. *Id.*

2. On August 26, 2020, the Court granted Mr. Castro's pretrial release on conditions, one of which required him to maintain employment. ECF No. 137 and 141 at p. 5.

3. Defendant Mario Castro and Defendant Miguel Castro are brothers. Their mother is 93 years old. She recently injured her hip. She is recovering at Defendant Miguel Castro's home. Defendant Mario Castro requests permission to visit his mother at co-defendant Miguel Castro's home twice per week for two hours each time.

4. Counsel for Mr. Castro has contacted his supervising pretrial services officer, Officer McKillip, who has no objection to Mr. Castro's request. The government also does not oppose this request.

DATED this 8th day of March 2023.

By /s/ Richard Tanasi
RICHARD TANASI
Counsel for Defendant

By /s/ Timothy T. Finley
TIMOTHY T. FINLEY
Counsel for Government

/ / /

/ / /

/ / /

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARIO CASTRO,<br><br>　　　　Defendant. | Case No. 2:19-cr-00295-GMN-NJK<br><br>**PROPOSED ORDER** |

　　　Pending before the Court is the parties' seventh stipulation to modify conditions of pretrial release. The parties ask the Court to modify Defendant's pretrial release conditions to permit him to visit his mother at co-defendant Miguel Castro's home twice per week for two hours each time.  The parties submit that Defendant's Pretrial Services Officer does not object to this request.

　　　IT IS ORDERED that the parties' stipulation, is hereby GRANTED.

　　　DATED this   8    day of March 2023.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that he is an employee of Tanasi Law Offices for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on <u>March 8, 2023</u>, he served an electronic copy of the above and foregoing **SEVENTH STIPULATION TO MODIFY CONDITIONS OF RELEASE** by electronic service (ECF) to the person named below:

CHRISTOPHER CHIOU
Acting United States Attorney
DANIEL E. ZYTNICK
TIMOTHY FINLEY
U.S. Department of Justice
450 5th Street N.W. #6400
Washington, DC 20044

　　　　　　　　　　　　　　　　　　　　*/s/ Richard Tanasi*
　　　　　　　　　　　　　　　　　　　　Employee of the Tanasi Law Offices