**JOSHUA TOMSHECK, ESQ.**
Nevada Bar No. 9210
**HOFLAND & TOMSHECK**
228 South 4th Street, 1st Floor
Las Vegas, Nevada 89101
Telephone: (702) 895-6760
Facsimile: (702) 731-6910
josht@hoflandlaw.com
//////////////////////////////////////////////
**RICHARD E. TANASI, ESQ.**
Nevada State Bar No. 9699
**TANASI LAW OFFICES**
8716 Spanish Ridge Ave., Suite 105
Las Vegas, NV 89148
Telephone: 702-906-2411
Facsimile: 866) 299-5274
tanasi@tanasilaw.com
*Attorney for Defendant,*
*MARIO CASTRO*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIO CASTRO et al.,<br><br>Defendant. | Case No. 2:19-cr-00295-GMN-NJK<br><br>**STIPULATION AND ORDER REGARDING THE LAW OF THE CASE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the defendants Mario Castro, Salvador Castro, Miguel Castro, and Jose Luis Mendez, by and through their undersigned counsel, and the UNITED STATES OF AMERICA, through their undersigned counsel, (collectively, hereinafter "the parties"), who jointly stipulate and submit this request that the Court enter an Order for the following reasons:

1. A mistrial was declared on September 28, 2022. *See*, ECF No. 564.

2. All decisions on motions and stipulations are deemed the law of the case, such that no additional stipulations and motions previously entered shall be deemed necessary to file. *See United States v. Alexander*, 106 F.3d 874, 876 (9th Cir. 1997). Under the "law of the case" doctrine, "a court is generally precluded from reconsidering an issue that has already been decided by the same court, or a higher court in the identical case." *Thomas v. Bible,* 983 F.2d 152, 154 (9th Cir.) (cert. denied 508 U.S. 951 (1993).

Dated this 9th day of March 2023

Respectfully submitted,

/s/ Richard Tanasi & Joshua Tomsheck

RICHARD E. TANASI, ESQ.
JOSHUA TOMSHECK, ESQ.
Counsel for Mario Castro

/s/ Donald Green

DONALD J. GREEN, ESQ.
Counsel for Salvador Castro

/s/ Lucas Gaffney

LUCAS GAFFNEY, ESQ.
THOMAS A. ERICSSON, ESQ.
Counsel for Miguel Castro

/s/ William Brown

WILLIAM H. BROWN, ESQ.
CHRISTOPHER MISHLER, ESQ.
Counsel for Jose Luis Mendez

JASON M. FRIERSON
United States Attorney

/s/ Timothy Finley

TIMOTHY FINLEY, ESQ.
DANIEL ZYTNICK, ESQ.
Assistant United States Attorney

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>MARIO CASTRO et al.,<br><br>  Defendant. | Case No. 2:19-cr-00295-GMN-NJK<br><br>**ORDER** |

Based on the pending stipulation of counsel, and good cause appearing therefore, the Court finds ands orders that:

1. A mistrial was declared on September 28, 2022.

2. Under the "law of the case" doctrine, "a court is generally precluded from reconsidering an issue that has already been decided by the same court, or a higher court in the identical case." *Thomas v. Bible,* 983 F.2d 152, 154 (9th Cir.) (cert. denied 508 U.S. 951 (1993).

3. All decisions on motions and stipulations are hereby deemed the law of the case, such that no additional stipulations and motions previously entered shall be deemed necessary to file. *See United States v. Alexander*, 106 F.3d 874, 876 (9th Cir. 1997).

DATED this  9   day of March 2023

_____
UNITED STATES DISTRICT COURT JUDGE