**RICHARD E. TANASI, ESQ.**
Nevada Bar No. 9699
**TANASI LAW OFFICES**
8716 Spanish Ridge Ave., Suite 105
Las Vegas, NV 89148
Telephone: (702) 906-2411
Facsimile: (866) 299-5274
Email: tanasi@tanasilaw.com
//////////////////////////////////////
**JOSHUA TOMSHECK, ESQ.**
Nevada Bar No. 9210
**HOFLAND & TOMSHECK**
228 S 4th Street, 1st Floor
Las Vegas, NV 89101
Telephone: (702) 895-6760
Facsimile: (702) 731-6910
Email: JoshT@hoflandlaw.com
*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARIO CASTRO,<br><br>　　　　Defendants. | Case No. 2:19-cr-00295-GMN-NJK<br><br>**STIPULATION RE: MARIO CASTRO'S SUPPLEMENTAL EXHIBITS [ECF NO. 611]** |

　　IT IS HEREBY STIPULATED AND AGREED by and between the defendant MARIO CASTRO, and the UNITED STATES OF AMERICA, through their attorneys, as follows:

**QuickBooks Files from Evidence ID No. IS0001006020/IS0001006021**

1) Defense Exhibits 5031 through 5039 are true and correct copies of data and reports extracted and generated from the QuickBooks software/program files found in government's seized evidence ID No. IS0001006020/IS0001006021, and are admissible in evidence.

Respectfully submitted this 9th day of March 2023.

| FOR THE GOVERNMENT | FOR THE DEFENDANT |
|---|---|
| U.S. ATTORNEY'S OFFICE<br>FOR THE DISTRICT OF NEVADA | |
| */s/ Daniel Zytnick*<br>TIMOTHY FINLEY<br>DANIEL ZYTNICK<br>Trial Attorneys | */s/ Richard Tanasi & Joshua Tomsheck*<br>RICHARD TANASI, ESQ. (9699)<br>JOSHUA TOMSHECK, ESQ. (9210)<br>*Counsel for Mario Castro* |

ORDER
IT IS SO ORDERED

_____
HON. GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

Dated: March __9__, 2023