JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
MINA CHANG
Assistant United States Attorney
United States Attorney's Office
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Fax: (702) 388-6787
mina.chang@usdoj.gov

AMANDA N. LISKAMM
Director
TIMOTHY FINLEY
DANIEL ZYTNICK
Trial Attorneys
U.S. Department of Justice
Consumer Protection Branch
PO Box 386
Washington, DC 20044
Tel: (202) 307-0050, (202) 598-8337
Fax: (202) 514-8742
timothy.t.finley@usdoj.gov
daniel.e.zytnick@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:19cr-00295-GMN-NJK |
| Plaintiff, | **STIPULATION REGARDING SPECIFIED GOVERNMENT EXHIBITS** |
| v. | |
| MARIO CASTRO et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between the UNITED STATES OF AMERICA and the defendants MARIO CASTRO, SALVADOR CASTRO, MIGUEL CASTRO, and JOSE LUIS MENDEZ, through their attorneys, as follows:

**6295 S. Pearl St. Ste 800-900, Las Vegas, NV**

1. Government Exhibits 35 to 47 and 58 to 59 are photographs that fairly and accurately shows things or items at 6295 S. Pearl St. Ste 800-900, Las Vegas, NV on February 21, 2018, and are admissible in evidence.
2. Government Exhibits 19, 21, 22, and 48 to 57 are true and correct copies of documents found by postal inspectors at 6295 S. Pearl St. Ste 800-900, Las Vegas, NV on February 21, 2018.

**2255 Marlboro Drive, Henderson, NV**

3. Government Exhibits 74 to 77 are photographs that fairly and accurately show things or items at 2255 Marlboro Drive, Henderson, NV on February 21, 2018, and are admissible in evidence.
4. Government Exhibits 78 to 82 are true and correct copies of documents found by postal inspectors at 2255 Marlboro Drive, Henderson, NV on February 21, 2018, and are admissible in evidence.

**4665 Garita Street, Las Vegas, NV**

5. Government Exhibits 65 to 67, 69, and 70 are photographs that fairly and accurately show things or items at 4665 Garita Street, Las Vegas, NV on February 21, 2018, and are admissible in evidence.

6. Government Exhibit 68 is a true and correct copy of a document found by postal inspectors at 4665 Garita Street, Las Vegas, NV on February 21, 2018, and is admissible in evidence.

**1861 Bogey Way, Henderson, NV**

7. Government Exhibits 84 to 88 are photographs that fairly and accurately show things or items at 1861 Bogey Way, Henderson, NV on February 21, 2018, and are admissible in evidence.

8. Government Exhibits 90 to 93 and 96 to 97 are true and correct copies of documents found by postal inspectors at 1861 Bogey Way, Henderson, NV on February 21, 2018.

**Prize notices**

9. The following Government Exhibits are true and correct copies of prize notice mailings received by the specified individuals, and are admissible in evidence.

| Exhibits | Individual |
| --- | --- |
| 1, 1A to 1F | Betty Lou Stirewalt |
| 2, 2A, 2B | James Gambon |
| 4, 6 | Mary Sorrentino |
| 8, 9 | Joseph Miskovich |
| 11 | Lorraine Ramadan |
| 12 | James Pascarella |

**Checks**

10. The following Government Exhibits are true and correct copies of checks drawn on the accounts of the specified individuals, and are admissible in evidence.

| Exhibits | Individual |
| --- | --- |
| 25, 25A, 25B | Betty Lou Stirewalt |
| 26, 26A, 26B, 31 | James Gambon |
| 27, 27A, 27B | James Pascarella |
| 28, 28A, 28B | Joseph Miskovich |
| 29, 29A, 29B | Lorraine Ramadan |
| 30, 30A, 30B | Mary Sorrentino |

Respectfully submitted this 9th day of March, 2023.

| **FOR THE GOVERNMENT** | **FOR THE DEFENDANTS** |
|---|---|
| U.S. DEPARTMENT OF JUSTICE<br>CONSUMER PROTECTION BRANCH<br>AMANDA N. LISKAMM<br>Director | */s/ Richard E. Tanasi*<br>Richard E. Tanasi<br>Joshua Tomsheck<br>*Counsel for Mario Castro* |
| U.S. ATTORNEY'S OFFICE<br>FOR THE DISTRICT OF NEVADA<br>JASON M. FRIERSON<br>United States Attorney | */s/ Donald J. Green*<br>Donald J. Green<br>*Counsel for Salvador Castro* |
| */s/Daniel Zytnick*<br>TIMOTHY FINLEY<br>DANIEL ZYTNICK<br>Trial Attorneys | */s/ Lucas Gaffney*<br>Lucas Gaffney<br>Thomas A. Ericsson<br>*Counsel for Miguel Castro* |
| MINA CHANG<br>Assistant United States Attorney | */s/ William H. Brown*<br>Christopher Mishler<br>William H. Brown<br>*Counsel for Jose Luis Mendez* |

**ORDER**

IT IS SO ORDERED

_____
HON. GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

Dated: March  10 , 2023