**RICHARD E. TANASI, ESQ.**
Nevada Bar No. 9699
**TANASI LAW OFFICES**
8716 Spanish Ridge Ave., Suite 105
Las Vegas, NV 89148
Telephone: (702) 906-2411
Facsimile: (866) 299-5274
Email: tanasi@tanasilaw.com
//////////////////////////////////////
**JOSHUA TOMSHECK, ESQ.**
Nevada Bar No. 9210
**HOFLAND & TOMSHECK**
228 S 4th Street, 1st Floor
Las Vegas, NV 89101
Telephone: (702) 895-6760
Facsimile: (702) 731-6910
Email: JoshT@hoflandlaw.com
*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MARIO CASTRO,<br><br>　　　　Defendants. | Case No. 2:19-cr-00295-GMN-NJK<br><br>**SECOND STIPULATION RE: MARIO CASTRO'S SUPPLEMENTAL EXHIBITS [ECF NO. 611]** |

 IT IS HEREBY STIPULATED AND AGREED by and between the defendant MARIO CASTRO, and the UNITED STATES OF AMERICA, through their attorneys, as follows:

1) Defense Exhibit 5028 is a true and correct copy of a bank check from Ely's Restaurant made payable to Tierra Produce, and it is admissible in evidence.

2) Defense Exhibit 5029 is a true and correct copy of an invoice from Tierra Produce to Angelica's Restaurant dated January 18, 2019, and it is admissible in evidence.

Respectfully submitted this 14th day of March 2023.

| FOR THE GOVERNMENT | FOR THE DEFENDANT |
|---|---|
| U.S. ATTORNEY'S OFFICE<br>FOR THE DISTRICT OF NEVADA | |
| */s/ Daniel Zytnick*<br>TIMOTHY FINLEY<br>DANIEL ZYTNICK<br>Trial Attorneys | */s/ Richard Tanasi & Joshua Tomsheck*<br>RICHARD TANASI, ESQ. (9699)<br>JOSHUA TOMSHECK, ESQ. (9210)<br>*Counsel for Mario Castro* |

ORDER
IT IS SO ORDERED

_____
HON. GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

Dated: March  15 , 2023