UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
****

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MARIO CASTRO, et al., )<br>)<br>Defendants. )<br>_____ ) | Case No.  2:19-cr-295-GMN-NJK<br><br>MINUTES OF THE COURT<br><br>Date: March 28, 2023 |

THE HONORABLE GLORIA M. NAVARRO, UNITED STATES DISTRICT JUDGE

Deputy Clerk:    NEV    Reporters: Amber McClane and Judy Moore

Counsel for Plaintiff: Timothy Finley, DOJ, Daniel Zytnick, DOJ, Mina Chang, AUSA, and Barry Bouchie.

Counsel for Defendants: Joshua Tomsheck, CJA, Richard Tanasi, CJA, Donald Green, Esq., Lucas Gaffney, CJA, Thomas Ericsson, CJA, William Brown, CJA, Christopher Mishler, CJA, with Lisa Smith, Richard Beasley, and Brian Glynn, Technology.

**MINUTES OF PROCEEDINGS: JURY TRIAL - DAY SIX**

8:45 a.m. - Spanish Interpreter Carola Anderson is sworn.

9:12 a.m. The Court reconvenes. Mr. Finley states the parties stipulated to the following Government exhibits: **161, 163, 173, 179, 185, 188, 193, 195, 196, 200, and 204**. The jury enters the courtroom. Counsel enter their appearances for the record. Patti Kern, being previously sworn, resumes the stand on direct examination by Mr. Finley. **Government exhibits 191 and 197 are marked and admitted into evidence.**

10:26 a.m. – The jury is admonished and excused for a break. The Court stands at recess.

10:54 a.m. - The Court reconvenes. The jury enters the courtroom. Ms. Chang calls Joseph Miskovich to the stand. The witness is sworn, and direct examination commences. Cross examination by Mr. Green. JURY NOTES 47-48 posed by the jury for witness. Re-direct examination by Ms. Chang. Witness is excused.

11:23 a.m. - The jury is admonished and excused for lunch. Outside the presence of the jury, the Court and counsel discuss the Defendants' Joint [653] Motion to Order the Government to

Provide Operation Plans. As stated on the record, Defendants' Joint [653] motion is DENIED. The U.S Postal Inspection Service Search Warrant Operation Plans shall be placed under sealed in the Clerk's office.

11:30 a.m. - The Court stands at recess.

1:00 p.m - The Court reconvenes. The jury enters the courtroom. Patti Kern, being previously sworn, resumes the stand on direct examination by Mr. Finley. Cross examination by Mr. Tomsheck.

2:40 p.m. - The jury is admonished and excused for a break. The Court stands at recess.

3:03 p.m. - The Court reconvenes. The jury enters the courtroom. Patti Kern, being previously sworn, resumes the stand on cross examination by Mr. Tomsheck. **Defendant Jose Luis Mendez's exhibit 9043 is marked and admitted into evidence.**

4:00 p.m. - The jury is admonished and excused for the evening.

4:01 p.m. – The Court adjourns.

IT IS HEREBY ORDERED the jury trial in this matter is continued to Wednesday, March 29, 2023, at 9:00 a.m. in Courtroom 7D before Judge Gloria M. Navarro.

**DEBRA K. KEMPI, CLERK
U.S. DISTRICT COURT**

BY:____/s/_____
NEV, Deputy Clerk