**RICHARD E. TANASI, ESQ.**
Nevada Bar No. 9699
**TANASI LAW OFFICES**
8716 Spanish Ridge Ave., Suite 105
Las Vegas, NV 89148
Telephone: (702) 906-2411
Facsimile: (866) 299-5274
Email: tanasi@tanasilaw.com
////////////////////////////////////////
**JOSHUA TOMSHECK, ESQ.**
Nevada Bar No. 9210
**HOFLAND & TOMSHECK**
228 S 4th Street, 1st Floor
Las Vegas, NV 89101
Telephone: (702) 895-6760
Facsimile: (702) 731-6910
Email: JoshT@hoflandlaw.com
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>MARIO CASTRO,<br><br>  Defendants. | Case No. 2:19-cr-00295-GMN-NJK<br><br>**THIRD STIPULATION RE: MARIO CASTRO'S SUPPLEMENTAL EXHIBITS [ECF NO. 668]** |

IT IS HEREBY STIPULATED AND AGREED by and between the defendant MARIO CASTRO, and the UNITED STATES OF AMERICA, through their attorneys, as follows:

1) Exhibit 5043 is a true and correct copy of *Transactions by Account* report generated from data collected from the QuickBooks Files from Evidence ID No. IS0001006020/IS0001006021, and it is admissible in evidence.

2) Exhibit 5044 is a true and correct copy of a still photograph from government video discovery bates USA-SW-Photos-00000591, and it is admissible in evidence.

3) Exhibit 5045 is a true and correct copy of a still photograph from government video discovery bates USA-SW-Photos-00000592, and it is admissible in evidence.

Respectfully submitted this 30th day of March 2023.

| FOR THE GOVERNMENT | FOR THE DEFENDANT |
|---|---|
| U.S. ATTORNEY'S OFFICE<br>FOR THE DISTRICT OF NEVADA | |
| /s/ Daniel Zytnick<br>TIMOTHY FINLEY<br>DANIEL ZYTNICK<br>Trial Attorneys | /s/ Richard Tanasi & Joshua Tomsheck<br>RICHARD TANASI, ESQ. (9699)<br>JOSHUA TOMSHECK, ESQ. (9210)<br>*Counsel for Mario Castro* |

ORDER
IT IS SO ORDERED

_____
HON. GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

Dated: March __30__, 2023