—2:19-cr-00295-GMN-NJK—

1                    UNITED STATES DISTRICT COURT

2                         DISTRICT OF NEVADA

3

4   UNITED STATES OF AMERICA,        )
                                     )   Case No. 2:19-cr-00295-GMN-NJK
5              Plaintiff,            )
                                     )   Las Vegas, Nevada
6        vs.                        )   Tuesday, April 18, 2023
                                     )   9:09 a.m.
7   MARIO CASTRO, SALVADOR           )
    CASTRO, MIGUEL CASTRO, and      )   JURY TRIAL, DAY 18
8   JOSE LUIS MENDEZ,                )   A.M. SESSION
                                     )
9              Defendants.           )   *C E R T I F I E D   C O P Y*

10  _____

11

12                 REPORTER'S TRANSCRIPT OF PROCEEDINGS

13              THE HONORABLE GLORIA M. NAVARRO
14                 UNITED STATES DISTRICT JUDGE

15

16

17  APPEARANCES:        See Pages 2 and 3

18

19

20

21

22  COURT REPORTER:     Patricia L. Ganci, RMR, CRR
                        United States District Court
23                      333 Las Vegas Boulevard South, Room 1334
                        Las Vegas, Nevada  89101
24
    Proceedings reported by machine shorthand, transcript produced
25  by computer-aided transcription.

──────2:19-cr-00295-GMN-NJK──────

1  APPEARANCES:

2  For the Government:

3         **MINA CHANG, AUSA**
          UNITED STATES ATTORNEY'S OFFICE
4         501 Las Vegas Boulevard South, Suite 1100
          Las Vegas, Nevada  89101
5         (702) 388-6336

6         **TIMOTHY T. FINLEY, ESQ.**
          **DANIEL E. ZYTNICK, ESQ.**
7         U.S. DEPARTMENT OF JUSTICE
          950 Pennsylvania Avenue, N.W.
8         Washington, D.C.  20530
          (202) 307-0050

9
   For Defendant Mario Castro:
10
          **JOSHUA L. TOMSHECK, ESQ.**
11        HOFLAND & TOMSHECK
          228 South 4th Street
12        Las Vegas, Nevada 89101
          (702) 895-6760
13
          **RICHARD E. TANASI, ESQ.**
14        TANASI LAW OFFICES
          8716 Spanish Ridge, Suite 105
15        Las Vegas, Nevada 89148
          (702) 906-2411
16
   For Defendant Salvador Castro:
17
          **DONALD J. GREEN, ESQ.**
18        LAW OFFICES OF DONALD J. GREEN
          4760 South Pecos Road, Suite 103
19        Las Vegas, Nevada 89121
          (702) 388-2047
20
   ////
21

22

23

24

25

```
                         ─2:19-cr-00295-GMN-NJK─
```

 1  For Defendant Miguel Castro:

 2       **LUCAS GAFFNEY, ESQ.**
         GAFFNEY LAW
 3       9900 Covington Cross Drive, Suite 290
         Las Vegas, Nevada 89144
 4       (702) 742-2055

 5       **THOMAS A. ERICSSON, ESQ.**
         THOMAS A. ERICSSON, CHTD.
 6       9900 Covington Cross Drive, Suite 290
         Las Vegas, Nevada 89144
 7       (702) 878-2889

 8  For Defendant Jose Luis Mendez:

 9       **CHRISTOPHER MISHLER, ESQ.**
         **WILLIAM H. BROWN, ESQ.**
10       BROWN MISHLER, PLLC
         911 N. Buffalo Drive, Suite 202
11       Las Vegas, Nevada 89128
         (702) 816-2200
12

13

14

15

16

17

18

19

20

21

22

23

24

25

—2:19-cr-00295-GMN-NJK—

1          LAS VEGAS, NEVADA; TUESDAY, APRIL 18, 2023; 9:09 A.M.

2                              --oOo--

3                    P R O C E E D I N G S

4          THE COURT:  All right.  Good morning, everybody.  You

5    may have a seat.

6          Mr. Mishler -- so all of the jurors are here -- did you

7    want me to call in Juror Number 1 and 2 now or do you want me to

8    wait until later?  I just sort of don't want to distract and

9    chill them into wondering what's going on and then not paying

10   attention to closings.

11         So I could do it now, I can do it at lunchtime, I could

12   do it after Defense closing, or are you withdrawing the concern?

13         MR. MISHLER:  I am, Your Honor.  I -- after I thought

14   about it, I'm not really concerned with it.  It didn't seem

15   important.

16         THE COURT:  All right.  Does the Government feel the

17   same or do you want me to question the two jurors?  So my --

18   let's go back to what Mr. Mishler saw.

19         So you saw one of the jurors telling the other --

20   pointing to something on the TV screen.

21         MR. MISHLER:  Yes, Your Honor.

22         THE COURT:  And just for the record, the screens are

23   right at their knee, and every -- there's only -- one, two,

24   three, four.  There's only eight screens for 16 people.  So

25   pretty -- and they're in between.  So pretty much they're in

————2:19-cr-00295-GMN-NJK————

1  couples.  So for every two jurors, they share one television

2  screen that is right at the knee of where they're sitting.

3          So you saw the one -- or, no, Number 2 -- Number 1?

4  Number 2?  Number 2 is the one that she -- Number 1 is a man.

5  Number 2 is a woman.  The woman was pointing at the screen?

6          MR. MISHLER:  Yes, Your Honor.

7          THE COURT:  And saying something to Juror Number 1

8  about what she was seeing?

9          MR. MISHLER:  That's what it looked like, yes.

10         THE COURT:  And then passing some kind of a note?

11         MR. MISHLER:  I don't think she passed anything.

12         THE COURT:  No?

13         MR. MISHLER:  I think she might have written something

14  on her notepad.

15         THE COURT:  Oh, okay.

16         MR. MISHLER:  But she definitely -- I didn't see her

17  pass anything, no.

18         THE COURT:  Oh, not pass a note.  Okay.  Then I

19  misunderstood.  Yeah, Juror Number 2 does have a notepad and she

20  writes a lot.  There's some who write more than others.

21         So if you don't have a concern about what they were

22  focusing on -- do you remember which screen it was?  Did you

23  tell me yesterday that you remembered which screen the TV was

24  on?

25         MR. MISHLER:  I don't.  I apologize, Your Honor.

———2:19-cr-00295-GMN-NJK———

1          THE COURT:  Which part it was?  Okay.

2          All right.  Does the Government have any concern?  Do

3   you want me to address it with the jury, either just the two

4   jurors or the jury -- all of the jurors?

5          MR. FINLEY:  Your Honor, based on what is being

6   described, which I didn't see and none of us saw, it sounds like

7   it's -- somebody just might have looked over at somebody's

8   notes, which they could do at any time.  So it sounds pretty

9   innocuous.

10          I just would ask that if -- you know, if we are going

11   to get into it, we do it now and not wait and do it later.

12          THE COURT:  And, Mr. Tanasi, on behalf of Mario Castro,

13   what's your position?

14          MR. TANASI:  Your Honor, I defer to Mr. Mishler.  I

15   couldn't see from my position that back corner.  So I defer to

16   his judgment and his decision on it.

17          THE COURT:  All right.  Mr. Gaffney, on behalf of

18   Mr. Miguel Castro?

19          MR. GAFFNEY:  Good morning, Your Honor.  Same.  I

20   didn't see the interaction that they had.  So I'll also defer to

21   Mr. Mishler.

22          THE COURT:  All right.  And Mr. Green?

23          MR. GREEN:  Yes.  Good morning, Your Honor.

24          THE COURT:  Good morning.

25          MR. GREEN:  We, too, did not see -- see it.  We weren't

—2:19-cr-00295-GMN-NJK—

1  paying attention -- not that we're not paying attention.  But we

2  join in Mr. Mishler's withdraw of his request.  Thank you.

3          THE COURT:  Okay.  All right.  So we won't do anything

4  about it, but now I'm going to eagle eye her and hopefully she

5  won't feel me staring her down.  But I promise I will now focus

6  on her to see if she is having trouble seeing, which sometimes

7  happens if they can't see or they're trying to re -- you know,

8  there is an instruction, maybe it's only at the beginning and

9  not at the end, where we explain to them that if there is an

10  exhibit that they don't see fully, they can just write down the

11  number because they will be able to see it later during

12  deliberation and spend more time in, you know, exploring it.

13          So I'll -- I'll be sure to focus on her and pay more

14  attention to what she's doing in particular.

15          All right.  So let's go ahead and bring in the jury.

16  I'll have you all introduce yourself in front of the jury, and

17  then we'll start with -- I believe Mr. Green was going to be the

18  first.

19          MR. TOMSHECK:  While they're coming in, Judge?

20          THE COURT:  Yes.

21          MR. TOMSHECK:  I intend to use a PowerPoint in my

22  closing.  I provided a copy of all the slides to the Government,

23  and I don't believe they have any objection.

24          THE COURT:  Any objection to the PowerPoint that

25  Mr. Tomsheck is using?

—2:19-cr-00295-GMN-NJK—

```
 1          MR. FINLEY:  No, Judge.

 2          THE COURT:  Thank you.

 3          MR. GAFFNEY:  And Your Honor?

 4          THE COURT:  I thought you -- oh, it's tomorrow that

 5  you're not here.

 6          MR. GAFFNEY:  Your Honor, Lucas Gaffney on behalf of

 7  Miguel Castro.  We're also planning to use a PowerPoint.

 8  Mr. Zytnick got an opportunity to look at the slides we're going

 9  to be presenting, and I don't believe that he has an objection

10  to those either.

11          THE COURT:  Any objection, Mr. Zytnick, to

12  Mr. Gaffney's PowerPoint?

13          MR. ZYTNICK:  No objection, Your Honor.

14          THE COURT:  All right.  Thank you.

15          MR. FINLEY:  I don't know if Mr. Green is using a

16  PowerPoint.  I know Mr. --

17          MR. GREEN:  Exhibits, Your Honor, exhibits.

18          MR. FINLEY:  Just exhibits.  Okay.

19          MR. GREEN:  Just exhibits, yes.

20          THE COURT:  All right.  Just the ones that are already

21  admitted.

22          MR. FINLEY:  Got it.

23          MR. GREEN:  10 or 15 minutes, Your Honor.

24          THE COURT:  Take your time.  I -- it's your last chance

25  to talk to the jury.
```

```
 1          MR. GREEN:  Understand.

 2          COURTROOM ADMINISTRATOR:  All rise.

 3          (Whereupon jury enters the courtroom at 9:15 a.m.)

 4          THE COURT:  All right.  Everyone may be seated.  Good

 5   morning, everybody.  Welcome back from the overnight break.

 6          Let's have the attorneys please put their presence on

 7   the record with the -- starting with the Government.

 8          MR. FINLEY:  Good morning, Your Honor.  Good morning,

 9   everybody.

10          I'm Tim Finley.  This is Dan Zytnick.  This is Mina

11   Chang.  This is Barry Bouchie.  That's Tyaka Mallory.  And

12   behind her is Erica Rush.  Also Ernest Williams all the way in

13   the back.  We're here for the United States.

14          THE COURT:  Good morning.

15          MR. TANASI:  Good morning, Your Honor.  Thank you.

16   Good morning, folks.  Rich Tanasi and Josh Tomsheck for Mario

17   Castro.  Also with us at counsel table is Bryan Glynn.  Thank

18   you.

19          THE COURT:  Good morning.

20          MR. GAFFNEY:  Good morning, Your Honor.

21          THE COURT:  Good morning.

22          MR. GAFFNEY:  Good morning, ladies and gentlemen.

23   Lucas Gaffney and Thomas Ericsson on behalf of Miguel Castro.

24   Thank you.

25          MR. BROWN:  Good morning, Your Honor.  Good morning,
```

—2:19-cr-00295-GMN-NJK—

1    everyone.  Will Brown and Chris Mishler for Jose Luis Mendez.

2    Lisa Smith and Rich Beasley.

3              MR. GREEN:  Good morning, Your Honor.  Good morning,

4    ladies and gentlemen of the jury.  Don Green on behalf of

5    Mr. Salvador Castro.  And with me today again is Ms. Charlene

6    Gonzalez, the investigator, and my legal assistant, Heather

7    Tan-Sahl.  Thank you, Your Honor.

8              THE COURT:  Good morning.

9              All right.  So yesterday we heard closing from the

10   Government, and now we'll hear closing from the Defense.  The

11   Defense is not required to present a closing argument, but if

12   they would like to, this is their last opportunity to address

13   the jury.  So we'll begin first with Mr. Salvador Castro.

14             On behalf of Mr. Salvador Castro, Mr. Green.

15             MR. GREEN:  Thank you, Your Honor.

16             Good morning, Your Honor.

17             Good morning, ladies and gentlemen of the jury,

18   Government counsel, and fellow cocounsel.

19             Who is sick of mailboxes?

20             We told you a month ago, almost today, that when coming

21   into this courthouse you see that -- that sign that Judge Lloyd

22   George here had -- had engraved in the wall on the trial courts

23   being the cornerstone of American justice.  And this is what it

24   is.

25             Because regardless, again, of all of the technology, of

—2:19-cr-00295-GMN-NJK—

1    all of the iPads, iPods, computer technology, charts, what

2    really matters are good people, representative people from the

3    community who are -- who are commanded by the United States to

4    come here to court.  And that's what that jury summons was.  It

5    was an order from your country.

6         And you have -- you have served valiantly, paid

7    attention, 50,000 questions.  The only question -- you know, I

8    lost a bet.  The only question that wasn't asked is, "Why is

9    Mr. Green stuck in the corner?"  Well, now you know.

10        So I want to thank you for your service.  Service as a

11   jury -- as a juror is not unlike service of your country in a

12   time of armed conflict, because you're compelled to come to

13   court.  You're taken away from your families, your lives, your

14   livelihoods.  I want to thank you.  And I've been doing this a

15   long time.

16        The following are matters of undeniable fact.

17        Exhibit 7027, please.

18        By her own admission, this is Patti Kern and this is

19   Betsy Spider, both.

20        Exhibit 34, please.

21        This is the photo array.  You'll notice that on top

22   left, nothing is signed underneath that.  Obvious female.

23        Page 2, please.

24        There's two females on this page.  Three with the page

25   at the bottom left, down there, Number 9 is supposed to be Patti

1  Kern.  Facial features.  You were only shown part of this page

2  yesterday.

3           Page 3, please.

4           You see other females who's not identified.

5           Page 4, please.

6           And you see other females who are not identified.  And

7  not one of them, not one of them is wearing glasses.  And the

8  one on Number 9, Patti Kern, the facial features, I mean, you'd

9  think they could have got a better picture, but they didn't.

10          Exhibit 81, please.

11          Okay.  This is a document, Digital Express showing the

12  salary for Jose Luis Mendez at $400, which was consistent with

13  Exhibit 285.  We'll get to that in a moment.

14          Thank you.  Exhibit 84, please.

15          This is the famous Post-it note.  This Post-it note was

16  photographed on February 21st, 2018.  The check the Government

17  showed you from 285 --

18          May we have that, please?  285, Page 1.

19          We see that -- do you see that?  We see this from

20  Salvador Castro.  But we also see in this group of checks to

21  Angelina or Angeles Castro, the check was issued in January

22  2018, one month before the Post-it note.  So the Government

23  disingenuously says, "Oh, he must have had things going to his

24  daughter."  But in Exhibit 285 are 31 checks to Salvador Castro.

