──────── 2:19-cr-00295-GMN-NJK ────────

1                     UNITED STATES DISTRICT COURT

2                         DISTRICT OF NEVADA

3

4   UNITED STATES OF AMERICA,        )
                                     )   Case No. 2:19-cr-00295-GMN-NJK
5               Plaintiff,           )
                                     )   Las Vegas, Nevada
6          vs.                       )   April 18, 2023
                                     )   1:01 p.m. to 2:12 p.m.
7   MARIO CASTRO, SALVADOR           )   Courtroom 7D
    CASTRO, MIGUEL CASTRO, and       )
8   JOSE LUIS MENDEZ,                )   JURY TRIAL, DAY 18, PM SESSION
                                     )
9               Defendants.          )   **C E R T I F I E D   C O P Y**
                                     )
10  _____ )

11

12

13

14        REPORTER'S TRANSCRIPT OF JURY TRIAL, DAY 18, PM SESSION
              BEFORE THE HONORABLE GLORIA M. NAVARRO,
15                 UNITED STATES DISTRICT JUDGE

16

17

18     APPEARANCES:        See next page

19

20

21

22   COURT REPORTER:     Samantha N. McNett, RPR, CRR, CCR, CSR
                         United States District Court
23                       333 Las Vegas Boulevard South, Room 1334
                         Las Vegas, Nevada  89101
24                       Samantha_McNett@nvd.uscourts.gov

25   Proceedings reported by machine shorthand, transcript produced
     by computer-aided transcription.

1                          **APPEARANCES**

2    For the Government:

3        **TIMOTHY T. FINLEY  ESQ.**
         **DANIEL E. ZYTNICK, ESQ.**
4        U.S. DEPARTMENT OF JUSTICE
         950 Pennsylvania Avenue, N.W.
5        Washington, D.C. 20530
         202-307-0050
6
         -AND-
7
         **MINA CHANG, ESQ.**
8        UNITED STATES ATTORNEY'S OFFICE
         501 Las Vegas Boulevard South, Suite 1100
9        Las Vegas, Nevada 89101
         702-388-6336
10

11
     For Defendant Mario Castro:
12
         **JOSHUA L. TOMSHECK, ESQ.**
13       HOFLAND & TOMSHECK
         228 South Fourth Street, First Floor
14       Las Vegas, Nevada 89101
         702-895-6760
15
         -AND-
16
         **RICHARD E. TANASI, ESQ.**
17       TANASI LAW OFFICES
         8716 Spanish Ridge Avenue, Suite 105
18       Las Vegas, Nevada 89148
         702-906-2411
19

20
     For Defendant Salvador Castro:
21
         **DONALD GREEN, ESQ.**
22       LAW OFFICES OF DONALD J. GREEN
         4760 South Pecos Road, Suite 103
23       Las Vegas, Nevada 89121
         702-388-2047
24
     ///
25
     ///

2:19-cr-00295-GMN-NJK

1                    **APPEARANCES CONTINUED**

2

For Defendant Miguel Castro:

3
        **LUCAS J. GAFFNEY, ESQ.**
4       GAFFNEY LAW
        9900 Covington Cross Drive, Suite 290
5       Las Vegas, Nevada 89144
        702-742-2055
6
        -AND-
7
        **THOMAS A. ERICSSON, ESQ.**
8       THOMAS A. ERICSSON, CHTD.
        9900 Covington Cross Drive, Suite 290
9       Las Vegas, Nevada 89144
        702-878-2889
10

11

For Defendant Jose Luis Mendez:
12
        **WILLIAM H. BROWN, ESQ.**
13      **CHRISTOPHER MISHLER, ESQ.**
        BROWN MISHLER, PLLC
14      911 North Buffalo Drive, Suite 202
        Las Vegas, Nevada 89128
15

16                              *  *  *

17

18

19

20

21

22

23

24

25

2:19-cr-00295-GMN-NJK

1                    **INDEX OF EXAMINATIONS**

2    (No examinations.)

3                              * * *

——2:19-cr-00295-GMN-NJK——

1                              **INDEX OF EXHIBITS**

2     GOVERNMENT EXHIBITS

3     EXHIBIT NO.:                    OFFERED    ADMITTED    WITHDRAWN

4      (No exhibits offered or admitted.)

5

6     DEFENDANT EXHIBITS

7     EXHIBIT NO.:                    OFFERED    ADMITTED    WITHDRAWN

8      (No exhibits offered or admitted.)

9                                  *  *  *

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          LAS VEGAS, NEVADA; TUESDAY, APRIL 18, 2023; 1:01 P.M.

2                              --oOo--

3                    P R O C E E D I N G S

4          THE COURT:  All right.  So we've got the jury ready to

5    come in.  Anything we need to address before we bring them in?

6          MR. FINLEY:  Not from us, your Honor.

7          MR. TANASI:  Not from defense, your Honor.

8          THE COURT:  All right.  Let's go ahead and bring them

9    in.

10         (Whereupon, the jury enters at 1:03 p.m.)

11         THE COURT:  All right.  Everyone may be seated.

12         Welcome back from lunch.  We're now going to resume

13   with closing arguments and last, but not least, we have the

14   rebuttal from the Government, Mr. Finley.

15         Sir, whenever you're ready, you may proceed.

16         MR. FINLEY:  Thank you, your Honor.

17         Let's get right into all the excuses.  What do people

18   do when they're caught red-handed but they can't accept

19   responsibility for their own -- their own actions?  They point

20   the finger at somebody else.  Or in this trial, everybody else.

21   Don't look at us sitting in a warehouse having a barbecue

22   surrounded by extremely fraudulent pieces of paper, counting

23   cash.  Don't look over here.  Look over there.  For these four

24   defendants, this trial has been all about excuses, deflection,

25   blame.

2:19-cr-00295-GMN-NJK

1           It was Patti Kern's fault.  She tricked us into

2    receiving millions of dollars of stolen money.

3           Next excuse.  Sean O'Connor.  He tricked us, too.

4           What about the hard evidence?  All the bank records,

5    the text messages, the pallets full of prize notices.  Let's

6    blame the Government for all that.

