UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MARIO CASTRO,<br><br>    Defendant. | Case No. 2:19-cr-00295-GMN-NJK<br><br>**ORDER**<br><br>[Docket No. 758] |

Pending before the Court is the parties' seventh stipulation to modify conditions of pretrial release. The parties ask the Court to modify Defendant's pretrial release conditions to permit him to travel to Idaho, Oregon, and Washington for work purposes. The parties submit that Defendant's Pretrial Services Officer does not object to this request.

IT IS ORDERED that the parties' stipulation, is hereby GRANTED.

DATED this 26th day of April 2023.

_____
UNITED STATES MAGISTRATE JUDGE

3