UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　Plaintiff,<br><br>v.<br><br>JOSE SALUD CASTRO,<br><br>　　　　Defendant. | Case No. 2:19-cr-00295-GMN-NJK<br><br>**Order**<br><br>[Docket No. 772] |

　　　Pending before the Court is Defendant Jose Salud Castro's motion to allow self-transport, filed on an emergency basis. Docket No. 772. Defendant seeks permission to allow his family to transport him to Las Vegas, Nevada upon his release from the United States Medical Center for Federal Prisoners in Springfield, Missouri. *Id.* at 1-2. The United States filed a response indicating that Defendant has now been released and is being transported to Las Vegas, Nevada by the United States Marshals Service. Docket No. 773 at 2. Accordingly, Defendant's motion is **DENIED** as moot. Docket No. 772.

　　　IT IS SO ORDERED.

　　　Dated: May 11, 2023

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1