WILLIAM H. BROWN, ESQ. (7623)
BROWN MISHLER, PLLC
911 N. Buffalo Dr., Ste. 202
Las Vegas, Nevada 89128
Tel: (702) 816-2200
Email: WBrown@BrownMishler.com
*Attorney for Defendant*
*Jose Mendez*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERCIA, | 2:19-cr-00295-GMN-NJK |
| Plaintiff, | **Stipulation to Continue Deadline for Informal Objections to PSR** |
| vs. | |
| MARIO CASTRO, JOSE SALUD CASTRO, SALVADOR CASTRO, MIGUEL CASTRO, JOSE LUIS MENDEZ, and ANDREA BURROW | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Timothy Finley, Trial Attorney, U.S. Department of Justice, counsel for the United States of America, and William H. Brown, counsel for defendant Jose Luis Mendez, that the LCR 32-1(b) deadline to submit informal objections to the presentence investigation report (PSR) shall be continued at least 14 days (to at least August 15, 2023).

This Stipulation is entered into for the following reasons:

1. This is the first request to continue the LCR 32-1(b) deadline.

1

2. The PSR is lengthy (30 pages) and in English.

3. Because Mr. Mendez speaks very little English, the PSR must be translated into Spanish for Mr. Mendez, who will then require time to read the PSR and meet with the defense to discuss it.

4. According to the defense's translator, it will take until August 8 to translate the PSR, which is after the current (August 1) deadline to submit informal objections.

5. Therefore, the current deadline doesn't allow sufficient time for meaningful review of the PSR, or the opportunity for the defense to make appropriate informal objections.

6. The requested continuance will allow for both.

7. Neither Mr. Mendez (who is out of custody), nor the government, nor the PSR's author objects to continuing the deadline.

Dated: July 26, 2023

| | |
|---|---|
| JASON M. FRIERSON<br>United States Attorney | BROWN MISHLER, PLLC |
| /s/ *Timothy Finley*<br>By_____<br>TIMOTHY FINLEY<br>Trial Attorney, USDOJ | /s/ *William H. Brown*<br>By_____<br>WILLIAM H. BROWN<br>Counsel for Jose Luis Mendez |

WILLIAM H. BROWN, ESQ. (7623)
BROWN MISHLER, PLLC
911 N. Buffalo Dr., Ste. 202
Las Vegas, Nevada 89128
Tel: (702) 816-2200
Email: WBrown@BrownMishler.com
*Attorney for Defendant*
*Jose Mendez*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERCIA, | 2:19-cr-00295-GMN-NJK |
| Plaintiff, | **Order Continuing Deadline for Informal Objections to PSR** |
| vs. | |
| MARIO CASTRO, JOSE SALUD CASTRO, SALVADOR CASTRO, MIGUEL CASTRO, JOSE LUIS MENDEZ, and ANDREA BURROW | |
| Defendants. | |

Based on the pending stipulation of counsel, and good cause appearing therefore, the Court hereby extends the LCR 32-1(b) deadline to submit informal objections to the presentence investigation report (PSR), to _____August 15, 2023_____.

DATED this  31  day of July, 2023

_____
UNITED STATES DISTRICT JUDGE

3