**RICHARD E. TANASI, ESQ.**
Nevada Bar No. 9699
**TANASI LAW OFFICES**
8716 Spanish Ridge Ave., Ste. 105
Las Vegas, Nevada 89148
Telephone: (702) 906-2411
Facsimile: (866) 299-5274
rtanasi@tanasilaw.com
////////////////////////////////////////////
**JOSHUA TOMSHECK, ESQ.**
Nevada Bar No. 9210
**HOFLAND & TOMSHECK**
228 S 4th Street, 1st Floor
Las Vegas, NV 89101
Telephone: (702) 895-6760
Facsimile: (702) 731-6910
Email: JoshT@hoflandlaw.com

*Attorneys for Defendant Mario Castro*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00295-GMN-NJK |
| Plaintiff, | **INDEX OF EXHIBITS IN SUPPORT OF DEFENDANT MARIO CASTRO'S SENTENCING MEMORANDUM** |
| v. | |
| MARIO CASTRO et al., | |
| Defendant. | |

**INDEX OF EXIBITS**

| Exhibit | Description |
|---|---|
| A | Letters of Support |
| B | Government's Trial Exhibit 260 |
| C | Co-Conspirators' Guilty Plea Agreements |
| D | Defense's Paralegal Discovery Review Letter |
| E | Defense Expert Janet McHard's Opinion Letter |
| F | Government's Trial Exhibit 249 |
| G | Excerpts from Inspector Bouchie's Trial Testimony |
| H | Excerpts from Patti Kern's Trial Testimony |
| I | Excerpts from Sean O'Conner's Trial Testimony |
| J | Excerpts from Sean O'Conner's Trial Testimony |
| K | Excerpts from Sean O'Conner's Trial Testimony |
| L | U.S. Sentencing Commission Recidivism of Federal Offenders Released in 2010 Report |
| M | United States Sentencing Commission Quarterly Data Report |
| N | Michael Tonry, Purposes and Functions of Sentencing, 34 Crime and Justice: A Review of Research (2006) |
| O | Rodney Perkins, *Purposes-Based Sentencing of Economic Crimes After Booker*, 11 LEWIS & CLARK L. REV. 521 (2007) |
| P | Janet McHard's Report; *also,* Defense Trial Exhibit 5043 |
| Q | Government's Trial Exhibit 264 |

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that he is an employee of Tanasi Law Offices for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on September 8, 2023, he served an electronic copy of the above and foregoing INDEX OF EXHIBITS IN SUPPORT OF DEFENDANT MARIO CASTRO'S SENTENCING MEMORANDUM by electronic service (ECF) to the person named below:

>JASON FRIERSON
>United States Attorney
>DANIEL E. ZYTNICK
>TIMOTHY FINLEY
>U.S. Department of Justice
>450 5th Street N.W. #6400
>Washington, DC 20044

Dated: September 8, 2023

Respectfully submitted,

By:  */s/ Richard Tanasi*
RICHARD TANASI, ESQ. (9699)
*Attorney for Mario Castro*