1
2
3
4
5
6
7
8
9
10
11
12

# EXHIBIT A

14
15
16
17
18
19
20
21
22
23
24
25
26

# Index

Ahsley Castro (Daughter) ................................................................................................ 1

Chelsea Castro (Daughter) ............................................................................................. 3

Amelia I. Marghella (Niece) .......................................................................................... 5

Mario Castro Jr. (Son) ................................................................................................... 6

Caren Crisitina Castro (Daughter) ................................................................................ 9

Dr. Tony E. Huerta Serna (Friend) .............................................................................. 10

Jesus Ivan Leon Perez (Son-in-Law) .......................................................................... 11

Tony Melara (Former Co-Worker) .............................................................................. 12

Gustavo Rangel (Former Co-Worker) ......................................................................... 13

Javier Rivas (Friend) ....................................................................................................14

Photographs ..................................................................................................................15

Dear Judge Gloria Navarro,

My name is Ashley Castro and I am 23 years old. I have known and lived with my father, Mario Castro, my whole life. I write this letter for your Honor's consideration in my father's sentencing. My hope is that this letter provides you with a clear understanding of who my father has been for me and others throughout his life. In this letter, I offer a glimpse of all the love, pain, and appreciation I hold for my father. I hope it is taken into consideration, as it is a genuine look inside the most vulnerable parts of my heart and mind.

At the time of my dad's detainment, I was 19 years old and in my second year of pursuing my bachelors degree in biological sciences at UNLV. My plan at the time was to go to medical school. I was in the UNLV Honors College program and I had just been placed on the dean's honors list. I felt very fortunate to have multiple scholarships covering all of my tuition. I didn't know what the future held for me, but I was confident in my ability to achieve whatever I set my mind towards.

None of that mattered to me in the end, though. In November of 2019, my father was detained and charged with several counts of mail fraud. This day completely changed the trajectory of my life. All my hopes and dreams for my future were completely shrouded, paling in comparison to what my family and I were facing. Despite being placed on medication, my anxiety became too overwhelming for me to handle and I could no longer focus on my studies. This all amounted to me eventually dropping out of college. With this decision, I not only lost my honors college position and all of my scholarships, but an integral part of my identity.

With my father in custody, my mother and I could not afford to continue paying all of our bills. My mother was the homemaker, so we were left with no financial support. I had to find a full time job to help out in whatever way I could. Within the next few months, we placed our home up for sale. Once it was sold, we used that money to pay the $100,000 bond for my dad's release.

I think I could write for pages on end about my father. He's a very unique individual with a strong set of values I wish more people in this world held. I'm proud to know I carry pieces of him within my own being. I'm grateful to have found myself in the arms of such a strong, hardworking, and kind-hearted man the day I was born. I'll forever cherish and uphold all my dad has passed onto me.

I'm convinced that because of my father, I am a better person in many aspects. Because of him, I am more giving. This in a way goes against who I was growing up, but seeing my dad selflessly give what he could molded my understanding of what it means to be a good person. My dad has told me he doesn't care about holding onto anything because everything he could ever obtain in this life is for his family. He'd gladly give us the shirt on his back if it's what we wanted. I don't think my dad has ever given much importance to material items; all he's ever cared about was being a provider. My dad has helped friends, family, and strangers alike. He's shown me you do not need to have a lot to help others because there's always ways to make life easier for people.

My dad has always placed great value in integrity. He's always been the person in my family to place the greatest emphasis on never taking what is not yours. My mother came home one day and realised a banker had given her an extra $100 bill. My dad immediately had her go take it back. There was an instance where my dad accidentally took an item from a store and went back inside to pay for it upon realising he had accidentally taken it. These are some of the many small examples that I believe culminate into a bigger understanding of who my father is as a person. He has always tried to live his life with honesty and respect for others.

