# EXHIBIT B

**GOVERNMENT EXHIBIT 260**

## Victim Check Payments Deposited Into Mailing Company Accounts

| # | Account | Summary Period | Victim Payments (Total) |
|---|---------|----------------|-------------------------|
| 1 | Pacific Data Awards (dba of Secure Data Service Inc.) Signer: Claudia E. Castro | 1/2014-5/2016 | $ 898,480 |
| 2 | Pacific Disbursement Reporting (dba of Advanced Allocation Systems, Inc.) Signer: Jose L. Mendez | 8/2013-12/2017 | $ 609,624 |
| 3 | Pacific Data Awards (dba of Secure Data Service, Inc.) Signer: Claudia E. Castro | 5/2012-1/2014 | $ 591,504 |
| 4 | Imperial Award Services (dba of Golden Products Service, Inc.) Signer: Salvador Castro | 7/2014-12/2017 | $ 521,362 |
| 5 | National Price Service Inc. Signer: Jose Carrillo (6/10/10) Signer: Claudia E. Castro (4/24/12) | 6/2010-8/2012 | $ 470,085 |
| 6 | Golden Products Services, Inc. Signer: Salvador Castro | 3/2014-12/2017 | $ 457,667 |
| 7 | Silver Products (dba of MKI Services Inc.) Signer: Omar Del Rio | 11/2010-9/2012 | $ 403,182 |
| 8 | Global Data Funding Inc. Signer: Maria Ramirez | 3/2016-1/2018 | $ 313,954 |
| 9 | Pacific Allocation Systems, Inc. Signer: Jose L. Mendez | 11/2016-12/2017 | $ 273,214 |
| 10 | Distribution Reporting Services (dba of Advanced Allocation Systems, Inc.) Signer: Jose L. Mendez | 2/2012-6/2015 | $ 264,029 |
| 11 | Special Money Managers Signer: Jose S. Castro | 5/2015-12/2017 | $ 218,043 |
| 12 | Funding Managers Inc. Signer: Jose Reyes | 5/2015-9/2017 | $ 212,828 |
| 13 | MMI (dba of Golden Products Service Inc.) Signer: Salvador Castro | 8/2015-12/2017 | $ 174,200 |
| 14 | Assets Unlimited (dba of PI Printing Corp.) Signer: Mario Castro (Jr.) | 1/2017-1/2018 | $ 172,848 |

## Victim Check Payments Deposited Into Mailing Company Accounts

| # | Account | Summary Period | Victim Payments (Total) |
|---|---------|----------------|-------------------------|
| 15 | Money Securities (dba of PI Printing Corp.) Signer: Mario Castro (Jr.) | 1/2017-1/2018 | $ 167,621 |
| 16 | Price Awards (dba of Marketing Image Direct) Signer: Miguel Castro | 7/2015-1/2018 | $ 108,254 |
| 17 | Silver Products (dba of MKI Services Inc.) Signer: Omar Del Rio | 8/2011-2/2014 | $ 102,522 |
| 18 | Distribution Reporting Services (dba of Advanced Allocation Systems, Inc.) Signer: Jose L. Mendez | 5/2015-7/2017 | $ 99,708 |
| 19 | Platinum Awards Service Signer: Ubaldo C. Torres | 5/2012-12/2013 | $ 94,182 |
| | Total Payments from Victims = $ 6,159,238 | | |

***<u>Note</u>: Source information located on page 3

# Sources for Victim Check Deposits

1 **Pacific Data Awards**- Bank of America xxx9540, Signer: Claudia E. Castro (1/22/14)- Gov. Exh. 102

2 **Pacific Disbursement Reporting**- Bank of America xxx8428, Signer: Jose L. Mendez (8/9/13)- Gov. Exhs. 102, 104, 106

3 **Pacific Data Awards**- JPMorgan Chase xxx2291, Signer: Claudia E. Castro (5/18/12)- Gov. Exh. 111

4 **Imperial Award Services**- Bank of America xxx4866, Signer: Salvador Castro (7/11/14)- Gov. Exhs. 101, 103, 106

5 **National Price Service**- JPMorgan Chase xxx4652, Signer: Jose Carillo(6/10/10), Signer: Claudia Castro (4/24/12) Gov. Exhs. 111, 114

6 **Golden Products Svcs.**- Inc., Bank of America xxx0346, Signer: Salvador Castro (3/17/14)- Gov. Exhs. 101, 103, 106

7 **Silver Products**- JPMorgan Chase xxx8055, Signer: Omar Del Rio (11/16/10)- Gov. Exh. 111

8. **Global Data Funding Inc**- Bank of America xxx4736, Signer: Maria Ramirez (3/24/16)- Gov. Exhs. 102, 104, 106, 107

9 **Pacific Allocation Systems, Inc**.- Bank of America xxx6983, Signer: Jose L. Mendez (11/18/16)- Gov. Exhs. 102, 104, 106

10 **Distribution Reporting Svc.**- Bank of America xxx1339, Signer: Jose L. Mendez (2/10/12)- Gov. Exh. 102

11 **Special Money Managers**- Bank of America xxx9193, Signer: Jose S. Castro (5/7/15)- Gov. Exhs. 102, 104, 106

12 **Funding Managers Inc.**-Bank of America xxx0411, Signer: Jose Reyes (5/8/15)- Gov. Exh. 102

13 **MMI**- Bank of America xxx1254, Signer: Salvador Castro (8/27/15)- Gov. Exhs. 101, 103, 106

14 **Assets Unlimited**- Bank of America xxx7115, Signer: Mario Castro (1/9/17)- Gov. Exhs. 102, 104, 106, 107

15 **Money Securities**- Bank of America xxx7128, Signer: Mario Castro (1/9/17)- Gov Exhs. 102, 106, 107

16 **Price Awards**- Bank of America xxx1646, Signer: Miguel Castro (9/21/16)- Gov. Exhs. 102, 104, 106, 107

17 **Silver Products**- Bank of America xxx7701, Signer: Omar Del Rio (5/7/12)- Gov. Exh. 108

18 **Distribution Reporting Svc**.- Bank of America xxx7977, Signer: Jose L. Mendez (10/17/15)- Gov. Exh. 102

19 **Platinum Awards Service**- JPMorgan Chase xxx1882, Signer: Ubaldo C. Torres (5/22/12)- Gov. Exh. 111