25          May we have Page 2 of page -- of Exhibit 285, please.

—2:19-cr-00295-GMN-NJK—

1          Right there you'll see, question from the Government to
2  Salvador Castro:  "I'm going to give you one last chance to tell
3  the truth.  I'm going to give you one last chance.  Did you ever
4  endorse a check?"
5          "Well, I don't know.  Yes.  Maybe, no.  I don't know."
6          And then on redirect examination.
7          Show me the document.
8          And if you look at this document, you'll see it says,
9  "pay to the order of Maria Ramirez," a Nevada driver's license,
10  expiration date for deposit only, not cashed.  That's not --
11  that's in a different writing.  Whose is it?  And who signed
12  every check under those accounts -- on the bank documents found
13  at Patti Kern's house on February 21st, 2018, who signed every
14  check by her own admission?  Patti Kern.
15          Thank you.  Exhibit 88, please.
16          There was some envelopes.  Patti Kern stated on that
17  stand that not one of the envelopes -- there was not any
18  envelopes found in this case with the name of Salvador Castro.
19  Salvador admitted to you that he did get checks in the
20  envelopes, he wanted checks, and as to when he got cash from his
21  brother, from Epi, the man who betrayed him.  It was some cash.
22  And he said, "Oh, extra money once in a while, two or $300,"
23  whatever Epi would dole out for his brother.
24          Thank you.  Exhibit 9040, Page 6.
25          Here's the money.  It wasn't found with Salvador.  It

————2:19-cr-00295-GMN-NJK————

1   wasn't found at Digital Express.  It wasn't found at any of the

2   defendants' homes.  There was a lot of cash here.  This was

3   Patti Kern's personal bank.  Was she sharing it with everybody?

4   Well, there's no proof of that.

5        She said she was giving checks out.  And by her own

6   admission, she was signing all of the -- cash out.  By her own

7   admission, she said she had lied to herself.  She had lied to

8   everybody.  She lied to her husband.

9        But she was telling the truth here.  We'll get to that

10  in a moment.

11       Exhibit 9041, please.

12       Where were these checkbooks found?  They were found at

13  Patti Kern's home.  And by her own statement, Tuesday or

14  Wednesday, March 29th or March 30th, she said, "I never used the

15  ATM cards found in the name of Salvador Castro or Golden

16  Products."  And Salvador Castro didn't do it -- didn't use them,

17  and there's no proof whatsoever that those two ATMs were -- were

18  used.  Well, what difference does that make?  It makes a lot of

19  difference.  Why?

20       Because it shows Patti Kern's control.  The checkbooks

21  are in her home -- "Oh, I gave them the check registers so they

22  could do their taxes."

23       But she also said she wrote every check, every check.

24  Those are the checkbooks found in her closet in her little

25  makeshift home office.  ATM cards were found there, too.  Never

1    used by Salvador Castro, the patsy in this whole case.

2              Exhibit 263-3, Page 3, please.

3              This is the slice of the pie that everybody sees,

4    everybody sees all of this.  But in these exhibits that we're

5    using this representative, you'll see that in one of the

6    exhibits over the course of between 2013 and 2018, Salvador

7    Castro was paid some $70,000.

8              If you do the math and calculate that out, each year

9    it's 14,300-something dollars.  If you split that up a month, it

10   comes out to $7 an hour.  That's a regular wage.  And he said it

11   was part of his salary, the same thing which Mario Castro told

12   you yesterday.

13             And Mario Castro, Jr. had never heard the testimony of

14   Salvador Castro and never heard the testimony of anyone else in

15   this case, and they both said the same thing.  It was their

16   salary and their money, which they got.

17             Exhibit 90, Page 3, please.

18             We'll use this one.  It's fine.

19             This is a representative, Salvador Castro, using his

20   own name, his own home address, his own home telephone number.

21   And we look on here, we look on this exhibit, and it says,

22   "Marketing and Direct Mail" written in by Patti -- by Patti

23   Kern.

24             Now, what was Patti Kern thinking that day?  Or was she

25   so excited to get somebody else, another bank account, another

1    company?  That's what it was.  But it's the -- it's the only one

2    in this case that's like this.  There's another one with

3    Salvador.  You'll see it.  We're using this representative

4    because you've paid attention.  You've taken -- taken copious

5    notes and, again, lots of questions.

6          And the notary, it's notarized, with a Nevada driver's

7    license.  This wasn't mailed in.  It wasn't faxed in.  It may

8    have been faxed later after it was notarized, but there's no

9    testimony whatsoever that anybody in this case, including Mario

10   Castro Jr., Miguel, and Salvador all said, you know, "Hey, it

11   was notarized.  I didn't sign anything pre-notarized."

12         Salvador Castro told you the other day that he was

13   doing what he was told by his brother because he -- he trusted

14   his brother.

15         Exhibit 101A, please, Page 1.

16         We'll use these representative because I'm not going to

17   waste your time here this morning.  This is the Bank of America,

18   opening of a bank account, corporate bank account.  Also

19   everything here for Salvador Castro.

20         Page 2, please.

21         He signs it.  He's -- you know, he's not hiding

22   anything.  He's doing exactly what his brother told him to do:

23   "Go to the bank.  Open up these accounts."

24         What did Salvador say?  What did he say?  "I wanted to

25   be -- I'm a businessman and I want to be like on TV.  I want to

1  be a businessman.  And now I'm getting something, some extra

2  money.  That's all I have to do."

3          And Mario Castro yesterday said the same thing, that,

4  you know, "I" -- "I did everything I was supposed to do.  That's

5  all I was supposed to do.  I didn't have to empty -- do anything

6  or empty the trash."

7          But Salvador did.  Salvador emptied the trash, he told

8  you.

9          Exhibit 158, please.

10         The Government has told you about cease and desist

11 orders.  And in this case, there was not one cease and desist

12 order delivered, dispatched, faxed, hand-delivered, mailed to

13 any of these corporations for any of these defendants.

14 Otherwise, you would have seen it.  The last one was in 2013.

15         And Patti Kern had her cease and desist order from --

16 in her house from 2009.  And I asked her the question, "Did you

17 have this in your house as a constant reminder?"

18         "Yes."

19         But there's none for these defendants.  And, again,

20 this is a five-year period between 2013 -- excuse me --

21 eight-year period, from 2010 to 2018.  The last cease and desist

22 order in this case is from 2013.

23         Now, Salvador Castro tells you that on the -- some time

24 during February 21st of 2018, he -- he was asked the question,

25 "Do you know" -- "do you know Kern?"  Because Inspector Ellis

———2:19-cr-00295-GMN-NJK———

1    who was assigned in Guam was here.  And he even said on the

2    stand that -- when I asked him, "Were you having fun driving the

3    forklift," he said "yes."

4         Well, in his report, when I refreshed

5    his recollection -- remember, not one word, there wasn't one

6    single word about Patti.  It was Kern and Kern Enterprises.

7         And yesterday, yesterday Mario Castro, Jr. states in

8    response to my question, "When Ms. Kern came up to you" -- "When

9    Patti came up to you, how did she introduce herself?  'Hi, I'm

10   Patti Kern.  I'm a fraudster and I've got cease and desist

11   orders'"?

12        "No."

13        I said, "Did she introduce herself as Patti?"

14        "Yes."

15        And later he learned that she was Patti Kern.  Same

16   thing with Salvador Castro.

17        And these men never -- Salvador heard Mario testify,

18   but he testified -- Salvador Castro testified last week and

19   could not have possibly known what Mario Castro, Jr. was going

20   to say.

21        So was that a false statement?  No.  N-O spells no.

22   Because, again, with Inspector Ellis, good man.  Never used

23   Patti in his entire report.  It was Kern and Kern Enterprises.

24   The only time in this case and the only evidence in this case

25   before you today ...

————2:19-cr-00295-GMN-NJK————

1          And may we have Exhibit 92-3 put on the screen, please.

2   Page 3.

3          Yes.

4          This is the -- this is one of the series of e-mails or

5   correspondence to this -- to Tom Weedman at the shipping center

6   in North Little Rock, Arkansas.

7          Patti Kern, Betsy Spider, whoever she was that day, she

8   was Betsy, never met Tom and lied to him, a perfect stranger.

9   Lied to a man who owns or manages a mailbox place.  And in this

10  case, the only time there is a single reference or any reference

11  to Betsy Spider is with Salvador Castro.  No one else, not --

12  not Sean O'Connor, not Andrea Burrow, not Burke, not Dan Wagner,

13  nobody.  The only one was Salvador Castro.

14         There were no text messages with Salvador Castro or to

15  him.  There's no proof of any envelopes.  Oh, he admitted he got

16  envelopes.

17         There's no use of the ATM card.

18         Who was betrayed in this case?  Who's also a victim?

19  Salvador Castro.  Victimized by his own brother.  His own

20  brother, who set him up.  And he testified here, "Do you feel

21  betrayed?"

22         "Yes, I do, now that I think about it."

23         Did Patti Kern betray them?

24         Wednesday, March 30th, 2023, on that stand, question by

25  Mr. Tomsheck, quote -- it's in the middle of the page.  Quote,

1    Okay.  And you told us the other day, when you were on the

2    stand, you don't even know what Salvador did in this process?

3           Answer:  No, end quote.

4           The other day she said, "Salvador Castro didn't do

5    anything, did nothing in this case."

6           March 30th, 2023, on that stand, Patti Kern, Page 35,

7    question from Mr. Tomsheck:  "And you didn't tell them --

8    according to your under-oath testimony throughout the entirety

9    of this trial, you didn't tell them it was fraud, correct?"

10          "Answer:  No."

11          The Defense of Salvador Castro asks that you find him

12    not guilty of all charges and specifications.  Thank you.

13          THE COURT:  Thank you, Mr. Green.

14          Next, on behalf of Jose Luis Mendez, Mr. Brown.

15          MR. BROWN:  Thank you, Judge.

16          This case has always, always been about what Jose Luis

17    knew and how Patti Kern and Sean O'Connor used him to commit

18    their fraud without him knowing it.  They were able to do this

19    because of three things:  number one, because of who they are;

20    number two, because of who he is; and, number three, because

21    they kept him in the dark and they misled him.

22          So who are Patti and Sean?  They're a den of thieves.

23    Patti told you she committed fraud for 30 years, 30 years.  She

24    lies for a living.  She admitted it's all she's ever done.  It's

25    all she knows how to do.  And when she got caught, what did she

—2:19-cr-00295-GMN-NJK—

1  do?  She used her husband's name.

2          And when she got caught doing that, she has a

3  conversation with Sean O'Connor.  And what do they talk about?

4  Using other people's names.

5          And when she gets caught doing that, she lies to

6  Inspector Bouchie.  She tells him she pays prizes and she pays

7  them from a different bank account.  Then she writes a letter of

8  apology.  That's what she's holding in the picture that

9  Mr. Green just showed you.

10          She says, "I'm sorry."  Sorry about what?  She admitted

11  she wasn't sorry that she stole money from elderly people for

12  three decades.  She wasn't sorry that she victimized people like

13  Betty Stirewalt again and again and again, and then sold their

14  names to other scammers so those scammers could victimize people

15  like Betty Stirewalt again and again and again.  She wasn't

16  sorry about that.  She was sorry she got caught.

17          And she told you, if she hadn't have been caught, she

18  would still be doing it today.

19          And remember her demeanor while she testified, remember

20  her affect, cold, stoic, remorseless.  "Yes, sir."  "No, sir."

21  No genuine remorse.  No emotion.  No appreciation of the harm

22  that she caused real people who testified here in court.

23          And then she comes in here to point the finger at "a

24  couple of Mexicans" to shave a couple of years off her prison

25  sentence.  That's the Government's star witness.

—2:19-cr-00295-GMN-NJK—

1              What about Sean O'Connor?  He's a lot like Patti.  He's

2     committed fraud his entire life.  He was Patti's right-hand man.

3     And you saw the e-mails that we went through together.  He's the

4     one creating the prize notices.  He tells the graphic designer

5     which old notices to rewrap to make them look new.  He's the one

6     that provides the rules that go into those notices.  He's the

7     one that changes the prize amounts.  He's the one that changes

8     the deadlines.  He's the one who sends the notices to Patti for

9     final approval before printing.

10             He provides the names and the addresses of the victims

11    that go into the laser print.  That comes from him.  And he

12    makes sure that if someone complains, that he and Patti find out

13    who that person is, take that person's name off of their mailing

14    lists.  And tell the other scammers that he's involved with,

15    "Watch out for this person.  He'll tell the Post Office.  Take

16    his name off your list."  That's what Sean O'Connor does.

17             Now, he tells you -- he says, "I testified in front of

18    the grand jury about Glenn Burke.  It was traumatizing.  I had a

19    heart attack.  I had a come-to-Jesus moment.  I decided that's

20    it, I'm out."  That's what he says.

21             But you scratch the surface of that story, and what

22    does he say?  "Well, the truth is that during the day I was

23    meeting with the Government and testifying in front of the grand

24    jury, and at night I'd go back to fraud."  And he does that for

25    a year and a half, from 2016 to 2018.

1        Sean is the only person, the only person, that says he
2   told Jose Luis about Glenn Burke.  He is the only person who
3   says he told Jose Luis about the risks of starting a company
4   with Patti Kern.  But he admitted that sometimes he needed a
5   translator to actually communicate with Jose Luis.
6        And mysteriously, those two conversations, the two most
7   important conversations in this case, there's no translator
8   present.  It's just Sean and Jose Luis, according to Sean
9   O'Connor.  There is nothing, nothing to confirm that those
10  conversations ever took place, except for the word of a lifelong
11  fraudster who's trying to help himself.
12       But Sean did say something, he did say something that
13  was undeniably true.  He said the people who knew this was
14  fraud, people like him, people like Patti Kern, the people who
15  knew this was fraud, they didn't want their names on the
16  companies.
17       So that's who Patti and Sean are, lifelong fraudsters,
18  professional liars, people whose only hope for a more lenient
19  sentence is providing testimony that helps the Government.
20  That's who they are.
21       Let's talk about who Jose Luis is.  He doesn't speak
22  English.  Juan Villasenor said his English isn't good.  Salvador
23  Castro said it's bad.  Mario Jr. said it's bad.  And even Sean
24  O'Connor said, "Yeah, sometimes I had to get someone to
25  translate so we could communicate."  He doesn't speak English.

────2:19-cr-00295-GMN-NJK────

1          He's hardworking.  He starts at the letter shop around

2    2000.  He's sweeping up trash.  He's moving stuff in the

3    warehouse.  He's emptying garbage.  And he works his way up to

4    running the OCE laser printer.

5          Even now, during this trial, he goes to work at 1 a.m.

6    He works until 7 in the morning.  And then he comes here, then

7    he comes to court.  He's hardworking.  He's industrious.

8          And he knows nothing about owning a business or running

9    a business.  Back in 2010 -- he's never formed a company.  He's

10   never filed a dba.  He doesn't even know what that is or why

11   you'd use it.  He's never opened a corporate bank account for a

12   company.  He's never applied for a piece -- for a post office

13   box.  He's never done any of this.

14         And he doesn't own the letter shop.  He just pushes

15   print.  He doesn't own the company.  He doesn't -- he doesn't

16   know who the customers are.  He doesn't know what portion of the

17   work comes from Dan Wagner or what portion comes from Glenn

18   Burke or what portion comes from Patti.  He gets there in the

19   morning, he gets a job number, he gets the right form, he puts

20   in the data, and he pushes print.

21         And he doesn't read what's being printed for two

22   reasons.  Number one, it prints too fast.  The OCE printer

23   prints 466 pages an hour.  And even if it printed slowly enough

24   for him to read, he doesn't read English.  He's making sure the

25   machine doesn't jam.  He's making sure that the forms come

1    out -- that the printing -- that the copy is straight and
2    accurate and it can be seen through an envelope.  He's focussed
3    on the task at hand.

4          He's never seen a cease and desist order.  He doesn't
5    even know what one is.

6          And he only has a vague understanding of what
7    sweepstakes are.  He says, "I understood they were kind of like
8    a raffle."  Patti Kern was in charge.  She'd picked the winner.
9    She'd send the prize.  He has a very superficial understanding
10   of what Patti does.

11         All he knows is that from 2000 to 2010, he has seen
12   Patti almost every single day at the print shop.  And outwardly
13   she looks like a very successful businesswoman, well put
14   together, nice cars, she's friendly to people.  He has no reason
15   to think she's anything other than a successful legitimate
16   businesswoman.

17         And he's been printing stuff for Patti for 10 years,
18   for 10 years.  And the cops never show up and seize Patti's
19   stuff.  The cops never show up and take away the printing
20   equipment.  The cops never show up and ask him about Patti Kern.
21   For a decade he does this.  He has no reason to think there's
22   anything wrong with what Patti's doing.  And he knows that Sean
23   is Patti's right-hand man.