7           What about Juan Villasenor?  Members of the jury, the

8    defendants have a Juan problem.  He's a problem for them.  He

9    doesn't have a dog in this fight.  He doesn't have a motive to

10   lie.  He was born in Mexico.  He came here, started a business.

11   He sells real products.  He figured it out right away.  What's

12   their excuse?  He told Mario Castro it was illegal and he was

13   stealing money from old people.

14          Mr. Villasenor saw all four defendants get those cash

15   envelopes from Patti Kern.  That's a real Juan problem.  What

16   did they do about the Juan problem?  Nothing, I guess.  Did you

17   notice that?  Nobody disputed that man's credibility.

18          What about the family and friends?  The family and

19   friends that they used as straw owners?  Let's blame Epi Castro

20   for that.  He's not here.  You heard Salvador Castro.  I

21   trusted my brother, Epi, and he betrayed me.

22          Defendant Jose Luis Mendez, he tried to blame

23   everybody, Patti, Sean, Juan.  He's the only one who called

24   Juan Villasenor a liar in this case.  The Government, possibly

25   Epi, possibly Luis Aguilar.

1          By the end of his testimony, he threw the defendant

2     Mario Castro and the defendant Miguel Castro under the bus.

3     You may remember, he said, any member of my family who knew

4     this was a fraud betrayed me.  What else did he say?  He said

5     Mario Castro and Miguel Castro could have looked at one of

6     these notices and known immediately that it was fraud.  He even

7     tried to blame Google Translate.  That's why he had all those

8     inconvenient English language texts.

9          By the end of the trial, Mario Castro threw his own

10     son under the bus.  He sent his son up there to take the blame

11     for what he did.

12          Is the whole world really out to get them?  Or was it

13     just fraud?  That depends on whether you live in the regular

14     universe or the alternate universe.  In the regular universe,

15     the evidence points in a straight line.  It was fraud.  In the

16     defendants' alternate universe of blame and excuses, nothing

17     travels in a straight line.  Everything is upside down and

18     there's always another excuse.

19          Let's talk about the three most important tools that

20     you have when you go back there:  Your common sense, the jury

21     instructions, and the evidence.

22          Common sense is a sense that we all have in common.

23     It's why you're sitting the box.  You all have it.  You brought

24     it with you.  Take it back there.  I'll be talking about common

25     sense a lot when we go over these excuses.

1          Jury instructions.  You heard them yesterday.  The
2    jury instructions will tell you what you need to focus on.  We
3    spent a lot of time on side issues.  The jury instructions and
4    verdict form are all about whether these four men committed
5    fraud.  The instructions all boil down to this:  Did they know?
6    Did they know it was fraud?  You know there was a fraud.  You
7    know they participated in it.  You know they each agreed with
8    at least one other person to do all the things that they did
9    for eight years.  The key question is:  Did they know?  Did
10   they know it was fraud?  If they did, they had the intent to
11   defraud.
12          Tool number three, the evidence.  When you decide what
13   happened here, it has to be based on the evidence that was
14   presented to you in this courtroom and nothing else.  Lawyers
15   had a lot of questions.  They suggested a lot of things with
16   their questions.  What the lawyers say counts for nothing if
17   it's not backed up by the evidence.
18          Let's start with the first one, Patti Kern.  It
19   started there, but that's not where it ended up.  By the end of
20   the trial, everybody got thrown under the bus.  Patti Kern did
21   not trick these men.  Use your common sense.  When was the last
22   time that you or anybody you know got tricked into receiving
23   millions of dollars of stolen money?
24          The defense has it backwards.  In the regular
25   universe, the people who get tricked are the ones who lose

1   money.  In the defendants' alternate universe, you receive most

2   of the fraud proceeds, as these four defendants did.

3          There's another problem, a huge hole in the "blame

4   Patti Kern" defense.

5          Think about this:  If you're a legitimate business

6   person and you think you've done nothing wrong, on February 21,

7   2018, you give interviews to federal agents who are at your

8   home, they're at your business in the morning, wouldn't you say

9   the same thing that you've been hearing for the whole trial?

10  Wouldn't you say, oh, yeah, yeah, that's my partner, Patti

11  Kern.  Yep, we're doing the mailing companies.  Yes, we're

12  getting the money.  But everything is cool because she told us

13  it was legal.

14         Did any of them say that?  Not one.  Not a single one.

15  All three of them tried to conceal their relationship with

16  Patti Kern because they knew that the partnership was part of a

17  scam.  They knew it was a scam.  That's why they said they

18  didn't know her, they barely knew her, they saw her on the

19  street two years ago, she's just a friend, I work for her

20  client, all of it, to try to distance yourself from what you

21  know is wrong.  Your common sense can tell you that.

22         Juan Villasenor gave an interview that morning, too.

23  He was a businessman from the regular universe.  He had nothing

24  to hide.  He told the agents what he saw.  He told them about

25  the cash envelopes.  He told them the same thing he told you.

1  The defendants have a Juan problem.

2        The Juan problem absolutely kills this Kern syndicate

3  theory that you've been hearing about so much.  If the theory

4  is that Patti Kern fed the investigation a lie and everybody

5  believed her and they didn't know about these guys before then,

6  how do you explain the Juan problem?  Do you think Mr. Tomsheck

7  would have said something about Juan Villasenor if he had

8  anything to say about it?

9        By the way, hiding the Kern syndicate?  Who cares.  We

10  called it from the beginning.  We said she was one of their

11  main conspirators.  Kern syndicate means a conspiracy.  The

12  affidavit said she is a principal conspirator.  It's a

13  conspiracy.

14        Keep in mind that this search warrant is a search

15  warrant asking a judge for permission to go the defendants'

16  houses and their businesses to look for evidence of fraud.  The

17  Kern syndicate is a ridiculous waste of time.

18        Patti Kern gave an interview, too.  She tried to lie

19  for a while and then she confessed.  It was only after she

20  started talking that these defendants came up with the "we

21  trusted Patti" theory.

22        Here's another excuse.  Patti Kern never walked up to

23  us, grabbed us by the shirt, and shouted, this is fraud.  Read

24  the jury instructions on this.  They're you're best friend.