I was present throughout a lot of my father's trial. I am glad I was able to attend and provide him with moral support during such a stressful experience. The victim's testimonies throughout the trial provided my dad with a good understanding of the harm caused. As a result, my dad expressed great

embarrassment and disappointment throughout his trial as he realised he provided others with the tools to perpetuate harm upon society's most vulnerable members. None of this comes as a surprise to me, it falls perfectly in line with the man I've known my father to be throughout my life. A man of integrity who has always rebuked the idea of harming others for the sake of one's own gain. I know in my heart my dad would never knowingly harm anybody, especially not to this extent; that narrative falls flat when I take a step back and look at who I know my father to be.

My father is the sole person I've sought refuge in throughout my life. He has always represented strength to me, the only person in this world I could ever run to. From being 5 years old and wiggling myself into his bed, terrified of the monsters that lurked in the dark, to being 23 years old and seeking his consolement, only this time from the imposing realities of this deeply imperfect world.

My father has always been a symbol of great fortitude and perseverance to me. Despite a difficult and humble upbringing, he chose to work hard and reach for the things many thought was not possible for somebody like him: an immigrant child with no formal education. With no support or tools at his disposal, sheer determination and a dream is what powered my father. His journey hasn't been easy, but he's never let that stop him. By the time I was a small child, my dad had a thriving business. But after the 2008 recession, his business took a significant financial hit. After declaring bankruptcy, our finances were up and down as he tried to rebuild our lives. I've watched my dad withstand great tribulation. Despite him trying to hide our financial situation from me, I knew there were many times throughout where my dad didn't have enough money to cover our bills. Him and my mom sometimes resorted to selling old pieces of their jewellery or would ask to borrow money from family. Despite the hardship, I never went hungry or lacked a roof over my head. My dad's hard work and unwavering devotion for his family is one of his many strengths that I hope to embody within my own life.

My father has guided me down a path of virtue and galvanised my pursuit of truth. He has been the primary shaper of my being. The sole person in my life I've sought to emulate in character when my own has faltered. Anytime I'm told of my resemblance to him, whether it be physical or of the mind, all I can feel is immense pride. I am forever indebted to my father; everything I am, is of his doing. Wherever I go, whatever place I traverse, I'll be sure to carry on all he's instilled within me and I will do it with the greatest pride.

At this moment I feel broken, I feel powerless. My only hope is to be heard. This experience has been the most difficult thing I've ever had to endure. It's so jarring being a young adult and watching your peers graduating college and going on to build their lives, while I remain frozen in time. Frozen in the same place I was at 19 years old, waking up and stumbling over to people walking past me to take my dad, and with him, all we ever had. My spirit, the place I called home since I could remember, everything seems to be gone now. I feel starkly different from the person I once was and from the person I was supposed to be.

Bearing everything in mind, your Honor, I humbly ask for your leniency when considering my dad, Mario Castro's, sentencing. I ask that you do not take who I consider my light and guidance in this world for more than you have to; because without him, I am lost. I know my father has a lot of people who deeply love him and wish to have him for as much as our short existence on this earth can offer. I know that all my father wants is an opportunity to rebuild his life and help out the people he loves. Despite this mess, despite the pieces strangers have had to take and try to sow together, I know my father is worthy of a place in our community. My family and I's future lies in your hands and so I plead with you to consider a sentence that keeps us in mind. I want to thank you for giving me the opportunity to voice my perspective and I hope it is something that is able to be taken into consideration.

Sincerely,
Ashley Castro

# Dear Judge Gloria Navarro,

I am Chelsea, or according to my father, bon bon. It translates to marshmallow in english. Writing this is quite difficult for me as I am not great with words, but also writing this is really important to me.

My father, to me, is absolutely the best man in my life, and always will be.