24         So that's Jose Luis in 2010, 2011.  He goes to his job
25   every day.  He pushes print.

1    He's trusting.  He's hardworking.  And he would like an

2 opportunity to make things a little better for himself and his

3 family.  He speaks very little English.  He has no business

4 experience whatsoever.  And when Sean approaches him, and he

5 talks to Jose Luis through Luis Aguilar, because Sean doesn't

6 speak Spanish and he doesn't speak English, Sean approaches him

7 with a business proposition.

8    He asks Luis Aguilar to explain to Jose the opportunity

9 to be in a business with Patti Kern, with the woman he's done

10 work for for 10 years, who appears legitimate and successful.

11 And he says yes.

12    But, of course, he doesn't know anything about running

13 a business.  He doesn't know about forming a company or the

14 Nevada Secretary of State or dbas or post office boxes or

15 corporate bank accounts or signatory cards.  He doesn't know

16 about any of this.

17    So he has to be walked through every stage of this by

18 Patti or Sean.  He signs forms that are filled out by other

19 people.  He follows directions from Patti and Sean:  "Do this.

20 Give me that."  He gives Patti the company checkbook and a

21 signature stamp.

22    He doesn't decide who gets paid what.  He takes what

23 Patti sends him.  He's not making decisions about this company.

24 He's not in those e-mails between Patti and Sean and Mike

25 Ladomerszky about what these prize notices are going to say.

1  He's not in that conversation.  And he has the mail delivered to

2  his house.

3        And here's the irony.  He doesn't open those boxes of

4  mail because he's grateful that Patti has given him an

5  opportunity to be in business with her.  He's grateful to her.

6  He feels like she trusts him, and he wants to repay that trust

7  to her.  So he makes sure those boxes of mail arrive at his

8  house unopened and they go to Patti unopened.

9        So that's who Jose Luis is.  He is someone who is ripe

10 to be taken advantage of by predators like Sean and like Patti.

11 And that's exactly what they do.  They mislead him and they keep

12 him in the dark.

13       They have Jose Luis put his name on everything.  Both

14 companies, his name.  All the bank accounts, his name.  All the

15 P.O. box applications, even the ones they don't send, his name.

16 All the dba filings, his name.  His name is on everything

17 because Patti and Sean tell him to do that.

18       That fact alone tells you that he did not know that he

19 was being involved in a fraud.  Because if he did, why would he

20 put on every single publically-filed document his name and his

21 home address?

22       They never tell Jose Luis about any cease and desist

23 order.  Let's look at Exhibit 120.

24       This is a Government exhibit.  And what does it prove?

25 It proves that Jose Luis's company never got a cease and desist.

1    His companies aren't on there.  His name isn't on there

2    anywhere.

3          And what about when -- when Patti and Sean are worried

4    that law enforcement are onto them and they're scurrying around

5    trying to cover their tracks?

6          Let's look at Exhibit 240.  Again, this is a Government

7    Exhibit -- sorry, 204.

8          Look at this.  These are e-mails about law enforcement

9    action.  These are e-mails between people who know they're

10   committing fraud and are worried that the Government is onto

11   them.  These are e-mails about how to hide, how to cover their

12   tracks.

13         Patti's on there.  Sean's on there.  Andrea Burrow's on

14   there.  Edgar Del Rio is on there.  All of them are talking

15   about hiding from law enforcement.  Who's not on there?  Who's

16   not hiding?  Who are they not including in these discussions?

17   Jose Luis, because he doesn't know.

18         Patti even leads him to believe that a lawyer approved

19   these prize notices.  You remember at one point Epi comes to

20   Jose Luis and he says, "Hey, Patti's going to get a lawyer to

21   review these prize notices."  He says, "Fine.  Patti's running

22   the business anyway.  She knows best.  Okay."

23         Then Patti writes a check from his company to a lawyer.

24   Couple days later, Epi comes, tells Jose Luis, "Uh, yeah, lawyer

25   said the notices are fine.  Good to go."

1          And then they're in the warehouse.  Patti picks up a
2    prize notice.  Gives Jose Luis one of these, thumbs up.  Good to
3    go.
4          Jose Luis didn't know that he was involved in fraud
5    until he was in handcuffs for four hours at his house, and a
6    postal inspector is holding him by the scruff of his neck and
7    telling him, "What you need to be afraid of is that immigration
8    officer in your living room."  That's when he found out this was
9    fraud.
10         Now, was he negligent?  Was Jose Luis careless or
11   foolish?  Maybe.  Maybe.
12         He admitted that he should have asked more questions.
13   He said, "I should have investigated more."  But that's not the
14   same as knowing that it's fraud.
15         Jury Instructions 22 and 23 speak directly to this
16   point.  These instructions say that the Government has to prove
17   beyond a reasonable doubt that Jose Luis knowingly entered into
18   a conspiracy, that he knowingly committed mail fraud.
19         And Jury Instruction 23 says he did not, he did not act
20   knowingly if he was simply careless or negligent or foolish.
21   And, again, maybe he was.
22         Maybe Jose Luis was careless or even foolish.  I mean,
23   Patti Kern spent 30 years lying to people.  And it's not hard to
24   believe now that Jose Luis was foolish to trust her.  But at the
25   time he did.  He didn't just trust her; he was actually grateful

—2:19-cr-00295-GMN-NJK—

1  to her.  He thought she was giving him an opportunity to make

2  his life better in a legitimate business.

3          He never intended to commit fraud.  And he never knew

4  that Patti Kern was using him to commit fraud.  And that's why

5  he's not guilty.  That's why he's not guilty on all counts.

6          Thank you.

7          THE COURT:  Thank you, Mr. Brown.

8          On behalf of Mr. Miguel Castro --

9          MR. GAFFNEY:  Your Honor, could we take --

10         THE COURT:  -- Mr. Gaffney.

11         MR. GAFFNEY:  -- a short break so we can hook up the

12 PowerPoint presentation?

13         THE COURT:  Yes.  Let's go ahead and take a morning

14 break for about 15 minutes.  It's 10 a.m.  Please plan to be

15 back here by 10:15.

16         Please remember, ladies and gentlemen of the jury, that

17 you are still not to discuss this case with each other.  We are

18 getting close, but not yet.  You can talk to each other about

19 other things, but not about this case.

20         Please do not read or listen to or view anything that

21 touches upon this case or attempt to perform any independent

22 research or investigation.

23         And remember that the attorneys, the parties, the

24 witnesses, the defendants, none of their staff are allowed to

25 speak to you at all whatsoever about anything.  So don't be

—2:19-cr-00295-GMN-NJK—

1  embarrassed or offended if they're running in the opposite

2  direction from you if they see you.

3           And do not form any opinions yet or share any

4  information about your opinions yet.  We have a few more closing

5  arguments to go.

6           And let's go ahead and have a quick restroom break.

7  What did I say?  10:15?

8           10:15 we'll see you back here.

9           (Whereupon jury leaves the courtroom at 9:57 a.m.)

10           THE COURT:  All right.  We'll take a break for -- until

11  10:15.  Just so you know, I did authorize lunch to be provided

12  to the jury because I wasn't sure exactly when the deliberation

13  process would begin.

14           So Nick or I will get a notification of when lunch has

15  arrived, and then that's when we'll take our -- our lunch break.

16           Okay.  So we'll see you back here at 10:15.  Off

17  record.

18           MR. TANASI:  Thank you.

19           (Recess taken at 9:57 a.m.)

20           (Resumed at 10:22 a.m.)

21           COURTROOM ADMINISTRATOR:  All rise.

22           THE COURT:  All right.  The jury's back.  We're back on

23  the record.  Just to let you know, because this question had

24  come up before, once they are deliberating, they are required to

25  stay together.  There will be a court security officer, I think

1  it's going to be Pete, who will make sure that they stay

2  together.

3          Which means if someone needs to smoke, they all go

4  together to the location, they smoke, and then they all come

5  back.

6          Yes, so if there is -- if there is a need to go smoke

7  during deliberations, they will all go together.  In the past

8  they've gone to the dock.  I understand now they might be going

9  over to the courtyard.  So those are semi-public areas.  You

10 might want to avoid that if you're staying in the courthouse.

11 The courtyard is the one next to the jury room.

12         So we may end up locking that up so that the jury can

13 use it.  Otherwise, the CSO will take them to the -- to the

14 dock.  I don't know if there's a third location.  To the roof.

15 But they will be with the CSO so they don't have to go through

16 the metal detectors, because the CSOs will kind of shuttle them

17 in and out as a group.

18         Okay.  I think that was the only thing -- oh, I did

19 keep an eye on Number 2, and she did put on her glasses and then

20 leaned forward to look at the screen.  I don't remember her

21 having glasses on yesterday so maybe that was the problem.  I

22 don't know.

23         She did have her glasses on today.  And she took them

24 off when the person -- when there wasn't something on the screen

25 and -- I think it was Mr. Green who was speaking -- she took

—2:19-cr-00295-GMN-NJK—

1  them off to look at Mr. Green.  But then when she was looking at

2  the screen, she put the glasses on.  That's all I saw.  She

3  didn't talk to Number 1 yet, but I'll keep watching.

4        COURTROOM ADMINISTRATOR:  All rise.

5        (Whereupon jury enters the courtroom at 10:24 a.m.)

6        THE COURT:  All right.  Thank you.  You may all be

7  seated.

8        We have the jury back from the morning break with us.

9  We're going to continue now with closing arguments.  And on

10  behalf of Mr. Miguel Castro, we have Mr. Gaffney.

11        You may proceed.

12        MR. GAFFNEY:  Thank you, Your Honor.

13        Ladies and gentlemen, I want to thank you for your

14  participation in this trial.  I know that none of you asked to

15  be here.  But I think that after being here for almost five

16  weeks, you probably understand just how important it is to have

17  good citizens like yourself come in and give us the greatest

18  commodity that you have, which is your time, in order to make

19  the criminal justice system work.

20        So on behalf of myself, Mr. Ericsson, and Miguel

21  Castro, we are sincerely grateful for your service.  Thank you.

22        How does someone become an unwitting participant in a

23  fraudulent enterprise for eight years and not know it?

24  Especially somebody like Miguel Castro.

25        You heard from a lot of witnesses that Miguel Castro

 1   did the accounting for the letter shops and the mailing

 2   companies.  And according to Mario Castro -- Castro's expert,

 3   Janet McHard, Miguel Castro did his accounting job well.

 4        You've also heard that Miguel ran a successful printing

 5   company prior to the financial crash that occurred some time in

 6   2008-2009.  And he's been involved in other businesses.  You

 7   heard that he was trying to establish a business in Mexico

 8   selling and importing plastics and chemicals, and that he also

 9   was a part of Henderson Foods, the produce company.

10        So how does somebody with that kind of background get

11   used by a person like Patti Kern?  It starts with the Castros

12   and Jose Luis Mendez's relationship with Patti Kern.  You've

13   heard testimony that Patti Kern was perceived as being a

14   successful businesswoman with a long-established career in the

15   print -- excuse me -- the printing industry going back almost 30

16   years.

17        During much of that time, Patti Kern was a client of

18   the Castros' letter shop, where the defendants worked.  They saw

19   her driving luxury vehicles.  They saw her maintaining a stylish

20   appearance.  They saw her living a very lavish lifestyle.

21        Patti Kern was perceived by the defendants as someone

22   who possessed wealth due to her business savvy.  She was a

23   mainstay in the direct mail industry.  By 2010 they had no

24   reason not to trust her, and no reason to think that her success

25   was built on fraud.  And more importantly, as far as they knew,

1  Patti Kern had never been arrested or charged for anything

2  related to fraud -- fraudulent prize notifications.

3          As you know, Patti Kern's fraud in this case began in

4  2009 when she received a cease and desist order, shutting down

5  her mailing company.  Other than Patti Kern, there's no evidence

6  before you that Patti Kern specifically told any of the

7  defendants, including Miguel Castro, that she received a cease

8  and desist order resulting in her business shutting down.

9          However, there is evidence that Patti Kern was

10  desperate for money and that the vast majority of her work

11  experience consisted of committing mail fraud.

12          Patti Kern told you that she took her concerns about

13  continuing her livelihood to Sean O'Connor and they formulated a

14  plan.

15          That plan contemplated keeping her name off of

16  everything, because she knew if she got caught committing fraud

17  again she was going to go to jail.  If you recall, Patti Kern

18  testified that she never had a single conversation with any of

19  the defendants where she told them that the work she was

20  bringing to the letter shop was fraud.

21          And you don't have to take my word for it.  That is

22  testimony that you all heard.  And she said something to this

23  effect at least three or four other times.  And it makes perfect

24  sense that she never told people what she was doing was illegal,

25  because if she did, no one's going to want to participate in her

1  scheme.

2          And, likewise, none of the defendants ever told Patti

3  Kern that they knew what they were doing constituted mail fraud,

4  or that opening up the mailing companies and mailboxes and bank

5  accounts in relation to these prize notices constituted fraud.

6          There's also no evidence that the defendants read and

7  understood the content of the prize notices, and they didn't

8  have to because Patti Kern never told them that those prize

9  notices were fraudulent.  In fact, she thought the prize notices

10 that she was creating were somehow okay.

11         If you remember, Patti Kern testified that she

12 convinced herself that by producing and mailing out the prize

13 notices that are characterized as sweeps reports, she was

14 operating in a gray area.  She called it "riding the gray line."

15         You've all seen this statement, the handwritten

16 statement that Patti Kern gave to postal inspectors on -- in

17 February of 2018.  And in it she says:  "I thought, naively,

18 that riding that gray line and fulfilling made this somehow

19 okay."

20         Patti Kern testified that she convinced herself that by

21 producing and mailing out these prize notices characterized as

22 sweeps reports that she was operating in this gray area.

23         The sweeps reports, if you remember, are prize notices

24 that include a set of rules on the back, and they inform the

25 recipient that their $20 fee is to purchase a sweepstakes report

—————2:19-cr-00295-GMN-NJK—————

1  that includes different sweepstakes that they can enter into.

2      Patti Kern testified that the sweeps reports were

3  different than other sweepstakes promotions she had done in the

4  past.  So even if we were to assume the defendants were aware

5  that she had received a cease and desist order and was shut down

6  in 2009, which they weren't, but even if we assume that was

7  true, according to Patti Kern, the sweeps reports she began

8  doing with Epi Castro in 2010 were different than the sweeps

9  reports -- or, excuse me, the sweeps promotions she was doing

10  prior to that.

11      Patti Kern testified she kidded herself into thinking

12  the sweeps reports were not fraudulent, and she didn't want to

13  admit to herself that the sweeps reports were a scam.  That was

14  her mind state and her reasoning throughout the timeline of this

15  alleged conspiracy.

16      So, if that's what Patti Kern believed, why would the

17  defendants have any reason to believe what they were doing was

18  illegal?

19      Patti Kern also testified that it wasn't her fault if

20  the victims didn't understand the rules and that it's not fraud

21  if the victims get what they pay for.  So, again, if Patti Kern

22  is operating under that belief, why would the defendants have

23  any reason to believe they're participating in a scam?

24      Additionally, the defendants knew Patti Kern had used

25  several different printers.  She used Epi Castro.  She used

—————2:19-cr-00295-GMN-NJK—————

1  Edgar Del Rio.  She used a place called Western.

2       So even if the fulfillment for these sweeps reports

3  were not being printed at the Castro's letter shop, they had no

4  reason to think Patti Kern wasn't printing and mailing them off

5  from elsewhere.

6       The Government asked Sean O'Connor how many of the

7  sweeps reports were actually being fulfilled and whether they

8  were worth $20.  He said that they didn't send the fulfillment

9  for the sweeps reports with any consistency.  But it's not about

10 what Sean O'Connor knew, it's about what the defendants knew.

11 And there's no evidence that these defendants didn't know Patti

12 Kern was fulfilling those sweeps reports.

13      The Government also asserted that Patti Kern's initial

14 statement about the sweeps reports being okay was merely a cover

15 story that she tried on Mr. Bouchie, but then she quickly

16 confessed.  If that's the case, why put it in a written

17 statement signed by Patti Kern, Mr. Bouchie, and another postal

18 inspector?