25  That's not required.  They knew she got shut down.  They made a

1    deal.  Keep her name off of everything and she would split the

2    profit with them.  She literally told them, my name can't be on

3    anything because I don't want to go to jail.  How is that any

4    different from telling them that it was fraud?  They know she

5    got shut down and she tells them, can't put my name on it.  You

6    guys need to find people to do that.  I don't want to go to

7    jail.

8              You know that she said it because she told it to a

9    former neighbor.  She wasn't shy about telling people she

10   didn't want to go to jail.  Her former neighbor.

11             And you know that was the deal because they actually

12   literally executed on that plan.  She forms a partnership with

13   Epi Castro, and then a significant portion of the Castro family

14   comes walking through the door looking for a handout and she

15   doesn't even know most of those people.

16             You also know that was the deal because the three

17   defendants denied the partnership until Patti Kern started

18   talking.  You can't trick someone into committing fraud if they

19   already know it's fraud.

20             Patti Kern chose the defendants because they liked to

21   defraud people.  It's a big risk choosing honest people to

22   start a fraud scheme with you.  They had been printing and

23   mailing the same stuff together since before 2010.  That's why

24   they were the obvious choice.  All they had to do was look at a

25   fake notice surrounded by them for eight years.  All they had

—— 2:19-cr-00295-GMN-NJK ——

1   to do was pick up one and look at it.  That's something that

2   none of these defendants talked about very much.  That's a big

3   hole in that alternative universe theory.  The defense counsel,

4   they didn't talk about that very much.  You saw the notices.

5   They were everywhere.

6           You don't have to speak English to know it's a fake

7   notice, fake person, fake company, fake prize, send $20.  You

8   can see that.  You could see that if they were all in German.

9   You saw them.  Imagine it was all in German.  You'd still see

10  those numbers.  You'd still see those addresses.  You'd still

11  see those phony names, phony companies, fancy seals, fake

12  handwriting.

13          Ask yourself this:  You're a legitimate business

14  person sitting the print shop.  You pick up one of these

15  notices, it's in German, but you can see all that stuff, would

16  you have a question?  Would you have a single question about it

17  in eight years?  Oh, wait a minute.  My brother speaks German.

18  My uncle speaks German.  He's sitting right next to me.  We're

19  working in the same place.  Do you ask him?  You trust him.

20  You should ask him, right?  Nobody did that.  All these

21  different people didn't ask anybody anything while they led

22  these parallel independent lives of fraud right next to each

23  other.

24          It's the alternative universe.

25          Maybe it was just fraud.

1            Patti Kern did not trick these four defendants into

2    getting in bed with Glen Burke and Dan Wagner.  Big fraudsters,

3    both of them.

4            They tried to tell you that Patti Kern tricked them in

5    the beginning.  But they kept doing it for years.  They can't

6    blame Patti Kern anymore when the feds served seven cease and

7    desist orders on mailing companies that they were making money

8    from and doing the printing for.  And they want you to believe

9    that the straw owners that they're using as human shields is,

10   like, something that you should accept as a decent excuse.

11           By the way, Mr. Tomsheck said there's no proof that

12   Mario Castro had any notice of these cease and desists?  You

13   all remember the e-mail that Mr. Zytnick showed you yesterday

14   showing you in black and white Mario Castro was a partner on

15   the GAM mailing company and he was the one who was authorizing

16   Patti to take money out.  That's the same mailing company that

17   got a cease and desist a few months later from the Postal

18   Service served on a guy who used to hang out in the print shop

19   named Sixto.  You would think that Mr. Tomsheck would mention

20   that since Mr. Zytnick brought it up yesterday when he told you

21   there was no evidence of that.

22           Then you have the feds coming to the business,

23   freezing the bank account for six weeks, and they don't know?

24   It's the biggest client, 50 percent of their business.  They

25   don't know?  They don't have any memory of that happening?

1          What would you do if the feds came to your business,

2    told you you're printing for a fraudster, and froze your bank

3    account for six weeks?  Would you remember that?  Would you

4    talk about it with your coworkers afterwards?

5          Mr. Tomsheck tried to pick apart the testimony of

6    Vicki Morgan.  She was honest.  She didn't remember who was

7    there.  We're not relying on her for that.  We're not relying

8    on her for who was there.  You have to consider all the

9    evidence.

10          Sean O'Connor was there.  He said the defendants were

11    there.

12          Miguel Castro got a letter from a court-appointed

13    federal receiver telling him what he needed to do to unfreeze

14    his bank account.  That's why you know it happened.  It was

15    just like Sean O'Connor said.

16          Patti Kern didn't tell them it was a fraud?  Please.

17    The Federal Government told them to their faces it was a fraud.

18    They all knew by 2013 at the latest.  That's what that incident

19    tells you.

20          Got to blame Sean O'Connor.  He was Mario, Miguel's

21    employee.  They called him Chango.  He didn't mind.  They were

22    friends.  He tricked these guys?  The employee tricks the

23    bosses into making more money than him and doing less work?

24    Time to use your common sense again.

25          You heard Jose Luis Mendez.  He said that Sean did all

1  the work.  I just pushed a button.  Jose Luis Mendez also said

2  when they had to stop the presses and trash the stock, Sean

3  O'Connor did everything.  Not true.  But oops.  Now you know.

4  You know the C&Ds really happened.  It's so easy to slip up

5  when you're making things up as you go.

6           Between Patti, Sean, and the machines, there wasn't

7  too much left to do.  Plenty of time for Starbucks coffee,

8  breakfast, barbecues, and watching soccer.

9           No e-mails?  It's clear from all the evidence that the

10  defendants liked to send texts.  Send an e-mail, you need to be

11  sitting at a computer most of the time.

12           The one who gets the most money for the least work is

13  not the one who is getting tricked.

14           Obviously, Patti Kern and Sean O'Connor are

15  cooperators.  They're fraudsters.  But they pled guilty.  They

16  accepted responsibility.  We didn't choose these people.  They

17  did.  We brought you the people who committed the crime.  The

18  people who know what happened in the crime are the people who

19  were in the crime.  We didn't choose those witnesses.  The

20  defendants chose those witnesses.