I just recently became a new mom. It took a huge toll in my life, as I was only 18 when I found out I was expecting. At first I figured my father would be angry, but I knew that he'd be supportive regardless. My father has always been supportive. I've definitely struggled with being a mother and juggling a job at the same time, but guaranteed when I call my dad to babysit the answer is never no. My daughter wakes up every morning and asks to call "mom and api" , my father and my mother. When she does call, she immediately asks to go to "api's casa",  my fathers home. Of course my father always says yes. When its time for her to finally come back home to her father and I, she has a temper tantrum. How dare I take her from Api's house after she has been there all day? After finally putting her in the car to take her home, she tells me, in toddler words, about her whole day with my father, and mother. People ask me if I ever get jealous of  the bond my daughter has with her grandparents, or if I ever get jealous that when I  go pick my daughter up from "api's casa" she immediately runs away so I wont take her. The answer is always no. I know I never have to worry about the love given to my daughter. She is so loved and she loves back. She adores my father. She never fails to mention him in her small vocabulary. I can't even imagine her growing up without him in her life.

One time, the family went for vacation. We ended up getting on a banana floatie type of boat. i was extremely nervous of the water. Especially after my dad got stung by a jellyfish on our way to the boat. I was fairly young. So the ocean was a huge fear of mine. Eventually we got to the boat and believe me, I suddenly had no fear. My father was with me, so how could anything possibly happen to me? That's how I always felt growing up. As long as I had my father, I had no worries in the world. When we were on the boat, I somehow managed to loosen my grip or something, because I ended up falling into the water. Again, no fear because who was right behind me? my dad. I said "Dad you fell too?" he responded with "of course not i just didn't want you to be scared '' It seems silly, but as a child falling off a boat in the middle of the ocean is like a nightmare, but dad always saves the day.

Even as an adult , my father continues to take care of me. I got into an argument with my boyfriend's mom one day and she kicked us out of her home where we were staying. My father immediately took us in, with newborn and all. He knew there was no room for us, but he made room. My boyfriend, daughter and I stayed for a few months until we were able to finally move out into our very own apartment. Being away from my father, my mother and my siblings was hard for me as we've always been close knit. My boyfriend worked long days and I worked a graveyard shift along with caring for a baby. My father and mother took care of my daughter for a few hours most days so I'd be able to get some rest as sleep is not something a first time mommy gets very often.

My boyfriend and I were going through a lot as first time parents, and a lot of our frustration would be taken out on each other. I felt very lonely even though I knew I wasn't. My dad actually called me one night, and i wasn't answering the phone. Next thing you know, he shows up at my door and I immediately start bawling my eyes out. He hugged me and told me how much he loved me. He told me

no matter what time it was at night, he'd always be a call away. and he meant that. no matter what time of day or night it is, he is ALWAYS there. It's almost as if he knew something was wrong that night, or as if he knew I was feeling lonely, and he was there within a matter of minutes.

Another night I called my dad while I was working. I had been sick with bronchitis for a while and I was having chest pain and trouble breathing. It was around 3AM at this point. I called my dad and asked him to take me to the hospital as my doctor had told me if I experienced chest pain to immediately go to the ER. My father, at 3AM, got out of bed, drove to my boyfriend's moms house where I was staying at the time, and drove me to the hospital. I will say, I am extremely dramatic and get scared easily. So of course he told me to calm down and to try to breathe and relax.

It is no shock that my boyfriend constantly has issues with his car. I'm pretty sure he's gone through about 3 cars since we've been together. First it was his battery, then his starter, then his car would overheat, breaks would squeak. it was always something. My dads always been a bit of a car enthusiast, so of course when my boyfriend and I would be stuck in the middle of the road because something new happened to our car, he'd always come, and if it wasn't possible, he'd always walk us through what to do. Needless to say I can now jumpstart a car, and change a tire.

My father just never seems to fail to be there. As a child, and to this day. There's never been a time where I've needed him and he has not been there. It's crazy because my father would always tell me, you will never understand the amount of love I have for you and your siblings until you have a child one day. I thought of course I know how much he loves me. But then I had a child of my own, and realized, the love for your child is a love that can never be beaten.