19      It wasn't just a cover story that she tried with

20 Mr. Bouchie.  You may remember that after Andrea Burrow sent out

21 that e-mail about the national crackdown in 2016, Patti Kern

22 sent a subsequent e-mail to make sure the fulfillment of those

23 sweeps reports was getting done.  That's because she thought the

24 sweeps reports were somehow okay and she was riding that gray

25 line.

1           And it wasn't just Patti Kern that believed it.  Sean

2   O'Connor also testified that he believed sending out the sweeps

3   reports was a way to get -- to avoid getting into legal trouble.

4           This was a quote from his trial testimony.  You see

5   questions and answers, and the last question is:  "And the

6   belief that sending out sweeps report was a way to avoid getting

7   in trouble?"

8           His answer was:  "I would say legally, yes."

9           So, if that's Patti Kern and Sean O'Connor's mind

10  state, why would the defendants think that they were

11  participating in a scam?

12          It's also important to remember that when Patti Kern

13  testified that she formulated her plan with Epi, she

14  specifically talked about doing these sweeps reports moving

15  forward because they thought that those were clean promotions.

16          So returning to the question, how would somebody like

17  Miguel Castro unwittingly participate in Patti Kern's fraud for

18  so long, she worked in the direct mail industry for years.  She

19  knew some of the defendants, including Miguel, long before 2010.

20  Patti Kern was seen as someone who had been successful in the

21  mail industry for decades.  Patti Kern never told the defendants

22  what they were doing constituted fraud.

23          And even if the defendants were aware Patti Kern had

24  been shut down previously, she had retooled her prize notices as

25  sweepstakes reports, which she believed were okay, or at least

1   fell within this gray area.

2           The defendants had no reason to think Patti Kern was

3   not fulfilling the sweeps reports through another printer.  And

4   even if the defendants believed that -- or, excuse me, even if

5   the defendants thought the prize notices required paying a cash

6   prize, they had no reason to believe Patti Kern, who was in the

7   business for so long and appeared to be successful, was not

8   paying out that prize money.

9           Yesterday the Government argued that Miguel should have

10  known no cash prizes were being paid out because he was the

11  accountant for the mail company.  That assumes Miguel had access

12  to all of Patti Kern's bank accounts or that he knew how much

13  cash she possessed.  And there was no evidence as to either one

14  of those.

15          Now, the Government will have you believe the

16  defendants must have known they were involved in a fraudulent

17  venture because when a mail company received a cease and desist

18  order, they had to stop all work being done on certain prize

19  notices.

20          All the e-mails and text messages that you saw about

21  companies being shut down because they received a cease and

22  desist order were conversations that were compartmentalized

23  between Patti Kern and Sean O'Connor and Edgar Del Rio and

24  others.  None of those e-mails included the defendants.

25          And none of the defendants in this case ever received a

1    cease and desist order.  You probably remember that a cease and

2    desist order acts as a warning to whomever is using the mail for

3    fraudulent purposes to stop.  These defendants never received

4    that warning informing them that the prize notices that they

5    were producing for Patti Kern's fraud were illegal.

6           But because Patti Kern's word is not enough, the

7    Government was also trying to demonstrate the defendants would

8    have known the prize notices they were printing were fraudulent

9    because they printed the same kind of notices for Glenn Burke

10   and Dan Wagner, who got in trouble.

11          But here's the thing.  Burke was involved in different

12   kinds of fraud, not just prize notices.  Sean O'Connor testified

13   that in 2013, when Burke got into trouble, he didn't know the

14   specific reason for why he got in trouble.  At that time, he

15   didn't know whether it had to do with prize notices or the

16   telemarketing scheme that Burke was involved in.

17          Sean O'Connor also testified that he was present when a

18   postal inspector came to the Castro letter shop to talk about

19   Glenn Burke.  Sean O'Connor testified that he believed Mario and

20   Miguel were present when the postal inspector came by.  He

21   thought that they were there.

22          First of all, that meeting occurred 10 years ago.  So

23   who knows how accurate Sean O'Connor's recollection of that

24   meeting is?  And, second, Jose Luis Mendez testified that Miguel

25   was trying to start a business in Mexico between 2011 and 2014,

2:19-cr-00295-GMN-NJK

1  and he was gone for significant periods of time.

2        So despite Sean O'Connor's testimony, it's not only

3  very likely Miguel wasn't in the letter shop on that day, it's

4  likely he wasn't even in the country.

5        And same goes for the letter from the receiver

6  addressed to Miguel and Luis Aguilar.  Nobody came here to court

7  and testified that Miguel actually received that letter,

8  responded to that letter, or attended the meeting referenced in

9  that letter.  You have no evidence before you that Miguel Castro

10  actually received that letter.

11        Also, just because the Government accuses somebody of a

12  crime, it doesn't automatically mean that they're guilty of the

13  alleged offenses.  In this country, we all know that you're

14  presumed innocent until proven guilty, and you're entitled to

15  due process.

16        So, yes, Burke gets shut down in 2013.  Sean O'Connor

17  didn't testify in Burke's grand jury proceeding until 2016.

18  But, importantly, Sean O'Connor sat here in 2023 and told you he

19  didn't know the specific crimes that Burke had been charged

20  with.  He didn't know if it was for prize notifications.  He

21  didn't know if it was for the telemarketing scheme.

22        The Government's also asserted the defendants must have

23  known that Burke's prize notice operation was illegal because of

24  all the work they lost when Burke got shut down.  The defendants

25  were merely printing Burke's prize notices.  There's no

—2:19-cr-00295-GMN-NJK—

1    allegation of profit sharing between the defendants and Burke.

2        There's no evidence that the defendants read and

3    understood Burke's prize notices.  The work that they did for

4    Glenn Burke was just another print job.

5        There's another component for you to consider in

6    determining how someone like Miguel and the defendants could

7    become unwitting participants in Patti Kern's fraud.  They had

8    no role in creating the content of these prize notices.

9        Patti Kern had her own database of victims' names and

10   addresses that she used.  Epi, who worked in his own print shop

11   separate from the defendants, had his own database of

12   promotions.  And it's clear that Patti Kern and Sean O'Connor

13   chose which templates to use for Epi to print the shells.  And

14   Patti -- Patti Kern and Sean O'Connor commissioned artists and

15   graphic designers like Ladomerszky to rewrap these old

16   promotions into new art -- with new artwork.

17       Then Patti Kern and Sean O'Connor had someone other

18   than the defendants write the content, the language contained in

19   those prize notices.  So Patti Kern and Sean O'Connor oversaw

20   the entire creation of the artwork and content of the prize

21   notices without any input from the defendants whatsoever.

22       Patti Kern testified she reviewed and finalized every

23   single promotion without any input from the defendants.  Patti

24   Kern also secured the names and address of the victims.  She

25   scheduled when the prize notices would be printed.  She

─────2:19-cr-00295-GMN-NJK─────

1    scheduled when the prize notices would be mailed.

2          And, remember, the letter shop was the last step in the

3    process where the personalized information was entered.  Then

4    the promotions were folded, placed in an envelope, and mailed

5    out.  The defendants played no part in creating the actual prize

6    notices.

7          And in regard to the physical printing, Miguel played

8    no part in that.  There's been -- there's been no testimony that

9    he operated any of the printing machines in the letter shop.

10   And so that's another reason how someone like Miguel can play an

11   unwitting part in Patti Kern's mail fraud.

12         I want to talk a little bit about Miguel's alleged role

13   in this conspiracy.  The Government is contending Miguel

14   participated in the conspiracy by owning or managing the letter

15   shop at different times and by providing accounting services for

16   the mailing company.

17         Now, just working at the letter shop that printed the

18   prize notices is insufficient to establish Miguel's guilt beyond

19   a reasonable doubt.  He has to have knowingly participated in

20   this conspiracy.  And you can refer to Jury Instructions 22, 23,

21   and 25 for that.

22         Government's also asserting that Miguel and Patti Kern

23   were partners in one of the prize notice companies, which is

24   Price Awards, doing business as Marketing Image Direct.

25         First of all, it's Patti Kern that called it a

—2:19-cr-00295-GMN-NJK—

1    partnership.  Partnership was her term.  In reality, Patti Kern

2    was running that company the same way she ran every company

3    created by this scheme.

4         Remember, it was Patti Kern acting on her own, or

5    through Epi or through Sean O'Connor, that directed people to

6    create new businesses, open up mailboxes, and open up bank

7    accounts.  And because she had been successful in the printing

8    and mailing industry for so long, the defendants didn't have a

9    reason to believe that what she was doing was illegal.

10        We've seen evidence that Patti Kern was in control of

11   all of these mailing companies.  She directed the creation of

12   these companies.  She oversaw the creation of prize notices.

13   She secured the lists of victim names and addresses that went on

14   the prize notices.  She decided when they were printed and

15   mailed.  And she directed the defendants to trash the prize

16   notices when they were no longer usable.  And she controlled the

17   bank accounts.

18        So you need to ask yourself, if Patti Kern told

19   everybody, "Hey, I'm a ghost.  I can't have my name on anything

20   because I don't want to get in trouble," why would anybody put

21   their name on any of the documents used to open a mailing

22   company, a mailbox, or a bank account?  How does that make any

23   sense?

24        It doesn't.  Patti Kern never told people, "Hey, I

25   can't put my name on anything because I'll get in trouble, but

1  it's okay if you do."

2        And it also doesn't make any sense if, as the
3  Government alleges, the defendants were aware of all the trouble
4  Patti Kern had been in and Dan Wagner had been in and Glenn
5  Burke had been in that they would still get involved in mailing
6  out these fraudulent prize notices.  If that's the case, why
7  would they willingly volunteer to take a bullet for Patti Kern
8  by getting involved?

9        Under that premise, you'd have to believe Miguel Castro
10  was willing to put himself at risk; his brother, Salvador, at
11  risk; his nephew, Mario Jr., at risk; Jose Luis Mendez; and
12  other members of his family.  It just doesn't make any sense.

13        What does make sense is that Miguel and defendants had
14  no idea Patti Kern was using them to commit this fraud.

15        And here's another example.  If Miguel knew Patti Kern
16  was using him to commit mail fraud, why would he put his name on
17  the Price Awards bank account?  Additionally, why would he allow
18  his company, Marketing Image Direct, a company easily traceable
19  to him, to be used for fraud?

20        In this letter, which is Government's Exhibit 152, that
21  Miguel sent in response to a subpoena from the Government, he
22  indicated that he had transferred Marketing Image Direct to Mark
23  Jordan in 2017.

24        Now, Miguel obviously got the date wrong since Mark
25  Jordan's name appears on the corporate documents almost two

 1    years earlier, in 2015.  But Miguel never denies knowing Mark

 2    Jordan.  He refers to him as a friend.

 3            And, also, if you look at all the corporate documents

 4    filed with the Nevada Secretary of State for Marketing Image

 5    Direct, they all contain the same address.  So this is the

 6    Articles of Incorporation from 2012 -- from, excuse me, October

 7    of 2012.  It has an address of 420 Wedgewood.

 8            This is the initial list of officers filed at the same

 9    time, same address.  This is the amended list of officers from

10    November 2012, same address.  October 2013 filing, same address.

11    And then this is the filing with Mark Jordan, October 2015, same

12    420 Wedgewood address.

13            So that address first appears on the corporate

14    documents filed in 2012 with Miguel's name.  It has a clear

15    connection to him, years before Mark Jordan's name appears on

16    the corporate filings.

17            Unfortunately, Mark Jordan is deceased.  So he can't

18    testify on why his name is on those documents and what his

19    intentions were.  We would have loved to have called him as a

20    witness if he were available so he could explain what happened.

21            Here's what else we know about Marketing Image Direct

22    doing business as Price Awards.  In September of 2016, Miguel

23    signed the Bank of America signature card for Price Awards using

24    his own name.  Subsequently, Andrea Burrow starts depositing

25    checks into that account.  Those checks are issued to Miguel and

1  the letter shop to pay for printing costs, postage, business
2  expenses, and Miguel's accounting services.
3       Now, according to Patti Kern, she paid Miguel's
4  so-called profit distributions in the forms of checks and cash
5  after the printing expenses were paid.  But the problem is, you
6  have to take her word for that.  There's no evidence outside of
7  Patti Kern's testimony that the checks in Exhibit 253 are
8  actually so-called profit distributions.  And I would submit to
9  you that any profit distributions in this case went directly to
10  Patti Kern.
11       Patti Kern testified that she merely managed the bank
12  accounts.  And that's simply not true.  She didn't merely manage
13  the bank accounts.  She was in control of the bank accounts,
14  which is consistent with what Patti Kern told Mr. Bouchie back
15  in February of 2018.  She told him, and he wrote down, she was
16  in control of the bank accounts.
17       Patti Kern had the checkbooks.  She had the online
18  login information for all of the bank accounts.  She had the
19  signature stamps.  Specifically, she had a stamp for Miguel.
20  And if she didn't have a signature stamp, like for Salvador
21  Castro, she would just forge his name on a check.
22       Patti Kern wrote the vast majority of the checks for
23  all of these mailing companies.  And she would direct bank
24  account signers to get her more checks and deposit books -- or,
25  excuse me, deposit slips whenever needed.  Patti Kern also

1  controlled the cash.

2        So does it make sense that Miguel and any of these

3  other bank signers are going to turn over everything related to

4  these business bank accounts if they were actually in control of

5  those bank accounts?  Make no mistake, Patti Kern was in charge

6  of all aspects of this business, but especially the money.

7        Now, what Miguel did do was the accounting for the

8  mailing companies.  Take a look at Miguel's text messages

9  between Patti Kern and Sean O'Connor.  They're almost

10  exclusively about accounting.  And there's nothing illegal about

11  that since he didn't know he was participating in a fraudulent

12  enterprise.

13        And think about Miguel's accounting for the mailing

14  companies -- excuse me.  And think about this, Miguel's

15  accounting for the mailing companies doesn't help to accomplish

16  an objective of this conspiracy.  The objective, generally,

17  would be to enrich himself and the other alleged coconspirators

18  by causing victims to send in payments in response to materially

19  misleading prize notices and then distributing those payments to

20  himself and others.  His accounting doesn't further the

21  objective of the conspiracy.

22        Patti Kern testified Miguel would be paid $200 per week

23  per business for his accounting, and that justified why he's

24  receiving checks from all of the different mailing companies.

25  And, of course, if Miguel knew he was engaging in a fraudulent

1    enterprise, why would he keep such meticulous accounting records

2    for the mailing companies?  Why document what he knows to be a

3    criminal conspiracy, like keeping track of things like invoices

4    and checks?  Why have invoices at all?  That just doesn't make

5    any sense.

6         What makes sense is Miguel was keeping accurate

7    accounting records of everything because he believed that the

8    defendants were running a legitimate business.

9         Now, let's talk about the money the Government claims

10    Miguel received from this scheme.  This is Government's

11    Exhibit 264, Page 4.  And it indicates Miguel Castro received a

12    total of $140,000 from the companies on the left side of the

13    screen.

14         The time period here is about three years.  So that

15    comes out to approximately $47,000 a year.  Now, if you

16    remember, Inspector Towers, who actually created this chart or

17    slide, he didn't know why that money was paid to Miguel, only

18    that it was paid.

19         So you can see that $100,000 of that money came from

20    Digital Express alone.  So that money could very well be for his

21    accounting services, his paychecks, and other business expenses.

22    The remaining $40,000 over the three years comes out to a little

23    over $1,000 a month.  And I would submit to you that that --

24    those payments were for Miguel's accounting services.

25         There's also Exhibit 264, Page 5, which purports to be

—2:19-cr-00295-GMN-NJK—

1  direct payments to Marketing Image Direct.  And this is money

2  received between 2012 and 2015 when Marketing Image Direct was

3  operating as a letter shop.  That's approximately $260,000 a

4  year.  These payments are for printing costs:  paper, labor,

5  postage, et cetera.

6           So when you're thinking about this money, remember,

7  it's not our burden to prove to you the purpose for which this

8  money was given to Miguel and Marketing Image Direct.  That's

9  the Government's job.  And Inspector Towers didn't come with the

10 receipts.

11          I want to talk a little bit about Andrea Burrow.  If

12 you remember, she acted as a clearinghouse for all of the

13 correspondence sent by the victims.  All of the mail was

14 directed to her.  That means that Miguel and the rest of the

15 defendants never saw a single check sent to these mailing

16 companies.