21           Next, they had to blame the Government.  How else can

22  they explain away all the hard evidence that backs up almost

23  everything that Patti Kern and Sean O'Connor said?

24           The defendants don't just have a Juan problem.  They

25  have a text message problem.  They have an envelope problem.

1   They have a profit check problem.  And they have a bank record

2   problem.

3           Money is the best witness in a fraud case.  A bank

4   record doesn't lie.  It doesn't forget.  And it cuts through

5   excuses in an instant.  You saw that.

6           In the upside down world, you can make bank records go

7   away by making fun of a pie chart.  But those pie charts are

8   based on bank records.  There are hundreds of thousands of

9   pages of bank records.  If I tried to show all those to you,

10  you would be throwing things at me.

11          What do we know about the pie charts?  They're based

12  on bank records and they've been scrutinized by the defendants

13  and their expert and they were only ever able to find tiny

14  flaws.

15          The defense expert and Inspector Towers basically

16  agree about how much fraud money was going into that account at

17  Digital Express.  She said 65 percent.  He said 81.  The

18  difference was mostly postage.  She had a problem with him

19  counting the postage.  Who cares about the postage?  We're

20  trying to count up the losses to victims.  Do you think Milton

21  Etter cares about the postage?  Do you think it makes him feel

22  any better about what happened to his mother-in-law?

23  Completely pointless, that testimony was.

24          They had to blame the Government.

25          Many, many questions about search warrants and

 1   handcuffs.  The defendants' claims about search warrants and

 2   handcuffs have nothing to do with whether they committed fraud.

 3        The jury instructions are your best friend.  They tell

 4   you what you are here to do.  If this trial was actually about

 5   each and every thing that happened on search warrant day, we

 6   would dispute much of what was said, but we can't run down

 7   every rabbit hole.  We have to keep our eye on the ball and

 8   give you the evidence that you need to do the job that you're

 9   supposed to do and it's all about whether these four guys

10   committed fraud.

11        Search warrants are upsetting even in the best of

12   circumstances.  You got federal agents at your house in the

13   morning.  They come in, they go through their stuff.  Even in

14   the best of circumstances, nobody likes a search warrant.  But

15   they are necessary.  They are what brought you the evidence

16   that you need to do your job and they -- and it was brought to

17   you in a preserved state.  If you tell people you're coming,

18   they get a chance to throw away the evidence.  They get a

19   chance to destroy the evidence.

20        What you need to know about the search warrants is

21   that the parties in this case have agreed that the search

22   warrant evidence that was seized that day is all real.  The

23   text messages, the pallets full of notices, the paper bank

24   records that were found, all real.  And it shows that the four

25   defendants were caught red-handed, smack dab in the middle of a

1    massive fraud.

2            Next excuse, the language barrier.  The language

3    barrier is actually irrelevant here.  Why?  Because of what

4    Salvador Castro and Jose Luis Mendez told you when they took

5    the stand.  They knew this was fraud and you can tell from what

6    they told you.  You don't have to speak English to know

7    business.  You don't have to speak English to know something's

8    a fraud.  And they did know that.

9            Let's talk about Salvador Castro.  Unlike Jose Luis

10   Mendez, Salvador Castro admitted that he received envelopes of

11   cash from his brother, Epi Castro.  So now you know that the

12   envelopes of cash from Patti Kern were real.  Patti Kern gave

13   them to Epi.  Epi gave them to Salvador Castro.

14           You also know from Juan Villasenor that Salvador

15   Castro received some cash envelopes directly from Patti Kern.

16   He never denied that.  He got a question about whether he got

17   the envelope from February 21st.  There was no envelope for him

18   on that day.  Nobody got an envelope.  Those were seized.

19           At first, Salvador Castro tried to tell you on direct

20   examination that he didn't know anything about the companies he

21   was opening.  That would fall apart.

22           Salvador Castro admitted that he actually did know

23   what his company did.  It happened when he saw the letters in

24   the box, Government Exhibit 1.  He didn't want to look at those

25   letters.  You remember that?  Had he seen letters like this

1    before?  He said he saw letters like that in California over

2    20 years ago.  That's interesting.  He's been around prize

3    notices for that long.  Think about that.

4         Well, what about 2010 to 2018?  Did you see letters

5    like this then?  For some reason, he talked about casino

6    mailings that he had been working on before the year 2010.

7    That's strange.

8         Let's go back to 2010 to 2018.  He tried to say he was

9    only working in the produce business.  I reminded him that that

10   business got started in 2017.

11        He finally admitted he saw the letters while he was

12   working at Digital Express during those years and he helped the

13   other three defendants do the work of producing it and putting

14   it in the mail.  Why was it so hard for him to just come out

15   and say that?

16        He didn't want to look at the letters because of the

17   shame and the guilt.  You could see it.  He couldn't run from

18   the plain fact that he took money from vulnerable people.  It

19   was the shame that finally made him admit to you that, yes, he

20   actually did know at the time what his company was doing.  He

21   told you that he knew that they were sending pieces of paper to

22   people.  He knew that they were asking for $20.  He knew that

23   they were putting millions of these pieces of paper asking for

24   $20 into the mail.  He knew all of that.

25        And then he admitted that the bank accounts that he

1    opened for his companies received the money that people sent

2    back.  He knew all that.  And that is enough.

3         The judge instructed you about deliberate ignorance.

4    Take a look at that instruction.  If Salvador Castro thinks

5    there's a good chance that this is fraud and then he tries very

6    hard not to know things, then he knew.  You can't turn a blind

7    eye to the obvious fraud that is all around you.  It's

8    deliberate ignorance.

9         Did you want to know what the company opened was

10    doing?  It took him a while but he said, yes, quote, yes, of

11    course, I did.  Of course, I did want to know.  But he didn't

12    ask Epi who he trusted because, quote, it didn't occur to me,

13    close-quote.  Deliberate ignorance.