As a teenager, I remember taking most things for granted. I don't think I realized how blessed I was to have both parents in my life. I don't think I realized that not everyone had amazing parents like mine. Growing up was a huge eye opener to the reality of things. I realized the amount of love I have in my life. I realized I was never alone. I don't think I could imagine not having my father in my life, period. He's always the first person I think to call when I need anyone, for anything. I know there is absolutely no love in this world, like a fathers love.

Like I mentioned before, I am not great with words, nor am I great at writing. I mentioned a couple of stories here that were significant to me out of the billions. I hope these little stories could show my father in the light that I view him as and the amazing person that he is.

Your Honor, I ask that you provide my father and our family with leniency when deciding on a sentence. We care so much about him, it would pain all of us very deeply to have him gone for too long.


**Chelsea Castro**

Exhibit A - 04

To: The Honorable Judge Gloria Navarro,

My name is Amelia Irene Marghella, I am the niece of Mario Castro, so I have known him my entire life. I was surprise to hear about his case, as he has always been a great role model, he has always been obedient and never caused any trouble, it is for this reason I am writing this letter of reference for my uncle Mario Castro. I understand the seriousness of this matter..

My uncle has always been there for me in good and bad times, always given me and my late brother advice and always on our case of behavior and school. To me he is not only my uncle but also a dad figuer. He was and is a hard working man, a family man. Can't remember a time that I needed anything and he wasn't there , if a needed questions asked he would never say he was busy, if I needed a job to help my husband support our kids, he would help me get a job.

I would never forget the time my brother past away, everyone was there my mom was destroyed no one could calm her down, as soon as my uncle Mario came into the room huged her she started to calm down , he helped spiritually, emotionally.

He is a great man I knew I could always count on him, and seeing him how he is with his children , that is one of the reasons why he is my first born's God father. When I got divorced he was also there told me everything was going to be ok, that he and the entire family was there.

Last year he was the first one to call me when I was diagnosed with Cancer, I didn't know how he found out, but that showed me that even tho we don't talk everyday or live in the same state he always knows what is going on and what I am going thru. I don't know what i would do without his advice, help, calls, smiles. To see him happy with everyone and especially his own family,  his wife, Children and grandchildren.

It is my sincere hope the court and your Honorable Judge Navarro, take this letter into consideration at the time of sentencing, despite the current case, I still believe my uncle Mario Castro to be an honorable individual member of our family and my life, and a good human being. Thank you for the time in reading this letter.

Sincerely:
Amelia Irene Marghella

Amelia I.Marghella



Dear Your Honor, Navarro,

I hope this letter finds you in good health and spirits. I am reaching out to you with a heavy heart, filled with immense gratitude and a plea for mercy. As I gather my thoughts to pen down this letter, I find myself overwhelmed with emotions, struggling to express the depth of my feelings.

From the very beginning of my life's journey, my family faced significant challenges. We were not born into privilege, and material possessions were scarce. However, it was the boundless love and sacrifices made by my parents that truly enriched our lives. Despite their own hardships, my parents ensured that my sister Caren and I never lacked affection, care or a sense of belonging. It's ironic, considering the current situation, that my dad would take postal trays so that we could have somewhere to sleep since they couldn't afford a crib or a bassinet.

I have vivid memories of my father's tireless efforts to provide for our family. Despite working long hours that kept him away from us during most of our waking moments, he made every precious minute count. He would whisk us away on spontaneous adventures, take us on family visits to Disneyland, and create joyful memories amidst our humble circumstances. He even enrolled me in karate classes, making sure I never missed a session because he knew how much it meant to me. Looking back, I now understand the extent to which my parents went to ensure our happiness and wellbeing, despite their financial struggles.

In the year 2000, fortune smiled upon my father when he was offered an opportunity to expand his business in Las Vegas. Fueled by his dreams of providing us with a better life, we packed our bags and embarked on a journey of hope and possibilities. My father's entrepreneurial spirit soared as he built Master Mailers into one of the largest Hispanic-owned companies in the state. It was a remarkable achievement for a man who had known humble beginnings.