17          Burrow also received all of the complaints and letters

18 from the victims inquiring about their cash prizes.  That

19 information was intentionally compartmentalized between Patti

20 Kern and Andrea Burrow.

21          Patti Kern needed to put up a firewall between the

22 victims and the defendants, or else the defendants would learn

23 these prizes weren't being paid or that fulfillment for the

24 sweeps reports weren't getting done.  But, most importantly,

25 Patti Kern had to establish a barrier so the defendants never

1    learned that her operation was fraudulent.

2          So, remember, when the Government tells you the

3    defendants were intentionally targeting people who were elderly

4    and vulnerable, there's no evidence that Miguel and the rest of

5    these defendants knew who the victims were.  They didn't see the

6    shaky handwriting on the checks.  They didn't see the letter --

7    the letters received by Burrow or Patti Kern.

8          They didn't read the complaints from people complaining

9    about their prize notices -- or, excuse me, inquiring about

10   their prizes.  They never learned from the victims that these

11   cash prizes weren't being paid out or a fulfillment for a sweeps

12   report wasn't getting made.

13         They didn't secure the lists of names of the addresses

14   used on a prize notices, and they didn't use those lists to

15   target these same people repeatedly.

16         Additionally, the Government has asked why there's no

17   phone number or addresses on these prize notices for the victims

18   to contact.  That was an intentional choice by Patti Kern to

19   install a barrier between the victims and the defendants.

20         Talk a little bit about the cash.  To be clear, I'm not

21   going to say Patti Kern didn't give anybody cash.  That was just

22   how she paid people for her services -- for their services.

23   Sometimes she paid by cash.  Sometimes she paid by check.

24         Patti Kern testified that her and Burrow didn't keep

25   any records regarding the cash that they had received from the

—2:19-cr-00295-GMN-NJK—

1    victims.  And it doesn't take a rocket scientist to figure out

2    why.  To put it plainly, no recordkeeping meant Patti Kern could

3    keep as much of that cash as she wanted.

4            And so we just have to take Patti Kern's word that the

5    cash she was distributing to the defendants were so-called

6    profit distributions and when she was distributing them and how

7    she was distributing them.

8            You might remember the testimony of Villasenor.  One of

9    the things he testified to was that he confronted Mario Castro

10   about the prize notices being illegal during the first month he

11   was there.  If you remember, he was at Henderson Foods for about

12   a six- to seven-month period.

13           So the first month he's there, he tells Mario, "Hey,

14   these are illegal."  And Mario pushed back by saying something

15   to the effect of, "Hey, if these were illegal, we wouldn't have

16   been able to print them for so long."

17           But what's more interesting is that if the defendants

18   knew they were committing fraud, why would they allow Villasenor

19   to come and work in the same -- in the same warehouse,

20   especially after he confronts Mario Castro about the legality of

21   these prize notices?  Why wouldn't they try to hide what they're

22   doing if they know they're doing something illegal?

23           And why wouldn't they ask Villasenor to leave after he

24   raises this issue of legality, or at least move him into the

25   warehouse where none of the printing's taking place?  It's

———2:19-cr-00295-GMN-NJK———

1  because, like Mario said, they didn't think they were doing

2  anything illegal.

3         I want to talk about Miguel's statement to Inspector

4  Ellis in February of 2018.  First of all, let me kind of set the

5  stage.  During the morning hours of February 21st, 2018, 10

6  agents enter into Digital Express at the Pearl Street address.

7  They're armed.  They're wearing bullet-proof vests that say

8  "Police."  They loudly identify themselves as federal law

9  enforcement officers.

10        They round up everybody in the office and the

11  warehouse, and then they put them into handcuffs.  Then they

12  tell them, "Hey, we want to talk to you, but this interview is

13  voluntary."  So that's the atmosphere under which Miguel

14  Castro's interview took place.

15        Inspector Ellis testified that he took the handcuffs

16  off of Miguel before the interview.  Nevertheless, that's a very

17  scary situation.  Regardless, Miguel didn't resist in any way.

18  In fact, he gave Inspector Ellis a tour of their facility.  He

19  talked to Inspector Ellis about their business.  He identified

20  equipment in the warehouse and what its purpose was.

21        Miguel's interview lasted about an hour and a half.

22  Even though it was obvious to Inspector Ellis that Miguel's

23  primary language was Spanish, the interview was not conducted in

24  Spanish.  And it's important to remember Inspector Ellis was not

25  the person that actually conducted the interview.  The person

———2:19-cr-00295-GMN-NJK———

1 that conducted the interview didn't speak Spanish.  But

2 according to Inspector Ellis, he told Miguel he spoke Spanish

3 and then asked Miguel if he was comfortable conducting the

4 interview in English.

5        When Inspector Ellis testified here, he couldn't

6 remember if he actually offered to conduct the entire interview

7 in Spanish.  So it's possible Miguel didn't explicitly receive

8 the option of conducting the entire interview in Spanish.  And

9 it's also possible Miguel decided to conduct the interview in

10 English because he believed it would be easier for the agent

11 interviewing him since that agent only spoke English.

12        The Government has said that Miguel lied to the postal

13 inspectors that interviewed him.  According to Inspector Ellis,

14 Miguel indicated he hadn't seen Kern in two years and he never

15 did any work for her.

16        But here's the thing.  Miguel's answers depend on how

17 the questions are phrased by the postal inspector.  His answers

18 also depend on his understanding of the definition of the words

19 used.  And I think you can all agree, conducting an interview in

20 English can be problematic for someone who speaks English as a

21 second language.

22        On cross-examination, Inspector Ellis agreed he would

23 want the interview to be conducted in his native tongue if he

24 was being interviewed about something important.  Inspector

25 Ellis actually testified it wouldn't be fair to conduct an

2:19-cr-00295-GMN-NJK

1  interview with him on an important topic unless it was in

2  English.

3          Inspector Ellis further testified he would not know if

4  Miguel was confused by a question unless Miguel indicated he was

5  confused, or unless Inspector Ellis could tell that he was

6  confused.

7          You have to keep in mind, Inspector Ellis's testimony

8  was based on his notes and recollection from an interview that

9  occurred five years ago.  His notes are not a verbatim

10  accounting of that con -- excuse me.  His notes are not a

11  verbatim accounting of that conversation.  They're a summary.

12          There's been a lot of testimony about why it's

13  important to record interviews.  And even Inspector Ellis agreed

14  the best way to memorialize an interview is by recording it.

15          But in this case, Inspector Ellis was specifically told

16  not to record any interviews.  So we don't know exactly what was

17  asked and what was said in response.

18          Now, Inspector Ellis's admission that a recording's the

19  best way to memorialize a statement is consistent with the

20  principles contained in the Attorney General's memorandum

21  regarding electronic recording.

22          This is Exhibit 299.  We've been referred to it as the

23  Holder memo.  And it puts forward the Department of Justice's

24  policy for recording people who are in custody.

25          If you look at Page 2, Paragraph 3, it says:  "The

2:19-cr-00295-GMN-NJK

1  policy also encourages agents and prosecutors to consider

2  electronic recording in investigative or other circumstances not

3  covered by the presumption."

4       And that's the presumption of recording people when

5  they're in custody.

6       This would apply to the interview with Miguel.  This

7  memo was issued in 2014.  Miguel's interview took place in 2018.

8       Now, let me show you a portion of the principle behind

9  this policy.  It says:  "This policy will not, in any way,

10 compromise our ability to hold accountable those who break the

11 law.  Nor will it impair our national security efforts.  On the

12 contrary, it will reduce uncertainty in even the most sensitive

13 cases, prevent unnecessary disputes, and improve our ability to

14 see that justice can be served."

15      So, here, I would submit to you that we have

16 uncertainty as to what was said by Miguel Castro to postal

17 inspectors.  What the Government is characterizing as lies could

18 be a simple misunderstanding of a single word or phrase used in

19 the question asked.  But because the interview wasn't recorded,

20 we'll never know for sure.

21      Lastly, I want to talk to you about the statement

22 Miguel gave to the Government in response to the subpoena.  The

23 Government argued that Miguel must be trying to hide his

24 involvement in Patti Kern's scheme because the letter didn't

25 mention Patti Kern or any of the mailing companies.

1    Well, Mr. Bouchie testified Miguel provided this

2    statement through his attorney, but looking at the letter, it

3    certainly doesn't look like his attorney helped him to draft it.

4    We can see the letter is written in broken English.

5    It's not -- it's not addressed to anyone in particular.  And it

6    doesn't say it's being sent in response to a subpoena.

7    So it's difficult to determine the actual purpose of

8    this letter.  But, more importantly, there's no evidence

9    indicating Miguel fully understood what the -- the subpoena was

10   requesting when he sent this letter.  Therefore, the fact that

11   the letter doesn't mention Kern or the mailing companies doesn't

12   knew -- doesn't mean that Miguel knew he was participating in a

13   fraudulent scheme.

14   So there's a confluence of factors that go into how

15   somebody like Miguel Castro can become an unwitting participant

16   in a fraudulent mass-mailing scheme for eight years without

17   knowing it.

18   But given all of the evidence before you, all of the

19   ways in which Patti Kern lied to everyone over the course of the

20   alleged conspiracy, how she herself believed that she was riding

21   the gray line, and directed the scheme from beginning to end,

22   there's nothing, but reasonable doubt that Miguel Castro and the

23   defendants knew that they were participating in a fraud.

24   And so I would respectfully ask you find Miguel not

25   guilty of all charges.  Thank you.

2:19-cr-00295-GMN-NJK

1          THE COURT:  Thank you, Mr. Gaffney.

2          And on behalf of Mr. Mario Castro, Mr. Tomsheck?

3          MR. TOMSHECK:  Uh-oh.

4          We even tested it this morning, Judge.

5          COURTROOM ADMINISTRATOR:  Oh, that's your desktop.

6          MR. TOMSHECK:  Not mine.

7          COURTROOM ADMINISTRATOR:  Because this says PowerPoint

8    on the bottom left.  There we go.

9          THE COURT:  There.  We see it.

10         MR. TOMSHECK:  Boom.

11         May I proceed?

12         THE COURT:  Yes, you may.

13         MR. TOMSHECK:  Thank you.

14         I got to confess, I felt a little bit silly every time

15   that we stood up every morning and introduced ourselves to you

16   all, because if we think about it, you spent as much time with

17   us and us with you over the course of the last month than we

18   probably did with our friends and families.

19         Hopefully, this is the last time you will have to hear

20   from me.  Never have to see me again, if you don't want to.  I'm

21   going to ask that you pay attention and listen to the last few

22   comments I have to make about this trial because this is a

23   really, really important process.  It's a really important

24   process not for me, but for Mario Castro.

25         What's a trial?  Well, a trial can be and a trial has

 1  been described a lot of different ways throughout time.  But if

 2  you break it down to its most simple, fundamental, basic level,

 3  a trial is really just a whole lot of questions that hopefully,

 4  at the conclusion of the process, provide us with answers.

 5         As a juror, you have to answer some questions.  And you

 6  may notice, when a judge comes into a courtroom, like Judge

 7  Navarro does every day, Nick says, "All rise."  And we do.  We

 8  stand up because Judge Navarro is the judge of the law.  And

 9  that's an important position and so we stand to give her the

10  respect that she deserves.

11         But you may also have noticed that every time you stand

12  up and enter or exit the courtroom, Judge Navarro says, "We

13  stand for the jury because they're the judges of the facts."

14  That is a very important position that you are in and we give

15  you the respect that you deserve.

16         And my hope is at the conclusion of this process you

17  will have the tools to make an informed decision, because we

18  understand how important it is.  And we understand that you have

19  to answer some of those questions that I just talked about.  You

20  have to decide, Did the Government meet their burden in this

21  case?  Did they prove that Mario -- and I say "Mario" because he

22  is my client.  Mr. Tanasi and I have the absolute privilege of

23  representing Mario Castro.  He is a pleasure of a client.

24         You heard about him during this trial.  He's a son, a

25  brother, father, and he's on trial.  And he respects you and the

———————2:19-cr-00295-GMN-NJK———————

1  decision that you're about to make.

2          The question you have to answer is, did they, that's

3  the Government, did they prove the charges against Mario and the

4  other codefendants in this case?

5          So here's the first question I have for you:  What's a

6  charge?  Might seem like a silly question, but it's an important

7  one.

8          The instructions actually tell you what a charge is.

9  One of the first instructions Judge Navarro read to you

10  yesterday was that a charge is not evidence.  It is words on

11  paper and in and of itself means nothing, other than the

12  Government's brought it.

13          The fact that my client is charged as a -- with a crime

14  in a document called an indictment doesn't mean that he's guilty

15  of a thing.  They, the Government, has to prove it.  And Mario

16  Castro, like every other defendant in other every criminal case

17  throughout the entirety of the history of our country, is

18  presumed to be innocent.

19          He doesn't have to testify.  He doesn't have to present

20  any evidence.  The Judge told you that repeatedly.  And he

21  doesn't have to prove his innocence.  The Government has to

22  prove that he's guilty of the charges.

23          Charges, ladies and gentlemen, equal questions.  The

24  question for you is:  Did the Government prove them, and did

25  they prove them to you beyond a reasonable doubt?

1          Well, how do we answer that question?  Well, the

2     instruction tells us that, too.  We don't have to guess about

3     what the law is.  We do it through something called evidence.

4     And that's obvious, but evidence actually is a defined legal

5     term, and it's an important one.

6          See, evidence, ladies and gentlemen, answers the

7     questions in a case like this.  If evidence gives us answers,

8     there is a legal term for that.  It's called proof.  But if the

9     evidence does not answer questions or if the evidence presented

10     during trial raises more questions, there's a legal term for

11     that as well, and we call that reasonable doubt.

12          So what's evidence?  Evidence is three things.  It's

13     the sworn testimony of any witness.  So when a witness comes in

14     here and takes the witness stand, raises their hand, and swears

15     to tell the truth, what they say is evidence.  You can consider

16     it.  The exhibits, all of the documents that we put up on the

17     screen and highlighted and asked witnesses questions about,

18     you'll have those in the jury deliberation room.  Those are

19     evidence.  You can consider them.

20          And any fact which the parties have stipulated to.  So

21     any time the Government and we stood up and said, "We have a

22     stipulation," that is to be accepted as a fact.  It's evidence.

23          But what's not evidence?  And this is important when

24     you go back and you actually look at what happened during the

25     course of the last month that we've all been together.

1  Questions from lawyers.  So when I get up or Mr. Finley or

2  Mr. Zytnick and they give their opinion to a witness, that's not

3  evidence.  It's not something that you're to consider when you

4  reach your decision.

5          Arguments of lawyers, what I'm doing right now or what

6  Mr. Finley's about to do before you go back and deliberate,

7  that's not evidence.  It's designed to summarize the evidence

8  and highlight things to you that we think are important, but you

9  get to decide what the evidence is.

10          And here's the other thing that's not evidence:

11  theories, ideas, a hypothesis, something that we just say makes

12  sense without actual evidence to support it.  That's not

13  evidence on which you can base your decision.

14          Make no mistake about it, Mario, as he sits here right

15  now, as he was when we began this process, is innocent because

16  nobody has said that he's not.  The only people that have the

17  power to make that decision are the judges of the facts.  It's

18  you guys.  Until that happens, he's presumed innocent.  And I

19  want you to remember that when you consider what I'm about to

20  talk to you about.

21          So here's my question to you:  Did they prove it beyond

22  a reasonable doubt?  Well, what happens in this case?  I want to

23  take a step back for a second and talk about what really

24  occurred and how we wound up here.  Well, Patti Kern happened.

25  That is a fact.

1          Patti Kern is a fraudster, a shyster, a liar, a cheat,

2     a crook.  She admits that.  And she has to admit that because

3     there is so much evidence that she can't possibly deny it.

4          That's all she knows.  And you don't have to take my

5     word for it because she actually put that in writing back in

6     February 21st of 2018.  And I would submit to you this is one

7     thing that you can believe when Patti Kern says it.  She says:

8     "This business is all I have done and know how to do."  That,

9     ladies and gentlemen, is a sad fact for all of us that live in

10    the communities throughout this country.