14         This is the same thing that every one of the three

15    Castro family witnesses said.  All three of them put their

16    names on paper.  They were excited and curious about the

17    business opportunity, the opportunity to get money for nothing,

18    and they didn't ask anybody how that miracle was happening.

19    Common sense.  Please use your common sense.

20         What else did Salvador Castro admit?  He had some of

21    his checks from Patti Kern made out to his wife.  Then he

22    explained the note in Patti Kern's house that said, Make

23    Salvador's checks to Angeles Castro.  He told Epi to tell Patti

24    that.  Now you know what happened and that Patti Kern told you

25    the truth about that Post-It note that was sitting in her house

1   on search warrant day.

2           And you know that Salvador Castro, for some reason,

3   wanted to hide himself.  Not a legitimate business.

4           He admitted that Jesus Garcia was his nephew.  That

5   was the president of his company for a few years.  Salvador

6   Castro profited from fraud conducted under his nephew's name.

7           He used another straw owner, too.  Remember Maria

8   Ramirez?  She's on Government Exhibit 280.  She was president

9   of another company that Salvador Castro got profit checks from.

10  You saw the checks.  He used her name to profit from fraud,

11  too.

12          Why did he try to tell you that he didn't know Maria

13  Ramirez?  Do you remember that?  First, he said he didn't know

14  her.  Then I reminded him that he had endorsed one of his

15  mailing checks to her.  You can see him thinking it over.  Then

16  he changed his story and gave you another one.  He actually

17  knew several Maria Ramirezes.  Finally, he admitted he only

18  knew one Maria Ramirez.  She was his friend.  Why is it so hard

19  to say that somebody's your friend?  It's the same thing he did

20  when he said he didn't know Patti Kern.  Lie first, change your

21  story only when you realize you're not going to get away with

22  it.

23          While we're on that subject, let's talk about the

24  false statement charge against Salvador Castro.  There were a

25  ton of questions during the trial about that interview not

1    being recorded.

2          But consider what Salvador Castro himself said on that

3    witness stand.  According to Salvador Castro himself, the

4    agents asked him if he knew a person by the name of Kern and

5    they showed him a picture.  According to Salvador Castro

6    himself, he told agents that he did not know Kern and that he

7    did not recognize her photo.

8          So now you know that Preston Ellis's notes and his

9    memo and his testimony was accurate, accurate on the two key

10   statements in that false statement charge.  Salvador Castro

11   lied.  And you know that because he had admitted on the witness

12   stand that he actually did know Patti Kern.  All he did was

13   offer flimsy excuses for his earlier lies.

14         The agents only referred to her by last name.  He knew

15   her last name.  He'd known her for many years, more than ten

16   years.  For eight years, her full name was printed on the top

17   of the big stacks of phony prize notices because she got the

18   first one.  She wanted to check and see that they were all

19   going out.  That's Government Exhibit 47.  You can see her name

20   sitting at the top.

21         He also knew her face and they showed him her picture.

22   She dyed her hair sometimes?  Please use your common sense.  Do

23   you stop recognizing your mother or your daughter when she dyes

24   her hair?

25         She didn't have her glasses on in the photo.  She only

 1    wears glasses to read.  She had glasses on in the picture where
 2    she's holding up that statement because she just finished
 3    reading and signing it.  Anyway, she doesn't become impossible
 4    to recognize just because she doesn't have glasses on.  She's
 5    not Superman.  She doesn't turn into Clark Kent just by putting
 6    on glasses.
 7          Salvador Castro lied.  He didn't want to say that he
 8    knew her because he knew he was in a fraud scheme just like he
 9    didn't want to say he knew Maria Ramirez.
10          That's the simple answer to every ridiculous story
11    that you have heard during this trial.  It was just fraud.
12          Let's talk about Jose Luis Mendez and the language
13    barrier.  It's irrelevant because of what he admitted on the
14    stand and it's irrelevant because of what he falsely denied on
15    the stand.
16          Let's start with what he admitted.
17          He started out on direct claiming that he never looked
18    at the notices.  Just running the printer with blinders on for
19    eight years, not seeing any of the notices that were
20    surrounding him.  But he admitted later that that wasn't true.
21    He admitted it because he didn't want to keep going through the
22    letters in that box.  We went through a few and then he
23    actually said, quote, well, actually, I recognize all of them.
24    He admitted he saw letters like that at the time.
25          He admitted there was $40,000 in cash from what he

1    called sweepstakes mailings in his house.  He admitted that he

2    was at the letter shop when he saw Sean O'Connor stop the

3    presses and trash the paper.  He admitted that he looked at his

4    scheme bank accounts online hundreds of times.  He tried to

5    tell you that he did that because he was hyperactive.

6          He admitted that he had a mailbox application for his

7    business at his house and it said health and beauty sales on

8    it.  Who cares who filled it out?  It's his business, his

9    signature, his house.  He would have you believe that he didn't

10   ask what it said?  But that doesn't matter.  Even according to

11   his own false account, that is deliberate ignorance.

12         He was excited by the new business opportunity but he

13   didn't want to know what it was.  He didn't ask anybody about

14   it.  Deliberate ignorance.

15         Let's talk about some of Jose Luis Mendez's false

16   denials.

17         Cash envelopes.  He denied receiving cash envelopes,

18   but you saw the one with his name on it that was found in Patti

19   Kern's house when she had no idea the agents were coming.

20   Patti Kern, Juan Villasenor, Salvador Castro all said there

21   were cash envelopes.  He admitted he got a hundred or so profit

22   checks but no cash.  Can't admit that.  The wheels come off the

23   car real fast if you admit that.

24         He tried to tell you that he took his profit checks,

25   cashed them, and put $40,000 in cash in his safe because he

1   didn't want to spend the money.  Too easy to spend it if it's

2   in the bank.  It's not easy to spend if it's sitting in your

3   house?

4           Oh.  He also has nothing but trust for the guy who

5   takes his envelope, goes into the bathroom, presumably stuffs

6   some cash into his pants and comes out and hands him a check.

7   Nothing but trust for that guy.

8           What about the big envelope that you saw Jose Luis

9   Mendez and Patti Kern texting about?  That one had stickers and

10  magnets in it.