However, our newfound financial success never clouded my father's perspective. He remained grounded, never flaunting our wealth, but instead channeling it towards giving back to the community. Whether it was offering his business as a venue for those in need or supporting local initiatives, my father's generosity knew no bounds. He co-founded a soccer league and organization that provided underprivileged children with an outlet, covering everything from uniforms to coaching. My dad's reputation as a giver became synonymous with his name, and his philanthropic endeavors left an indelible mark on our community, often times being sought out by perfect strangers because they had heard about him and his generosity. That's what my dad has been his entire life- a giver.

Exhibit A - 06

This phase of his life continued until about 2008 when the market crashed and my father lost his business. From there on out, we went back to a humble lifestyle as he tried his luck with other business ideas, including Digital Express. He struggled financially from there on out, but has never stopped being the same generous and hard working man.

Today, I stand firmly in my belief that my father is innocent, although the jury has already rendered its verdict and I respect it. Instead of pleading his case, I humbly implore you to consider the far-reaching consequences of the sentencing, particularly on my family, and most notably on my mother.

For years, this impending threat has cast a shadow of uncertainty over our lives, causing immeasurable pain and suffering. My mother, in her daily ritual of lighting a candle to the Virgin Mary, seeks solace from the overwhelming stress and anxiety inflicted by these circumstances. Meanwhile, my father, after his release from prison, pursued a career as a truck driver, obtaining his CDL and purchasing a truck to provide for our family. However, with his impending imprisonment, my mother faces the burden of truck-related debts and the loss of our home. She was forced to sell it just months before the housing market surged, resulting in a significant financial setback. Now, she can only rely on the bail money she used to secure my father's temporary release, uncertain of her ability to meet rent, put food on the table, and cover essential expenses.

As painful as it is to witness my family's financial struggles, the emotional toll weighs even heavier on our hearts. My father possesses extraordinary resilience and an unwavering strength that brings peace to those around him. Despite the challenges he has faced, he carries the burden gracefully, shielding us and everyone around him from the full extent of his own distress. This is his brightest quality and it is one that, through action, has taught me everything I have ever known about responsibility.

Mario Castro is a man of unwavering morals, family values, and responsibility. I implore you, Your Honor, to show mercy and compassion when considering the sentencing for my father. While the jury has made its decision, I humbly request that you take into account the broader context of his life, his contributions to the community, and the profound impact his absence would have on our family's well- being.

We need him now more than ever. Our lives have already been marred by the years of uncertainty, emotional distress, and financial struggle that we have endured. Granting my father a second chance would not only provide him with an opportunity to make amends but also offer us hope, healing and the chance to rebuild our lives as a family.

Exhibit A - 07

In conclusion, I express my deepest gratitude for considering my heartfelt plea. I trust in your wisdom, fairness, and compassion as you deliberate the fate of my father. May your decision be guided by the understanding of the love, strength, and invaluable contributions he has brought to our lives and many others.

With utmost sincerity, Mario Castro Jr

**Caren Cristina Castro**

Date:
06/10/2023 T0,

The Honorable Judge

# Dear Gloria Navarro:

I am writing this given my dear father Mario Castro. I want to bring to your light the kind of person that he is despite the graven allegations that he is being accused. I have known my father my whole life (34 years). He is lovable, kind and always teaching us what's right from wrong. He is true to his word and his enthusiasm has led to many good works in society.

I have a vague idea of the charges that he is facing, but looking at the current situation of us his family I would like to plead for leniency. He is well mannered gentleman and has been doing nothing but what has been asked from him. He reports when he must, he also works and supports all his family with emotional support as well.

I hope you look into this and consider this letter before passing on any verdict. Mario Castro is always working hard and bringing fruitful results to our society. I pray everything is done in good faith. If you need any additional information, feel free to contact me at my phone number or by email anytime.