11         But what's a sad fact for Patti Kern is that she gets

12    caught.  So what does she do?  She does what any good fraudster

13    does, she pivots.  She puts her husband's name on a business,

14    she candidly admits that.  Because, again, the evidence is

15    overwhelming that that's what happened.  She gets caught again.

16    So now Patti Kern is in a position that leads us into this

17    courtroom.

18         Patti Kern is shut down.  She's -- I think she said she

19    took six months off and wasn't going to commit fraud anymore.

20    And then she said, "Eh, heck with it, back to the fraud, it's

21    the only thing I know how to do."

22         She talks to Sean O'Connor.  Sean O'Connor suggests

23    getting other people to help her commit her fraud.  And why is

24    that important?  Because there's a link between Patti Kern and

25    this courtroom, and that is Epi Castro.  And why is that

—2:19-cr-00295-GMN-NJK—

1    important?  Here's why.

2          Patti Kern has no money at that time.  The reason she

3    decides to go back to committing fraud after her husband's

4    business gets shut down is because she wants to maintain her

5    station in life.  She wants the income and she doesn't have any.

6    So what does she have to do?  It's a critically important fact

7    in this case.

8          She makes a deal with Epi.  The Government would have

9    you believe that it's a deal to commit fraud, but what does the

10   actual evidence say?  It says that Patti Kern made a deal with

11   Epi Castro to do printing work on credit.  And why is that

12   important?  Because she's going to pay him on the back end.

13         See, Epi Castro, undisputed, printed stuff.  And he did

14   it for a long time.  He got paid for printing stuff.  This

15   arrangement, taking something and doing something and paying for

16   it afterwards, is not a novel concept.  We do it every single

17   day when we go into a restaurant.  You order pancakes or

18   pepperoni pizza or a cheeseburger.  And you pay for it after you

19   eat it.  That's the deal that Patti Kern had with Epi Castro.

20   She admitted candidly on the stand that's what she had to do.

21         So is that fraud?  That's a question for you to answer

22   when you go back and deliberate.  Well, it certainly is for

23   Patti Kern.  And why?  Because, by her own admission, Patti Kern

24   knew what she was doing and she did it all.  Everything she did

25   was with the intent to defraud people.  That was her goal.  She

——2:19-cr-00295-GMN-NJK——

1  did it entering the sweepstakes business.  She did it in all of

2  her mailers in the past.  And she did it when she entered a

3  business relationship with Epi Castro.

4          But is that fraud for Epi Castro?  That's a good

5  question.  And it depends on what Epi knew at that time.  It

6  depends on what Epi intended.  And I want you to think about

7  this.  See, Epi isn't on trial here.  Epi wasn't called as a

8  witness.  We don't know what Epi knew.  We don't know what Epi

9  thought.  We don't know what Epi intended.  We just know what

10  Patti Kern used Epi for.

11          The reason it's important is because that relationship

12  between Epi Castro and Patti Kern becomes the basis for the

13  Government's theory in this case.  Remember when I said theories

14  aren't evidence.  Go back and deliberate and think about what

15  evidence there is about what Epi Castro knew, intended, or

16  thought.  There's none.

17          You have to connect those dots yourselves based on

18  their theory.  And their theory is that every interaction that

19  Patti Kern had with anybody in this case is a partnership.

20  That's what they want you to believe because it's their theory

21  of the case.

22          But what does the evidence say?  The evidence says

23  that's not a theory until February 21st of 2018.  Why is that an

24  important date?  It's abundantly obvious.  That's when all of

25  the search warrants are executed.  But it's also when Inspector

1   Bouchie comes into contact with who?  Patti Kern.  That becomes
2   their theory after talking to Patti Kern.  The problem is it
3   becomes their theory based on information given to them by Patti
4   Kern.  What evidence of that is there?
5         Well, Inspector Bouchie told you a bunch during trial.
6   The big thing that changed is now we know about these white
7   envelopes.  Well, where did that information come from?  It came
8   from Patti Kern.  And it came from Patti Kern who was having a
9   search warrant executed in her home at a time when she had the
10  knowledge that there was four white envelopes with people's
11  names written on them in her home.  There was one for Epi, one
12  for Mario, one for Salvador.  You remember those photographs?
13        The Government tells you that that is your basis to
14  believe this is a partnership and those have to be partnership
15  payments, when the actual evidence is that the Government comes
16  into her house and asks her questions and she lies to them.  And
17  she is confronted and then she changes her story again.  And
18  it's a story that they choose to believe, and they would have
19  you believe it during this trial.
20        When you think about what actually happened during this
21  trial, I want you to remember this.  Something that is not
22  evidence are thoughts, feelings, theories.  Ask yourselves the
23  question when you go back and deliberate, why did the Government
24  call the witnesses they did in this trial?
25        You see, the law tells you that you're not supposed to

1  make your decisions based on sympathy, emotion, prejudices,

2  feelings.  We don't do that in a courtroom because that can lead

3  to a dangerous consequence.

4         And the Government makes a decision about which of

5  those thousands of victims to call into trial and testify.  So

6  ask yourselves the question, why did they choose those people?

7         Maybe it's to get you to see it from a sympathetic

8  viewpoint.  And it's understandable.  But when you go back and

9  deliberate, I want you to think about this.  What is the fact

10  that someone who wrote a $20 check 10 years ago and sent it into

11  Patti Kern, as a victim to her fraud, what does the fact that

12  that person did or didn't serve in Vietnam tell you about what

13  happened in this trial?  Nothing.

14         But I know you saw it more than once, when the

15  prosecutor was about done asking questions and the other

16  prosecutor ran up and gave him a note and said, "Hey, don't

17  forget to ask about Vietnam."  There's a reason that we do

18  things like that.

19         The Government wants you to feel things a certain way.

20  And they have nothing, and I mean nothing, to do with what

21  actually happened in this case.

22         We do not make decisions based on sympathy and we don't

23  make decisions based on theory, because the idea that this is a

24  partnership comes from one person and one person alone.  It

25  comes from Patti Kern.

1          What really happens in this case?  Well, when you go

2     back and deliberate, you'll have the opportunity to review the

3     hundreds, if not thousands, of pages of documents that were

4     introduced into evidence, if you want to.  It's your right.  You

5     can.  Don't have to.

6          But if you are to take a look at the actual evidence

7     that's introduced during this trial, you're going to see that

8     there are hundreds, if not thousands, of e-mails.  They're from

9     people like Sean O'Connor to people involved in the fraud scheme

10    that he's aware of.  And they're from people like Patti Kern.

11    They've got e-mails down to Patti Kern's neighbors.  Do you

12    remember that during trial?  We asked her a bunch of questions

13    about them.  Why was it important?

14          Well, it's important because Patti Kern is actually

15    writing an e-mail to someone that has nothing to do with this

16    case.  It's a neighbor, a friend, someone that she doesn't have

17    a motive or an incentive to lie to.  She's not under the thumb

18    or the examination of law enforcement at that time.  And I would

19    submit to you there's no reason for her to lie in that e-mail.

20          Now, she said on the witness stand during trial,

21    inexplicably, that she was lying when she wrote that e-mail.

22    But ask yourself what really happened and what would be her

23    motive to lie to her friend and neighbor.

24          In that e-mail she says, "I'm helping out some Mexicans

25    that do some work with casinos."  I would submit to you that's

1    what the evidence is in this case, that she's providing work to

2    some people that want her as a client, not because they want to

3    participate in fraud, but because Mario Castro's got a business

4    that he's trying to keep afloat, and he's got clients and he

5    wants her to continue to be one of them.

6          What do the e-mails, the hundreds of them that we saw

7    in this case, tell us about Mario Castro?  Think about that.

8    Because none of them -- and I assure you if there was one, the

9    Government would have shown it to you.  There's not one e-mail

10   where Mario Castro's directing anybody what to do.  He's not

11   obtaining a list.  He's not telling people to open accounts.

12   He's not doing anything except running a letter shop.

13         He's not making any orders, but Patti Kern sure is.  Is

14   that a conspiracy?  Is there any evidence in those e-mails that

15   Mario Castro is a conspirator with Patti Kern in the mail fraud?

16   Is that fraud at all?  That's a question you have to decide.

17         The Government, when they go into this investigation,

18   when they write the search warrants that are executed in 2018,

19   have already done a lot of work.  The search warrant affidavit

20   is 90-plus pages long.  They have obtained bank accounts.

21   They've obtained cellular telephone records.  They've

22   investigated locations.  They've obtained all of this

23   information.

24         And the Government, when they draft that search

25   warrant, what do they say?  That Patti Kern is the mailer.  And

 1  why is that important?  Because she's the target of the

 2  investigation.

 3          And it's inexplicable to me -- I have no idea why the

 4  Government hid from the fact that they called it the Kern

 5  Syndicate.  That's what they called it.  That was their term for

 6  it.  I didn't make it up.  Inspector Bouchie put it in a

 7  document that he gave to a court sworn under oath that it was

 8  the truth.  He called it the Kern Syndicate.

 9          And when it came time for trial, when Patti Kern is now

10  their star witness and not the subject of the investigation,

11  they want to hide from that fact.  Ask yourself why.

12          Patricia Kern, as she's termed in the search warrant,

13  is a principal coconspirator in a mail fraud scheme that

14  involves the mass mailing of millions of fraudulent

15  solicitations via the U.S. mail to elderly and otherwise

16  vulnerable residents in the United States.  Patti Kern told you

17  that she sought out vulnerable people.  That was her intention,

18  not Mario Castro's.

19          That warrant also told you something that you know to

20  be a fact.  There's nothing ambiguous about this.  Patti Kern

21  made a concerted effort to remove her name from the Kern

22  Syndicate documents, to hide her leadership role in the

23  mass-mailing fraud scheme, by relying on other individuals and

24  front companies.

25          The Government can't have it both ways.  They can't say

1   these four defendants are guilty because they put their name on

2   something and then say, "Patti Kern is the principal

3   coconspirator in charge of the whole thing.  And we know it

4   because she takes her name off of stuff."  Doesn't work that

5   way.

6           The mailer, according to Inspector Bouchie, controls

7   all aspects of the mass-mailing campaign.  The mailer, Patti

8   Kern, is the ultimate beneficiary of all victim payments.  The

9   mailer hires the business components necessary to fully execute

10  the fraudulent scheme.  I want you to remember that fact, that

11  Patti Kern has to hire individuals to carry out her fraud.  She

12  can't do it herself.

13          Patti Kern is a fraud.  She's an admitted fraud.  We

14  all know that that's all she knows.  And we also know, as one of

15  my colleagues pointed out earlier, that she would still be doing

16  it today.  Patti Kern has zero remorse for what she did.  She

17  had zero remorse for taking the stand and blaming it on these

18  guys.  And if she hadn't gotten caught, she would still be doing

19  it right now to those same victims.

20          But she is caught.  So what does she do?  The only

21  thing she knows how to do when she is caught, she changes her

22  story.  She blames it on someone else.  And she does it because

23  she wants to help herself, make no mistake about that.

24          Everything Patti Kern said during this trial is for the

25  sole reason of benefiting herself when it comes time to

1    ultimately face judgment for what she did.

2         Patti Kern's whole life is a fraud.  And she says that

3    it's got to be a fraud involving these guys, that they have to

4    know that it's fraud because she knew that it was fraud.

5         The problem is she knew it was fraud because she

6    created it.  And she never took the time to tell any of these

7    defendants that it was, in fact, fraud.  They never told her

8    that they knew it was fraud.  She had to admit that.  Why?

9    Because we could confront her with all of the documents that

10   were turned over in discovery, and we know that she never told

11   them it was fraud.  We know that they never told her that they

12   knew it was fraud.

13        What evidence -- when you go back and deliberate,

14   identify one single piece of evidence that says Mario Castro had

15   a conversation with Patti Kern in which she told them it was

16   fraud.  Identify a single piece of evidence presented through

17   this month-long trial that says that Mario Castro was told Patti

18   Kern didn't pay out prize proceeds.

19        Patti Kern wants you to believe that Mario knew.  And

20   here's a question for you:  Why?  Because it helps her come time

21   for her sentence.  But when asked how, Patti Kern can't point to

22   a single reason that Mario Castro would have known.

23        Another thing I want you to consider when you go back

24   and deliberate is that Patti Kern can't tell these defendants

25   that it's fraud.  And why not?  Because if she does, they ain't

1  going to do it.  I want you to imagine that conversation.  One

2  of my colleagues mentioned it a moment ago.  How does that work?

3          If Patti Kern is a known criminal who's committed fraud

4  forever, and she's been caught more than once, and she knows

5  because she's received cease and desists to both her and her

6  husband, does she walk into a room and say, "Hey, Mario.  I'm

7  going to commit some fraud.  Why don't you sign up for that with

8  me?"

9          What do you think he's going to do?  There is nobody on

10  God's green earth that's going to sign up for that kind of a

11  relationship.  "I can't put my name on it because I could go to

12  prison.  Why don't you do that for me?"

13          That is the most implausible explanation for the

14  creation of a fraud conspiracy that I can possibly fathom.  They

15  just want you to accept it as reality when it makes literally no

16  sense.  That is insulting to the four guys that are charged with

17  crimes related to what she did.  The idea that she's just going

18  to pull them in and say, "Hey, I know this is illegal and you

19  know it, too, but put your name on it.  Use your business."

20          There's a reason that Mario Castro used his business to

21  take money from Patti Kern, because she was a client and she

22  required it in order to be a client.  You have to take money in

23  and pay it out for postage.  We're going to talk about that in a

24  minute, too.  It's another thing the Government wants you to

25  completely ignore.

1          The Government's theory -- and I put up here a couple

2    of definitions of theories.  There's several of them.  But a

3    theory is a hypothetical set of facts, principles, or

4    circumstances, often used in the phrase "in theory."

5          So the Government can come in here and say, "Hey, in

6    theory, I want you to convict these four defendants based on

7    this idea."  But what evidence is there actually that any of

8    these four defendants knew that this was a fraud?

9          So what evidence does the Government bring to trial in

10   order to answer that question?  I want you to think about this.

11   I'm going to dive into the evidence with you.  They called

12   Inspector Towers.  I want you to ask yourselves the question:

13   What does he bring to this investigation?

14         Now, he was back in Las Vegas February of '18 with, I

15   guess, 100 other inspectors to investigate this, and I guess, we

16   learned during this trial, two other cases that were going on at

17   the same time.

18         He was there.  Didn't interview anybody.  Couldn't tell

19   you what he did.  Why did they call him during this trial?  They

20   put Inspector Towers up on the stand to look at pictures and

21   tell you that they're important.  He's not an accountant.  He's

22   not an expert in any way, but he looks at charts.

23         And Mr. Zytnick literally got up here and asked him

24   repeatedly:  "Now, which slice of the pie is bigger?  The yellow

25   slice or the blue slice?"  As if that somehow answers a question

———2:19-cr-00295-GMN-NJK———

1   during this trial.

2           Think about that.  Why on earth do they do that, and

3   does it provide you any meaningful evidence about this case?

4   Those are charts created by the information the Government gives

5   him, and they spit it out like, "Look, this has got to be a

6   fraud because the Patti Kern slice is bigger than the other

7   slices."

8           But it's based on the information they spoon-feed a

9   witness to provide a photograph, an image, a demonstrative

10  exhibit with no basis in reality whatsoever.  What do they want

11  you to consider when they look at that?

12          I mean, he told you, "Yeah, I just looked at all of the

13  Mario -- or the Maria Castro checks together."  Never mind that

14  there's four of them.  "I can look at the back and see that

15  somebody else has written that check and cashed that check.

16  We're just going to lump it all together, because that's what

17  the prosecution team told me to do, because it betters their

18  theory."

19          How about the fact they completely ignore the fact that

20  the $3 million that come in as part of this fraud goes right out

21  the door to postage?  They want you to ignore that fact, as if

22  Mario Castro's dancing around on a bag of money like Scrooge

23  McDuck.  He's not.  It is a business that he is trying to keep

24  afloat by taking whatever clients he can.

25          Is Patti Kern a big client?  Yeah.  So's Sean O'Connor.

———2:19-cr-00295-GMN-NJK———

1   But when you go back and look, they say these are the two

2   biggest clients.  This is all they did, is commit fraud.