11          He denied that he knew about the Glen Burke shutdown.

12  He wasn't in Mexico as he tried to suggest initially.  He came

13  back from Mexico at the end of December and that shutdown

14  happened in late January.  Did he take another six-week

15  vacation?  Not notice that the account was frozen?  Did he not

16  talk to anybody about it?

17          He blamed Patti.  He blamed Sean.  He said Epi Castro,

18  Luis Aguilar, maybe -- maybe he betrayed them too -- him, too.

19  He blamed the Government.  He tried to blame his vacation in

20  Mexico.  And then he blamed Google Translate.

21          Remember the dog and pony show with the ELMO and the

22  texts and the overheard projector over there?  That's why he

23  had so many English language texts with his conspirators.  You

24  saw.  He said all of them he did with Google Translate.  Then

25  you saw what happened.  We started talking about all the typos.

1    First, maybe somebody took his phone and was using it.  Then he

2    blamed Google Translate for translating misspelled Spanish

3    words into misspelled English words.  Not sure it works that

4    way.  But you watched him switch his stories midstream on that

5    stand.  He's a master contortionist up there twisting himself

6    into a pretzel.

7            Then he started thinking about all those typos in the

8    texts and he started thinking about what you were going to

9    think when you read all the texts and saw how many typos were

10   in those texts.  That's when he finally admitted that he typed

11   the texts in English.

12           Okay.  That didn't work.  What's next?  When you're

13   all out of excuses, that's when you start throwing your

14   co-defendants under the bus.  Mario and Miguel Castro, each of

15   them could have read one of these notices and known immediately

16   it was fraud.  If there was a member of his family who knew and

17   didn't tell him, then he was betrayed.

18           Did everybody in the family betray each other or was

19   it just fraud?  Is this the regular universe or the alternate

20   universe?  He knew it was fraud.

21           We heard some new arguments this morning from Miguel

22   Castro's counsel.  And first time we've heard some of these

23   arguments, so let me talk about those.

24           Maybe Miguel Castro was thinking that these notices

25   actually aren't fraudulent at all.  Everybody's been saying

1    they're so fraudulent.  Patti and Sean are so terrible for

2    being involved in it.  But now for the first time, you're

3    hearing that maybe they were selling these worthless sweeps

4    reports to people.  You saw one of those worthless booklets

5    during the trial and maybe they believed that that was legit.

6    We're selling these people these booklets.  And in order for

7    that theory to work, as Miguel Castro's counsel said, somebody

8    else would have to be printing those little worthless booklets

9    for Patti because everybody knows that these defendants didn't

10   print those booklets.

11         Look at Government [sic] Exhibit 5043.  We never went

12   through this with you because this is a brand new theory that

13   we're getting for the first time today.  But look at Defense

14   Exhibit 5043.  It's the QuickBooks records that Miguel Castro

15   prepared and that his -- Mario Castro's expert relied on.  Look

16   at those QuickBooks records.  You will find almost no reference

17   to fulfillment in 64 pages.  That's why the theory has to be

18   maybe another printer was doing the fulfillment.

19         But Miguel Castro is the accountant.  He does the

20   bookkeeping.  He sees the books and records.  He sees the money

21   coming in.  He sees the money going out of those mailing

22   companies.  He knows full well there is no invoice from another

23   printing company to send these little booklets.  He would have

24   seen the money getting paid for that out of his account, his

25   Price Awards account.

1        There was nobody else printing these worthless

2   booklets for them.  It doesn't make any sense.  They're already

3   doing all the mail for all the same people who keep getting

4   bombarded.  Doesn't make any economic sense to, you know, ship

5   that out to another shipper just for the fulfillment?  Another

6   printer?  We're in the upside down world again.

7        So that was the new theory.  If there was anything to

8   that theory, you would have heard about it before today.  It's

9   just another excuse.

10        Miguel Castro got that letter from the federal

11   court-appointed receiver.  He was there when Glen Burke got

12   shut down and it didn't stop him.  He opened a mailing company

13   anyway in 2016, Price Awards.  He used Mark Jordan as a straw

14   owner on that company.  At least he didn't put his son on the

15   papers this time.  He opened that bank account.  Victim money

16   went into it.  He did the accounting.  He could see it going

17   in.  He could see there was no prize money.  He could see

18   nobody was paying for any fulfillment.  You can see the profit

19   checks that he got from that company in Government Exhibit 253.

20   That's the exhibit that they have a hard time talking about.

21        He lied in his interview and he told the same lies in

22   his written statement.  He's getting a subpoena in this case

23   which is about prize notices and he doesn't talk about prize

24   notices.  He doesn't talk about Patti Kern.  He talks about

25   everything else.  Does anyone seriously believe that you can go

1  to Mexico for a while and then come back and start committing

2  fraud again and that's not fraud?

3          I'm going to talk about Mario Castro in a minute, but

4  I want to talk to you about what your role is.  You, obviously,

5  know your role is to determine the guilt or innocence of these

6  four defendants.  You decide on that.  It's a big job.  You

7  don't need to think about a lot of the side issues that you've

8  been hearing about.  What was everyone's role?  Who was in

9  charge?  Who did what?  What is the punishment?  That's not

10  your role.  It's to determine guilt or innocence.

11          There's a jury instruction on punishment.  It will

12  tell you that that's Judge Navarro's job.  She figures out what

13  the punishment should be.  Your job is big enough; you don't

14  need to speculate about that.

15          The defendant Mario Castro, we know he got the profit

16  checks.  He got a lot of profit checks.  Look for the ones to

17  Digital Express from the companies Assets Unlimited and Money

18  Securities, among others.  He got the cash envelopes.  You saw

19  that.  He knew Glen Burke.  Even Mario Castro, Jr., knew who

20  Glen Burke was.  You saw the e-mails where he's conducting

21  business regarding prize notices with Glen Burke.  You saw the

22  e-mail where he was a partner on the GAM mailing company, and

23  then he got a cease and desist served on the guy who hung out

24  at the shop, Sixto.  I told you about that earlier.