Sincerely,

Caren Crisitina Castro

Exhibit A - 09

Dr. Tony E. H. Serna

June 17, 2023



To the Honorable Gloria Navarro,

I am writing this character letter to wholeheartedly endorse and commend Mr. Mario Castro, whom I have had the pleasure of knowing for the past 12 years. Over this extensive period, I have had the opportunity to witness firsthand Mario's exceptional qualities, both personally and professionally.

Mario is an outstanding individual of unwavering honor, and I hold him in the highest regard. Throughout our friendship, he has consistently exhibited honesty, integrity, and a strong sense of moral values. Mario's actions are guided by his deep-rooted principles, and he consistently demonstrates his commitment to ethical conduct in all aspects of his life. He is a man of honor, someone who can be trusted implicitly and relied upon in any situation.

Mario has consistently gone above and beyond all expectations, showing an exceptional level of care for his community. I have witnessed him generously providing financial support to his employees in times of need, paying for rent, medical bills, and groceries. His servant's heart and genuine concern for others are truly remarkable. Mario's dedication to caring for humanity and his commitment to obeying the law and trusting in our legal system make him a true American role model for future generations.

Mario possesses a genuinely warm and compassionate nature. He has a remarkable ability to empathize with others, offering support and guidance whenever it is needed. Mario's kindness and willingness to lend a helping hand have made a positive impact on the lives of many, including myself. He is a great listener and preacher of doing what is right and ethical.

I remember numerous instances where Mario has guided younger men to do the right thing and to obey the laws of our great country. He exemplifies a strong sense of responsibility and accountability, taking ownership of his actions and their consequences. His honorable nature is reflected in his interactions with others, as he treats everyone with kindness, compassion, and fairness. Mario's strong moral compass and impeccable ethical standards serve as an example for others to follow. His unwavering integrity and commitment to doing what is right make him an exceptional individual.

In summary, I have the utmost respect and admiration for Mario Castro. He possesses all the qualities of a true leader, friend, and role model. His dedication, integrity, and outstanding character make him an invaluable person to our society. As someone who served in the United States Marine Corps and defended our country in numerous conflicts, I truly believe Mario shares the same qualities as those of us who wore the uniform and were willing to die for our beautiful United States of America.

Should you require any further information or have any specific questions, please do not hesitate to contact me.

Sincerely,

Dr. Tony E Huerta Serna
GySgt US Marine Corps.

Exhibit A - 10

**Jesus Ivan Leon-Perez**

Date:

06/10/2023 TO,

The Honorable Judge

# Dear Gloria Navarro:

I am writing this reference for my father-in-law Mario Castro. I would like to tell you the type of person he is despite him being called to your attention. I have known him for the past 16 almost 17 years. He is a gentleman and true to his word. He is always helping people in society whom need it the most. He is a great father-in-law, father, grandfather, son, brother and husband.

Mario has several strengths I'd like to share. He has exceptional technical skills. For example, hardworking, honest, accountable and respectful. Mario is also a very fast learner as he is now a truck driver and does work hard for his family.

In conclusion, I would highly recommend leniency on Mario Castro. I pray everything is done in good faith. If you need any additional information, feel free to contact me at my phone number or by email anytime.

Sincerely,

Jesus Ivan Leon Perez

Exhibit A - 11



*"Print and Mail Simplified"*

From: Tony Melara,

To: Honorable Judge Gloria Navarro

Re: Mario Castro

First, I would like to introduce myself, my name is Tony Melara. I am the owner of Select Direct Enterprises in ▮▮▮▮▮▮▮▮

I would like to take this opportunity to describe the respect that I have for Mario Castro.

I have known Mr. Castro since 1992 when I was the superintendent of a company named Marketing Data Systems in the city of Orange, California he came to work for us after graduating from high School.