3         Who's the third biggest client?  A Hispanic grocery

4   store that's all throughout the Las Vegas Valley.  Who's the

5   fourth biggest?  A casino, a small non-corporate casino.

6         Mario Castro's a guy who did mailers for all of the

7   casinos before he went belly up, before he went and tried to

8   start a tequila business, before he spent large amounts of time,

9   in which they say he's part of a conspiracy, not even in the

10  U.S. and not even in the mailing business.

11        Let's just lump the four Castros together and say

12  they're guilty.  Miguel Castro, not my client.  I don't

13  represent him.  But he wasn't even here for part of that

14  conspiracy.

15        If you are a partner in a fraud that's making millions,

16  what don't you do?  Leave and start a tequila business.  Leave

17  and try to start a plastic importation business.  Those are

18  undisputed facts that they occur, and they ask you to completely

19  ignore them.  Just like the fact that almost every dollar that

20  came in the door went out the door for postage as an expense of

21  the business.

22        Ladies and gentlemen, when you go back and deliberate,

23  it's a matter of perspective.  I can look at deposits into a

24  bank account and I can tell you they mean something, but I have

25  no idea.  What are we looking at?

1           Some of you are probably going to look at that and
2    you're going to say that's a duck looking to the left.  Some of
3    you are going to look at it and say that's a rabbit looking to
4    the right.  I tried this on my kids and I got two different
5    answers.  Me, I'm starving and it looks like a tomahawk steak.
6           The perspective that the Government asks you to make
7    decisions based on is skewed from the information they want you
8    to consider.  It's based on their theory.  The problem with
9    their theory is it's based on the word of a known liar, cheat,
10   and fraud, and her name's Patti Kern.
11          Justice, ladies and gentlemen, is blind.  It doesn't
12   care about race, creed, color, age, or all of those things
13   you're not supposed to consider.  But you, ladies and gentlemen,
14   as jurors, can't be blind when you look at the evidence.  You
15   can't just turn a blind eye and say, "Hey, you know what?  They
16   put up a pretty pie chart.  And, look, the yellow slice is
17   bigger than the blue one.  We got to convict Mario."
18          It's not fair.  It's not the law.  And it's not what we
19   do in this great country of ours when we accuse someone of a
20   horrific felony offense.  We have to have evidence.  And you,
21   when you make that decision, have to have all of the evidence.
22          Here's a fact.  The Government told you in their
23   opening statement that you need to follow the money.  Well,
24   here's a question.  Criminals who are aware of fraud don't keep
25   a record of it.  Criminals who are aware of fraud keep 170 grand

1  and a bunch of checkbooks in a closet in their office in their

2  house.  That's what Patti Kern did.

3       They don't maintain a fraud database on QuickBooks.

4  Miguel Castro, again, not my client, but he put every

5  expenditure in and out of that business in a computer preserved

6  forever.  And thank God he did.  Because when a real expert

7  takes a look at the real books, we can really see what happened.

8       Did Patti Kern put money from the proceeds of fraud

9  through Digital Express?  Yes.  She needed to in order to get

10 the postage out.  She didn't have one of those big machines that

11 spits out 466 pages a minute in her house.  She has to use

12 people in order to abuse people.  She has to use people in this

13 letter shop in order to get the mail out to the fraud -- as part

14 of her fraud.

15      Here's a pie chart I want you to consider.

16 Inexplicably to me -- I've said that word I think three times

17 now -- I do not understand it.  I've never seen it, but it

18 happened during this trial.  The percentage of times the

19 Government calls the actual case agent in charge of the actual

20 case you are actually here to decide whether my client is

21 actually guilty of a federal offense brought by the Government.

22 There's your pie chart.

23      They don't even call the head guy in chart of the

24 investigation.  I saw it when the Government rested, and a

25 couple of you looked at each other, and I did, too.  I was

—2:19-cr-00295-GMN-NJK—

1  baffled why they didn't call him, excuse me, Inspector Bouchie.

2         Here's another pie chart, the percentage of times in

3  this case that the Defense calls the Government's case agent in

4  their case-in-chief.

5         We called Inspector Bouchie.  Why?  Why didn't the

6  Government call him?  I would submit to you because it's because

7  they knew that when we ask him questions, he's going to have to

8  admit what this case was really about and what it became based

9  on the word of Patti Kern.

10        I would ask you not to follow the money.  Sure, look at

11 the money.  Look at all of the money.  Look at it through the

12 eyes of an expert and a QuickBooks program.  Look at every

13 expenditure in and every expenditure out before you make a

14 decision about what actually happened.  Don't accept slices of

15 pie and which color is better than the other.  Look at real

16 evidence.

17        But I'd ask you to follow the fraud.  There's a key

18 person in this case we didn't hear from.  Her name's Andrea

19 Burrow.  Why didn't we hear from her?  Well, Patti Kern has a

20 conversation with Andrea Burrow.  She tells her it's fraud.

21 Andrea Burrow gets the courtesy of a conversation, but none of

22 these defendants did.

23        Patti Kern says, "Look, you've worked for me for a long

24 time.  I know this is fraud.  I know you could get in trouble

25 for it.  I know you want to keep your name off businesses, too.

1  I'm just going to have you do these things behind the scenes

2  that help me."

3          There's a crackdown e-mail that the Government brings

4  up repeatedly.  What's important about that e-mail?  Not just

5  the content of it, but who it's from and who it's to.  Because

6  Andrea Burrow reaches out to a person that knows it's fraud.

7          If there's actually a crackdown that's going to stop a

8  conspiracy, a partnership, and bring down a print shop, who's

9  Andrea Burrow going to send that e-mail to?  Everybody.  She

10  sends it to the one person that knows this is really fraud.  She

11  sends it to her boss and her friend, she sends it to Patti Kern.

12          Mario Castro, who knew nothing about a governmental

13  crackdown on alleged fraud in 2016.  Patti Kern actually admits

14  during this trial that that's the truth.  I asked her on

15  March 30th -- she was on the stand for five different days and

16  she was asked a lot of questions.  And one of the questions she

17  was asked -- and I hope you remember it -- was -- this is a

18  crucial point.  I'm going to use your words in response to the

19  jury question.

20          One of the other attorneys mentioned it.  You guys have

21  asked more questions as jurors than any other jury I've seen in

22  any other case in the entirety of my life.  That's an amazing

23  thing.  It means you're paying attention.  It means you care.

24  It means that you have questions.  And you asked some really

25  insightful ones that when we're standing back there having a

1  sidebar, I wish I had thought of.

2          In response to one of the questions you asked:  "How do

3  they -- these four defendants know it was fraud?"

4          And what did she say?  Her response was:  "I can't say

5  how they thought, right?"

6          "And you can't say how they thought because you -- they

7  didn't tell you they knew it was fraud, right?"

8          "No."

9          "And you didn't tell them -- according to your

10 under-oath testimony throughout the entirety of this trial, you

11 didn't tell them it was fraud, correct?"

12         "No."

13         "You told us a moment ago that they would have to know

14 because it was obvious to you that these mailers were fraud,

15 right?"

16         "Yes."

17         Of course it was obvious to Patti Kern that these

18 mailers were fraud.  Her whole intent was to defraud.

19         "Okay.  You'd agree with me that not only was it

20 obvious to you, but you knew from the jump this was fraud,

21 right?"

22         From the inception of the fraud, she knew it was.

23         "But you never had a singular conversation with any of

24 these four guys about it being fraud, correct?"

25         "Correct."

2:19-cr-00295-GMN-NJK

1          Not one.  How on earth can we convict people of being
2    in a partnership when they never had not one conversation, not a
3    word, not an e-mail, not a text, not a sit down, not a warning,
4    not an alert, not a disclosure, not a partnership agreement,
5    nothing, not one singular conversation did Patti Kern ever tell
6    these guys it was fraud?
7          But they want you to convict them of it.  Why?  Because
8    she takes the stand and says it was a partnership.  That's their
9    star witness.  This lady.  She can't keep her hair straight.
10   She can't keep her style straight.  She's changing all the time.
11   I'm not making fun of her.  That's who she was.  She lived an
12   elaborate lifestyle.  She lived in a nice house, paid for by
13   fraud.  She went out.  She had fun.  She bought nice vehicles.
14   She had fun horses.  She committed fraud.
15         To these guys, she was a successful person that helped
16   their business as a client.  The same as La Bonita did.  She may
17   have brought more money into the business, but that was the
18   point of having a business.  And that woman never told them it
19   was a fraud.  She's not the same person that held up those
20   documents on February 21st.  She was a very different person
21   when she interacted with them.
22         When you go back and deliberate, does that fact that
23   she never told them, never talked to them, never had a
24   conversation with them about this being fraud, does that answer
25   the question of whether or not they're in a partnership or does

1  that raise more questions for you?

2        The evidence in this case creates a lot more questions

3  than it answers.  In some cases we can turn to things like a DNA

4  or a fingerprint and we can say, "We know that was the person

5  that was there and they did this crime because they left a

6  fingerprint behind."  In some cases we can look at evidence like

7  a recorded statement.  Not in this one.  I think you have to ask

8  yourself why.

9        How silly was it for federal law enforcement officers

10  to sit on the witness stand and argue about whether or not a

11  recording would actually be better evidence than their notes and

12  their memories?  There's a reason that they don't record stuff,

13  and the law says they don't have to.  They don't.  But don't you

14  think they should?  Especially when these folks are asking you

15  to find these citizens guilty of horrific crimes, of victimizing

16  vulnerable people.  Shouldn't they just press record?  Wouldn't

17  we know?  Why would we waste weeks of your time arguing about

18  what was said if they took the tenth of a second it took to push

19  record?

20        Why is there none of that evidence in this case?

21  Because they chose not to create it, not to give you the tools

22  to make this decision.

23        The Government says, "Doesn't matter.  You don't need

24  it.  We took notes and we got Patti Kern.  And by golly, you can

25  believe her."  A bought witness.  Who got a sweetheart deal.

2:19-cr-00295-GMN-NJK

1        I'm not making that up.  They bought that woman.  This
2   is a backwards prosecution.  Patti Kern is the head of the
3   snake, and she got a deal to testify against these guys.

4        They made that decision.  And I asked Inspector Bouchie
5   about it.  "Were you involved in the decision to give her a
6   sweetheart deal?"

7        "No, I was not involved in that."

8        "Okay.  That was the prosecutor's decision?"

9        "Prosecutor's, yes."

10       They made the decision to give her a sweetheart deal.
11  And they gave it to a woman with an overwhelming motive to lie
12  to you.  There is no bigger incentive to be dishonest than to
13  keep your butt out of prison.

14       She admitted that she had an incentive to do that.
15  They gave that deal to Patti Kern, knowing her to be a liar when
16  she came into the deal and knowing that she would say what she
17  had to to get the best result for herself.  Eh, but you can
18  believe Sean O'Connor.

19       Sean O'Connor is a person who is willing to lie in the
20  very deal he strikes with the Government.  He takes a deal
21  saying "I was a minor participant" knowing full well he was a
22  major one.  And why does he do it?  To save himself.  The same
23  reason he came in here and testified.

24       See, the Government is asking you to only focus on the
25  evidence that fits their theory of the case.  And they can stand

—————2:19-cr-00295-GMN-NJK—————

 1   here all day long and pound that square peg into the round hole,

 2   but the fact is the witnesses they chose to bring you to convict

 3   these folks are Patti Kern and Sean O'Connor, crooks and

 4   criminals and liars and admitted ones.

 5        They ask you to believe an overwhelming lack of

 6   evidence that any of these four defendants are involved in the

 7   knowledge of a fraud in this case, not a conversation, not one,

 8   that says that they know anything about it.  They ask you to

 9   convict them because they think you should and because Patti

10   Kern said so and because Sean O'Connor agrees.

11        Well, when you go back and deliberate, here's another

12   one of those laws you don't have to make up, the credibility and

13   believability of a witness.  It's Jury Instruction Number 8, and

14   it talks to you about things you can consider:  their memories,

15   their manner on the stand, their interest in the outcome of the

16   case, their prejudice, whether other evidence corroborates them,

17   like, for instance, if somebody says, "Hey, I told these guys it

18   was fraud.  They knew it was fraud."  And there's not a single

19   document to support that.

20        That's the kind of stuff you can consider.  And you can

21   consider any other factors that bear on believability.  And what

22   else does that instruction tell you?  It says:  "If you decide

23   that a witness has deliberately testified untruthfully about

24   something important, you may choose not to believe anything that

25   witness said."  That is your right.

1    If you believe Patti Kern lied or is a liar or told you

2    something that wasn't true, you can choose to disregard

3    everything she said.  That isn't me telling you that.  That's

4    not my theory.  That is the law.  The judge read it to you.

5    What if Patti Kern is lying?  Well, she lied to

6    inspectors on February 21st, 2018.  Bouchie admitted it.  She

7    lied to him right off the bat, first thing she did, until she

8    was confronted and caught.  And then she changed her story.  But

9    even in that story, she lied to inspectors.

10   Patti Kern actually told Inspector Bouchie on

11   February 21st of 2018 that she had awarded prizes going back to

12   2004.  That's a lie.  She didn't do that.  Not in any of her

13   bank records.

14   She told Bouchie that she had money on that day set

15   aside to pay prize proceeds.  On February 21st, 2018, she told

16   him, "It's not the end of the year yet so I haven't paid it

17   out."  She was trying to lie to get herself out of trouble on

18   that day.

19   And the Government made a deal with her anyway.  Well,

20   guess what?  So did I.  You may remember it.  I asked her on the

21   witness said, I said:  "Okay.  Let me make one more deal with

22   you.  Would you agree with me that because you're here to tell

23   the truth, I shouldn't be able to catch you in a lie, right?"

24   "Correct."

25   "Would you agree with me that if I catch you in any

————2:19-cr-00295-GMN-NJK————

1    lies, they" -- meaning you all, people that are giving up your

2    time for this most important thing -- "they shouldn't believe

3    you?"

4              "Correct."

5              "That's a deal we have.  Agreed?"

6              She agreed with me.

7              Remember, if you decide she's lied, you can disregard

8    everything she said.  She lied to you during this trial.  She

9    lied to you about more than one thing.

10             But specifically she lied to you about this.  For

11   whatever reason, Patti Kern wants to minimize the fact that her

12   husband got a lot of money from her continued fraud.  And she

13   was asked questions and she fought.  I think it was Mr. Gaffney

14   that asked her some questions about it, about how much she paid

15   him as part of the fraud.  She said wrote him a couple of

16   checks, maybe a couple thousand dollars.  He threw a figure out.

17   She said, "Not anywhere near that."

18             I asked her while she was on the stand:  "As husband

19   and wife, you also profited from that fraud?"

20             "Yes."

21             "You wrote him a lot of checks, right?"

22             "No."

23             "It's your testimony that you didn't?"

24             "I didn't write him a lot of checks, no."

25             "You wrote him checks that added up to a lot of money,

─────────────2:19-cr-00295-GMN-NJK─────────────

1    didn't they?"

2          "No, I did not."

3          What's the impression you're left with from the

4    Government's star witness?  That she's in a partnership with

5    these four defendants and she isn't giving her husband much

6    money?  It's not true.

7          Don't you find it abundantly curious that when the

8    Government makes a decision about which bank records they want

9    to show you that fit their theory of the case, the only ones

10   that they summarize -- and understand this, too.  The

11   Government's summary exhibits, that's just a recordation of what

12   they want you to consider.  It's not all of the evidence.  You

13   get to look at all of it, the whole story, before you make a

14   decision about whether or not these defendants are guilty.

15         Kern and Associates is a very important account in this

16   case, is it not?  It's the account of the business that Patti

17   Kern has admitted is a front for her fraud.  A lot of money goes

18   in and out of that account.  The Government didn't introduce

19   those records at all and didn't ask you any questions -- any

20   questions of any witnesses about them.

21         But we did.  In fact, we did it by one of those things

22   called a stipulation.  We stood up and we moved into evidence, I

23   think it's 5046 was the exhibit number.  And there wasn't

24   anything talked about it during the trial.  Why?  Because it's

25   the Government's burden.  They have the obligation to present

1    evidence.  Mario Castro doesn't.  And they didn't talk to you

2    about that account.