25          Contrary to Mr. Tomsheck saying there's no e-mail

1  where Patti Kern warns them -- warns him about heat from the

2  feds, take a look at Government Exhibit 200, please.  That's an

3  e-mail from Patti Kern forwarding an e-mail from their list

4  broker who is talking about feeling increasing Government

5  scrutiny and not being able to sell them lists anymore.  And

6  Patti Kern testified she talked about it with him.  She sent

7  him that e-mail.  They talked about it.  They knew that things

8  were coming to an end because they couldn't get those lists

9  anymore.  They talked about that.  Look at Government

10 Exhibit 200.  Government scrutiny.

11        Very little from Mario Castro's counsel about the

12 profit checks, about the cash envelopes, about Glen Burke.

13 Also didn't really want to get into the details of Mario, Jr.'s

14 testimony.

15        Who else got thrown under the bus in this case?  Mario

16 Castro, Jr.  He was the last person to get thrown under the

17 bus.  His own father sent him up there to take the blame and he

18 let Mario, Jr. find out on the witness stand about all those

19 profit checks.  50/50 partners with Patti Kern on those mailing

20 companies that Mario, Jr. opened.  That man sent his son up

21 there to find that out on the stand.

22        In the real world, there comes a point where you

23 finally have to accept responsibility for your own actions.  In

24 the upside down world, you throw your son under the bus.  Mario

25 Castro, Jr., the ultimate human shield.  That was the last

1    excuse, the last card to play.

2           These four men are world-class contortionists.  Cirque

3    du Soleil does not have a better one.

4           Ladies and gentlemen, this case is about two

5    universes.  Betty Stirewalt lived in the regular universe.  She

6    made bedsheets.  She raised five children while making those

7    bedsheets.  Bedsheets, a real product that everybody needs.

8    Her children tried to save her from this scam and they

9    couldn't.

10           Juan Villasenor is from the regular universe.  He's an

11    immigrant from Mexico who sells avocados and limes.  And he

12    knows fraud when he sees it.

13           The defendants lived in the alternate universe.  They

14    chose to live there.  They wanted to live there because they

15    wanted to live a life of theft, a life of taking without giving

16    back.  They chose to live off the labor of people like Betty

17    Stirewalt, James Pascarella, Lorraine Ramadan, Mary Sorrentino,

18    James Miskovich, James Gambon, and Lorraine Ramadan, and

19    thousands of other real-life flesh and blood people.

20           They chose to steal from all these people so they

21    wouldn't have to work so much themselves.  They chose that life

22    for eight years.  It is time.

23           The defendants' choices have consequences.  Their

24    actions have consequences.  It is time.  The time for excuses

25    is over.  It is time for you to hold them responsible for their

—— 2:19-cr-00295-GMN-NJK ——

1  choices, for their actions, for their lies, for their theft of

2  millions of dollars from vulnerable people.  It is time for you

3  to deliver a verdict.  There's only one verdict.  It's only one

4  verdict consistent with the evidence in this case.  That's a

5  verdict of guilty on all counts.

6       Thank you.

7       THE COURT:  Thank you, Mr. Finley.

8       Now, before we begin the deliberation, there will only

9  be 12 of you deliberating.  The other three will be alternates,

10 but you are not excused.  You're still on jury duty.  You'll be

11 on-call, which means that Nick needs to have your cell number

12 or whatever is the best way to get a hold of you so that if at

13 any time we need to call you in to take the place of one of the

14 deliberating jurors who can no longer proceed, we can do so

15 without missing too much time.

16      The calendar that you were provided at the beginning

17 of trial is the time that we expect that you will be here.  So

18 from 9:00 a.m. to 4:00 p.m. for each day until there is a

19 verdict.

20      We had a dark day on Thursday.  So if you decide that

21 you want to come in on Thursday, you need to all be available

22 and you need to all unanimously decide that you want to come in

23 on Thursday.  So I don't expect you to because we told you you

24 weren't going to have to, but if you want to, you're welcome to

25 do it.  We just need to make sure that it's all 12 of the

───── 2:19-cr-00295-GMN-NJK ─────

1   deliberating jurors who are doing that.

2          All right.  So at this time, the three alternates are

3   Jurors Number 16, 15, and 14.

4          So as I said, you're not excused.  You're still on

5   duty.  You're just on-call.  You don't have to be here in the

6   courthouse so long as Nick has a number for you so that you

7   can -- you know, so if you want to go to work, you can, so long

8   as your because knows that you still are on-call and you need

9   to be here as soon as we call you.

10         Likewise, if you are going to be at home, you need to

11  have some backup plan for daycare or doggy care or whatever

12  that is that you're going to be doing.  I'm not going to force

13  to you come in.  Other judges do force the alternates to come

14  in and just sit by themselves in a room.  I -- I'm not going to

15  do that.

16         So the 12 jurors will begin the deliberate process.

17  We do have all of the exhibits available for you on the

18  computer there and there is a tutorial to help to you learn how

19  to work it.  It's very simple.  But please, you know, let us

20  know if you have any questions.

21         Also, a paper copy of the deliberation verdict and of

22  the jury instructions is there for you, as well.

23         We have a court security officer.  I think it's Pete,

24  if I see you.  If you can come on up, sir, we'll have you sworn

25  in.

1           THE COURTROOM ADMINISTRATOR:  Do you solemnly swear to

2   keep the jury together in some private and convenient, place

3   and that you will not permit any person to speak to or

4   communicate with them nor do so yourself unless by order of the

5   Court or to ask them whether they have agreed upon a verdict,

6   and that you will return them into court when they have agreed

7   so or when ordered by this Court, so help you God?

8           COURT SECURITY OFFICER:  Yes, sir, I do.

9           THE COURT:  All right.  So Pete will keep you all

10  together which means that when the smokers want to smoke,

11  everybody has to go together.  You don't have to be in the

12  same -- in the same, like, airspace, but you have to all stay

13  together.  No deliberating unless all 12 of you are together.

14          So at 9:00 a.m.  If someone is missing, you cannot

15  start deliberating until that twelfth juror gets there.  Okay?

16  And if that twelfth juror doesn't come, you need to write a

17  note and let us know so that we can call an alternate to come

18  in and take their place.