Mario Castro has always shown me a very good attitude and has been responsible. A few weeks after they hired him, I trained him to be a Shift Supervisor. It took less than a year, and he became the Second in Charge of the equipment maintenance department. After leaving Marketing Data he worked for a company that gave him higher responsibility and a better salary. Ever since we have always maintained a close friend relationship. I can assure you that he has always have been a hard worker, very responsible, family man, drug free person and respectful of the law and a good asset to the country work force.

for that reason, I ask from the bottom of my heart, to consider him and the opportunity to continue free to work to support his family and the economy of our country.

Tony Melara                *Tony Melara*        06/20/2023

Select Mailing Equipment

▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Exhibit A - 12

## US DISTRICT COURT, DISTRICT OF NEVADA

July 30, 2023

Gustavo Rangel



RE: DEFENDANT MARIO CASTRO

Dear Honorable Gloria Navarro,

My name is Gustavo Rangel and proud to offer my recommendation of Mario Castro to whom I have personally know for 18 years, of which I was his employee for 4 years, maintaining a cordial relationship through the years.

During my relationship with Mario Castro, I have experienced an individual who works hard, and carries himself in a polite, respectable manner. In addition, Mario Castro is a responsible, loving father and family-person who has always presented himself with levelheadedness and grace.

It's with great confidence that I recommended Mario Castro as someone who, I truly believe, possesses the character and judgment for the betterment of our community.

Please do not hesitate to contact me if you should require any further information.

Sincerely,

Gustavo Rangel

Scanned with CamScanner

Exhibit A - 13

08/30/2023

Javier Rivas



Honorable Juez Gloria Navaro

Mi nombre es Javier Rivas y conozco a los Hermanos CastroMario y Miguel) desde el 2003, He llevado una bonita Amistad basada en la confianza y la honestidad, nuestra amistad ha sido muy trasparente.

En el ano 2004 apoyaron mi programa ''lo de aqui lo de de alla'' en la 1440 am de la radio local.

Escuchaba personas que tenian familiars con problemas de adiccion alas drogas y se les daba un pase para mandarlos a Mazatlan Mexico a la Clinica promeasas de el Sr Andres Sarmiento donde se les daba un tratamiento de desintoxicacion por 45 y hasta 60 dias hospedados en esta clinica, los Hermanos Castro corrian con los gastos de estas personas sin optener nada a cambio.Visite su planta en inumerales ocasiones ,el trabajo de Casino que hacian era de la mas halta tegnologia ,podria mencionar su aficion por el soccer y participar con ninos que no tenian dinero para comprarse un Uniforme sin embargo ellos se hacian cargo de todos los gastos de estos Ninos.Es triste ver la situacion donde se encuentran y pido de la mas atenta manera que se considere los servicios que han aportado a nuestra sociedad y se les de una condena menor.

Mil gracias

Ate; Javier Rivas

### **Translation**

Your Honorable Judge Gloria Navarro,

My name is Javier Rivas and I have known the Castro brothers (Mario and Miguel) since 2003. I have had a beautiful friendship based on trust and honesty, our friendship has been very transparent.

In the year 2004, they supported my program, "lo de aqui lo de alla" on 1440 am on the local radio.

I have heard of people with family members with drug addiction problems and they were given a pass to send them to Mazatlan, Mexico to the Promises Clinic of Mr. Andres Sarmiento, where they were given a detoxification treatment for 45 and up to 60 days hospitalized in that clinic. The Castro brothers covered the expenses of those people without getting anything in return. I visited their location on numerous occasions, the casino work they did had the highest technology, I could mention his love for soccer and participating with kids that did not have money to buy a uniform, however, they would take care of all the costs for those children. It's sad to see the situation that they're in and I ask in the most attentive way, to consider the services they have contributed to our society and that they be given a lesser sentence.

Many Thanks,

Javier Rivas

Exhibit A - 14





Exhibit A - 016



Exhibit A - 017















Exhibit A - 024





Exhibit A - 026







Exhibit A - 029