3         But it's in evidence.  And in that account Patti Kern

4    writes checks, a lot of checks, to her husband.  One after

5    another, they're cashed and deposited.  After another, after

6    another, after another.  She writes checks in smaller

7    denominations repeatedly throughout the years of the conspiracy.

8         She writes checks on the same day in successive case

9    numbers -- or successive check numbers for the same amount.  She

10    writes her husband check after check after check after check

11    after check after check.  Not once, not twice, not 10 times, but

12    dozens upon dozens upon dozens of checks, totaling tens upon

13    tens upon tens of thousands of dollars.

14         Each one of these is an individual check that you will

15    have in evidence when you go back and deliberate.

16         Why didn't the Government introduce those records?

17    Because they don't fit their theory.  Patti Kern's husband is

18    not a partner, of course not.  But she writes him checks.  She

19    gives him money.  He gets proceeds.  That is profit from a fraud

20    because Kern and Associates, the only thing -- unlike Mario

21    Castro's business, the only thing Kern and Associates did is

22    commit fraud.

23         What about Sean O'Connor?  When you go back and

24    deliberate, you're going to have hundreds of e-mails of Sean

25    calling the shots.  Sean making decisions.  Patti making calls.

———2:19-cr-00295-GMN-NJK———

1   Patti making decisions.  Up to and including the names of the

2   actual companies that they attribute to these defendants, when

3   victims write checks to the names that Patti and Sean created on

4   their own.

5          What's not in those e-mails?  When you go back and

6   deliberate and you consider what is in evidence, think about

7   what's not and how that doesn't fit the Government's case as

8   well.  There are no e-mails, none whatsoever, where Mario,

9   Miguel, Salvador, or Jose Luis are calling any shots or making

10  any decisions about anything.

11         Well, they must have known.  And in some very peculiar

12  attempt to give credence to their story that they must have

13  known, they called Vicki Morgan, I think was her name.  Why on

14  earth was that woman called to testify?  She hasn't worked as a

15  postal inspector in a long time.

16         I'll tell you why she was called.  Because way back

17  when, she was part of delivering cease and desists to people

18  that they want to say that these defendants knew about, even

19  though there's no evidence of.  So what does she say?

20         She has a rough recollection of going someplace near

21  the airport and a hazy memory of a Latino male.  Mr. Zytnick

22  asked her questions about going to serve a cease and desist

23  because they want you to believe that it was one of the Castro

24  brothers.  That's what they want you to believe, that they had

25  to have known about Glenn Burke getting shut down, even though

———2:19-cr-00295-GMN-NJK———

1  it's nowhere in any discovery in this case.  There's not a

2  single document.  They don't know anything about it.  They can't

3  point to anything that says these defendants knew about Glenn

4  Burke getting shut down as being part of the sweepstakes fraud

5  business.

6          They want to bring up articles that people haven't read

7  or that their inspectors showed people that they don't know

8  anything about.  And they want to call Vicki Morgan to the stand

9  to say that.

10          She was actually asked the question, this is from

11 Mr. Zytnick:  "And do you remember specifically who you talked

12 to 10 years ago?"

13          "Unfortunately, I do not remember specifically.  It's

14 been way too long.  I don't even know if I knew who it was at

15 the time.  I'm sure he introduced himself, but I kind of lumped

16 them together as the Castro brothers as part of my

17 investigation.  I didn't really differentiate."

18          What's wrong with that?  Some person she doesn't even

19 know if she knew who they were at the time wants you to believe

20 that it is one of the Castro brothers, and we should just lump

21 them all together and go ahead and convict them all of fraud.

22 That's a big problem.  These are different people who did things

23 with different interests.

24          Patti Kern herself said she couldn't say what Salvador

25 Castro did in this case.  Mario Castro ran a business.  He sent

1  stuff out in the mail.  He had different clients.  There is not

2  anything anywhere that says he was involved in any of the

3  decisions about what went on those mailers, who they went to,

4  how they went there.

5          They want you to convict them as Castro brothers as

6  part of a hazy memory from a warehouse somewhere over by the

7  airport many, many, many years ago.

8          Here's a question.  What?  How is that meaningful

9  evidence for you to make an important consideration --

10  consideration and decision about someone's future in life?  What

11  are they really asking you to do?  I want you to think about

12  this.  They're asking you to be Patti Kern's next victim for her

13  benefit.

14          They introduced other evidence during this trial.  They

15  introduced these text messages in Government's Exhibit 302 as

16  one of the last exhibits that they introduced.  And I suppose

17  the reason they were attempting to introduce these exhibits is

18  because they wanted you to believe the title of that document,

19  that it was texts between Jose Luis Mendez and Sean O'Connor.

20  As if Jose Luis Mendez and Sean O'Connor had meaningful

21  conversations about something that shows that Jose Luis is part

22  of a conspiracy to commit fraud.

23          What do they actually say?  I mean, Sean O'Connor's

24  said on the stand that they talked about soccer.  So grasping at

25  straws and going through every text message that was ever sent

1  from Sean O'Connor's cell phone, they come up with a

2  conversation on March 14th of 2013.  I guess they could have

3  introduced it to say that Jose Luis actually speaks English.  He

4  doesn't.  I hate to tell you this, but USA, USA, USA translated

5  into Spanish is USA, USA, USA.

6       But what else do they put in that document on Page 2?

7  Remember, these are texts between Luis Mendez and Sean O'Connor.

8  Their decision, these are the exhibits that they chose to give

9  you when they're trying to prove to you that these individuals

10 are guilty of having knowledge and participating in a fraud.

11      Six months after that first text string on Page 2 there

12 is a series of texts.  One is from Sean O'Connor to three

13 different numbers.  One of which is Jose Luis.  One is to a guy

14 name Luis Aguilar, who you heard about during this trial.  Not

15 called as a witness.  May have had some meaningful testimony to

16 give.  Government didn't call him.  It's their burden.

17      "Goal.  USA, USA."

18      There's a text back, "I am American cotizen,"

19 apparently from Jose Luis.  And then what else do they include

20 in the texts between Sean O'Connor and Jose Luis?  "Fuck you

21 puto jajajjajaja."  "Goal."

22      Why did they give that to you?  That's not a text

23 between Sean O'Connor and Jose Luis.  It's a text designed to

24 get you to feel a certain way about somebody, as if that muddy's

25 Jose Luis up somehow because someone else says something

———2:19-cr-00295-GMN-NJK———

1  derogatory in a text message that has nothing, and I mean

2  nothing, to do with this case.

3        And then what?  Two and a quarter years later, there's

4  a group text from Jose Luis to Mario Castro and Sean O'Connor:

5  "Sean, good morning.  The new jab is ready."  Correction, "job."

6        What does that prove?  That Jose Luis is asking a

7  question about a print job in a print shop where he worked and

8  that Mario Castro's included on it?  Is that some kind of

9  smoking gun for you to consider that this is actually a fraud

10 that these people are aware of, or is it nonsense?  They made

11 the decision to give you that evidence as part of asking you to

12 convict these guys of fraud.

13        Well, what if they're wrong?  What if they're wrong?

14 What if these individuals didn't know that it was a fraud?

15 Who's victims in this case?  Certainly the people who mailed in

16 money are.  Make no dispute about that.  Not a single one of us

17 are trying to say that they weren't victims.

18        They were sought out because they were elderly and

19 vulnerable, suffering from dementia, and willing to part with

20 $20 in the hope that they could leave something to their kids.

21 Victims, absolutely.  Patti Kern sought them out.

22        Who else is victims?  Each and every single person that

23 Patti Kern used to shield herself from any responsibility in

24 this case is a victim as well.  Who else is a victim?  The

25 Government's a victim of Patti Kern, because on February 21st of

———2:19-cr-00295-GMN-NJK———

1  2018 they believe what she's selling.  And they give her a deal

2  for her benefit so that they can use her.

3          Inspector Bouchie and this prosecution team, good guys.

4  No doubt about that.  They're here to do a job and they're doing

5  it the best they can.  They're trying to win.  But they're

6  victims of Patti Kern in that process.

7          The difficulty is you're here now and you're the judges

8  of the facts.  And they're asking you to be her next victim.

9          Why are any of these four defendants in this story at

10  all?  Because Patti Kern needs them.  They have to be here for

11  her to execute her fraud.  It's mail fraud.  She's got to have

12  other people do it.  They had to know.  Here's what else I want

13  you to consider.

14          Think about this.  For Patti Kern to send out letters,

15  she has to have a mailer.  She has to have a printer.  What else

16  does she have to have?  We heard testimony about Pitney Bowes

17  during this trial.  Who are they?  They're a servicer.  They

18  provide postage to 90 percent of the Fortunate 500.  They're a

19  big company.  They know that there's millions of dollars of

20  postage coming out of this warehouse in Las Vegas.  They don't

21  ask any questions about it.  Certainly the Government isn't

22  going to indict Pitney Bowes.

23          Patti Kern needs them, too.  They're not any less

24  responsible for what happens in this case than these four

25  defendants.  They're just another victim of what Patti Kern

—————————2:19-cr-00295-GMN-NJK—————————

1    needs.

2             But who else is?  How about the United States Postal

3    Service?  I mean, the biggest argument that the Government made,

4    Mr. Finley did it repeatedly during this trial.

5             He takes Exhibit 1 and he pulls out individual

6    envelopes and says, "You have to know this is fraud, right?"  He

7    asked multiple witnesses questions about that.

8             They want you to believe that these four defendants are

9    guilty because they had to know it was fraud because they saw

10   all of this stuff.  Well, who else did?  Every single letter,

11   these are all to Betty Stirewalt, all of them.

12            The same postage carrier carries the mail to her house

13   and took her letters back and dropped them back in the mail.

14   Never once did that person, who's getting paid to do a job to

15   deliver the mail report, "Hey, this has got to be some kind of

16   scam or fraud."

17            Should they indict themselves?  Sounds silly, doesn't

18   it?  That's exactly what they're asking you to do to convict

19   these defendants.

20            And what else?  I want you to think about something

21   that came out during this trial, absolutely unbelievable.  Sean

22   O'Connor takes the witness stand at a grand jury in, what, 2016.

23   At that time he's saying, "I've been part of this conspiracy all

24   these years with these four defendants."  And he testifies under

25   oath in this same building with these same prosecutors.

PATRICIA L. GANCI, RMR, CRR

1          What did they do between then and 2018?  Nothing.

2          If these four defendants had known that that took

3    place, and I submit to you there's no evidence that they

4    didn't -- or that they did, don't you think that maybe if

5    somebody gives them the same opportunity that everybody else got

6    and says, "Hey, don't do this anymore.  Here's a cease and

7    desist.  Hey, you might not be aware of this, but what you're

8    doing is illegal.  Hey, Patti Kern's a fraudster."

9          These people at these tables allowed that to continue

10   for years.  How many checks were written in that time of the

11   loss that they want to attribute to Mario Castro and the people

12   that worked in his tiny letter shop?

13         They want you to convict them for that.  They had

14   knowledge of it for years when these defendants didn't.

15         So whose story is more believable?  When you go back

16   and deliberate, ask yourselves the question -- Mario Castro, he

17   didn't testify during this trial.  Doesn't have to.  Doesn't

18   have any responsibility or obligation to get up here and take

19   the stand.

20         His son testified.  Ask yourselves:  Does it make sense

21   that Mario Castro, Sr. knew this was a fraud if he allowed his

22   own son to put his name on the business?

23         That makes zero sense.  Anybody as a human being, as a

24   parent, as a father, as a mother understands that you do

25   everything you can to protect your kids.  There is no way that

—————2:19-cr-00295-GMN-NJK—————

1  that man puts his kid's name on a business to commit fraud

2  knowing it to be fraud.  There's every way that that man

3  introduces his son to someone who he believes to be a successful

4  businessperson because he wants to help his son out.  Which

5  story makes more sense?

6       When you go back and deliberate, ask yourselves the

7  question:  Is it more likely that Mario Castro and these other

8  three defendants are just running a letter shop than they are

9  knowledgeable participants in a fraud?  Because if it's more

10 than like -- more than likely that that story is what actually

11 happened, then there's a legal term for that.  It's called

12 reasonable doubt, and they're not guilty.

13      If when you go back and deliberate, you talk amongst

14 yourselves and you look at the actual evidence, and not some pie

15 chart that the Government wants you to look at, and you

16 determine that it's just as likely that they're just people that

17 work in a letter shop as it is that they are participants in a

18 fraud, there's a legal term for that.  It is called reasonable

19 doubt, and they're not guilty.

20      If you go back and deliberate and you say, "We've

21 looked at all of the evidence and we heard all of the testimony

22 and we think that it's a reasonable explanation that they just

23 worked in a letter shop and they weren't part of the creation of

24 this fraud," there is a term for that.  It is called reasonable

25 doubt, and they are not guilty.

2:19-cr-00295-GMN-NJK

1          What if, ladies and gentlemen, the Government's theory

2   is wrong?  They chose to charge Mario Castro and they chose to

3   do it based on the word of a known liar.

4          Well, you've heard the rest of the story.  At this

5   point in time you know that there are undisputed facts that the

6   Government cannot and will not get up here and be able to

7   dispute in any way, shape, or form.  And that is that none of

8   these defendants, none of them ever received a cease and desist.

9   That not one person in this trial ever told them that this was a

10  fraud.  That not one person ever told them Patti didn't pay out

11  her promotions.

12          Patti represented to the cops that she actually paid

13  out her promotions.  What do you think she told these four

14  defendants?  There is not one piece of evidence that says

15  otherwise.

16          At the beginning of this process, we asked you if you

17  would wait until the end, you'd be patient, you'd listen to all

18  of the evidence until you made your decision.  And after hearing

19  all of the evidence, I have a question for you:  What did they

20  prove?  What did they prove beyond a reasonable doubt?

21          Does the evidence that was presented in this case, does

22  it answer questions?  Does it answer questions in the way they

23  want it to?  Or does it raise more questions in your mind?

24          Ask yourself those questions when you go back and

25  deliberate.  See if the actual evidence answers them.  Because,

—2:19-cr-00295-GMN-NJK—

1  ladies and gentlemen, there is but one more legal term I want to

2  discuss with you, and that is the legal term for unanswered

3  questions at a trial like this.  That term, ladies and

4  gentlemen, is not guilty.  Mario Castro is not guilty.

5        THE COURT:  Thank you, Counsel.

6        Before we break, I just want to remind everyone that

7  when we come back from lunch, we will hear the Government's

8  rebuttal.  The Government has the burden of proof.  So they have

9  a rebuttal still left.  So do not form any opinion yet.

10        Remember you are still not to discuss this case with

11  each other.  You can speak about other things, but still not

12  yet.  Can't talk about this case.

13        And do not read or listen to or view anything that

14  touches upon the case in any way, or perform any research or any

15  independent investigation.

16        And remember that the attorneys and the staff and

17  everyone else is not allowed to talk to you at all.  Nick is

18  allowed to talk to you, but that's it.

19        So please enjoy your lunch.  We did order lunch for

20  you.  It has been delivered so it's ready for you now and -- and

21  waiting in there.  And we'll have you back -- we'll welcome you

22  back at 1 o'clock.

23        Please stand for the jury.

24        (Whereupon jury leaves the courtroom at 12:06 p.m.)

25        THE COURT:  All right.  Still on the record outside of

2:19-cr-00295-GMN-NJK

1    the presence of the jury.  Can we have you all back here at

2    1 o'clock?  Anything else that you need me to address?

3                MR. FINLEY:  Nothing from us, Your Honor.

4                MR. TOMSHECK:  See you at 1.

5                THE COURT:  All right.  See you at 1.

6                MR. TANASI:  Thank you.

7                (Recess taken at 12:07 p.m.)

8                            --oOo--

9                    COURT REPORTER'S CERTIFICATE

10

11         I, PATRICIA L. GANCI, Official Court Reporter, United

12   States District Court, District of Nevada, Las Vegas, Nevada,

13   certify that the foregoing is a correct transcript from the

14   record of proceedings in the above-entitled matter.

15

16   Date:  April 18, 2023.

17                              /s/ **Patricia L. Ganci**

18                              Patricia L. Ganci, RMR, CRR

19

20

21

22

23

24

25

PATRICIA L. GANCI, RMR, CRR