19          Likewise, during lunch, if you're going to get up and

20  go somewhere for lunch, then deliberations stop.  You have to

21  be all 12 together when you're deliberating.

22          Deliberating means talking about the case.  So you

23  only talk about the case when all 12 of you are together.  Make

24  sure that's clear.

25          All right.  So at this time, let's go ahead and stand

 1   for the jury so that the three alternates -- oh, yeah, that's

 2   right.  I'm sorry.  Nick is going to swear you in again.

 3            THE COURTROOM ADMINISTRATOR:  Stand and raise your

 4   right hand.

 5            Do you and each of you solemnly swear that you will

 6   well and truly take this case now pending before this Court and

 7   true verdict render according to the evidence given, so help

 8   you God?

 9            (Chorus of ayes.)

10            THE COURT:  All right.  So three alternates can go

11   ahead and drab their personal items out of the jury room

12   because you may or may not be coming back.  And then the rest

13   of the jurors can continue to deliberate today.

14            Tomorrow -- if you do come back tomorrow, if there's

15   not a verdict today and you come back tomorrow, we are

16   providing lunch for you.  You're free to bring your own, as

17   well, but we do have menus for you to choose.  And likewise, on

18   Thursday, if you're going to be here instead of a dark day, let

19   us know so we can give you those menu before you leave on

20   Wednesday and so forth.  Okay?

21            Thank you.  Go ahead, Pete.

22            (Whereupon, the jury exits at 2:08 p.m.)

23            THE COURT:  All right.  We're still on record but

24   outside the presence of the jury.

25            Anything anybody needs to put on the record before we

1  go into recess?

2         MR. TOMSHECK:  No, your Honor.

3         THE COURT:  Okay.  Just make sure that Nick has your

4  number or e-mail.  I think the easiest way for him is to send

5  kind of a group e-mail to everyone to let you know when the

6  jury goes home so that you know you can get comfortable, put on

7  your jeans or pajamas if you haven't slept a while, you know,

8  and take your nap.

9         And then he'll let you know if, for whatever reason,

10  they decide they're not coming in at 9:00, if they decide

11  they're coming in at 8:00 or whatever -- you know, we do have

12  one who juror who continuously comes in late so they might just

13  decide let's start at 9:30 since that guy's never there on time

14  anyway.  But Nick will let you know so that you know when

15  you're on call.

16         There's almost always at least one jury question.  So

17  I would just keep that in mind even if you think, you know,

18  it's too quick to have a verdict today, but they might have a

19  jury question as they start going through things.

20         MR. TOMSHECK:  You think this group will have a

21  question?

22         THE COURT:  Could there be any other questions?  I

23  don't know.

24         MR. GAFFNEY:  Your Honor, my -- I'm not sure if you're

25  requiring us to stay close by.  My office is out in Summerlin.

—— 2:19-cr-00295-GMN-NJK ——

1   I'm about 20, 25 minutes away.

2           Is that okay to --

3           THE COURT:  That's fine because we also have to get

4   the interpreters here.  We have to get -- yeah, we have to get

5   the court reporter here.  You know, it's a whole process.

6           So, no, that's fine.  You know, I think 30 minutes

7   is --

8           MR. GAFFNEY:  Reasonable?

9           THE COURT:  -- reasonable.

10          In the past, we have had jury questions that were very

11  easy to answer where it's just, "Refer to Jury Instruction

12  blah, blah, blah."  And if that comes up, I'll have Nick send

13  you an e-mail with a photocopy of the instruction and my

14  proposed answer, and if there's no objection, then I just write

15  the answer on that note and send it back.

16          If it's something a little more complicated, then, you

17  know, we'll have you all come in.  And generally, I always have

18  you all come in unless it's something very obviously simple

19  they that just haven't taken the time to look at the

20  instructions carefully to see that the answer is actually in

21  there.

22          MR. GAFFNEY:  Judge, if we do get a jury question

23  that's a little bit more complicated, is it okay to waive our

24  client's presence?  If the attorneys are here but we can waive

25  our client's presence?

1              THE COURT:  I don't know how we would do that because
2    how would I know that they are waiving --
3              MR. GAFFNEY:  Okay.
4              THE COURT:  -- their presence?
5              MR. GAFFNEY:  Okay.
6              THE COURT:  So I think they should at least be
7    30 minutes -- you know, not wonder off more than 30 minutes
8    away.
9              MR. GAFFNEY:  All right.  Thank you, Judge.
10             THE COURT:  Just to be clear.
11        But Nick will e-mail you when the jury's gone so that
12   you know they're gone and you can go wherever you need to go
13   that's further than 30 minutes away.  All right.
14             MR. GREEN:  (Unintelligible).
15             (Court reporter interruption.)
16             THE COURT:  Okay.  So Mr. Green asked the question as
17   to how the attorneys will know when the jury is done for the
18   day.
19        And my answer to that is that it's a lot of phone
20   calls to make so we're not making phone calls for.  That, we'll
21   just send out one spam e-mail, you know, one big group e-mail
22   because it's the same information for everyone to let you know
23   that, yes, the jury -- you know, for example, the jury left
24   early at 3:00, they're coming back tomorrow at 8:00, or the
25   jury decided to stay until 5:00 but they're not starting until

─────────────────── 2:19-cr-00295-GMN-NJK ───────────────────

1    10:00 tomorrow.

2            Whatever it is, we'll let you know at the end of each

3    day what's going on.

4            MR. GREEN:  Thank you, your Honor.

5            (The proceedings adjourned at 2:12 p.m.)

6                                * * *

7

8

9

10

11                           --o0o--

12            COURT REPORTER'S CERTIFICATE

13

14        I, SAMANTHA N. MCNETT, Official Court Reporter, United

15    States District Court, District of Nevada, Las Vegas, Nevada

16    certify that the foregoing is a correct transcript from the

17    record of proceedings in the above-entitled matter.

18

19    Date:  April 18, 2023

20

21                           /s/ Samantha N. McNett

22                           Samantha McNett, RPR, CRR, CCR

23

24

25