# EXHIBIT D

# Narine Gevorgyan

*Paralegal*
P.O. Box 7174
Northridge, CA 91327

---

Tel. (818) 430-5018    Fax. (818) 484-3736   e-mail: narineposh@outlook.com

August 15, 2023

Richard Tanasi, Esq.
Tanasi Law Offices
8716 W. Spanish Ridge Ave. Ste. 105
Las Vegas, NV 89148

Re:  United States v. Mario Castro (19-cr-295)
     Discovery Issues re Loss Computation

Dear Rich,

This letter addresses discovery related to the *Fennell* and *PacNET* databases.

*The Fennell Database:*

The *Fennell* database discovery was initially disclosed by the government sometime in 2020, prior to my assignment in this case.  It was disclosed in Production A-1, in a folder labeled "Burrow-Castro-PROD001-0005," Bates Gov2314-SFVol-00000001 thru 00261536.  My computer's "Property" function of this folder indicates that the discovery is comprised of 269,182 files and 307 individual folders, totaling the size of the combined files to 17.3 GB.  The database discovery was disclosed in "Data," "Images," "Natives," and "Text" formats.

The "*Data*" folder contains a few files saved in *.dat* and *.op* file extensions, none of which are common file extension.  My understanding from my intermediate knowledge of computers is that these files require proprietary software to open them.

The "*Natives*" folder contains over two thousand (2,000) files with *.dbs* file extensions, except several files are saved in excel.  I do not have any programs that will open *.dbs* file extensions.  Again, my understanding is that we will need special proprietary software to open these files. Quick online research revealed that files with *.dbs* file extension "contains a structural database created within SQLBase." (https://www.file-extension.org/extensions/dbs).

Re:     United States v. Mario Castro (19-cr-295)
        Page 2 of 4

The "*Images*" and "*Text*" folders contain PDF and Text files which I can open. From my review, I deduce that the files in these folders are the PDF and Text versions of the *.dbs* files. However, since we are talking about a "structural database" form of electronically stored information – the Fennell database – I am not able to discern the original organized and structured data based on these imaged PDF and Text files.

My understanding is that without proprietary software, we cannot review this data system created by Steven Fennell in a form in which it was created, stored, access, edited, and operated.

On July 21, 2023, the government produced an excel spreadsheet of the extracted data from the *Fennell* database (created on 6.21.23). The only information we have received about the creation of the *Fennell* database spreadsheet from the government is the following:



Re:    United States v. Mario Castro (19-cr-295)
       Page 3 of 4

### *The PacNet Spreadsheets*

On August 1, 2023, the government emailed all parties informing us that it has created two spreadsheets from PacNet's *RAVEN* database related to the alleged relevant-conduct losses and has shared the spreadsheets with John Ellis to be disseminated to us. I was not able to directly access the shared link embedded in the body of the email, because the folder was not shared with me. Thus, on August 3, 2023, I contacted John Ellis via email and was granted access to the shared files. When I downloaded and reviewed the files, I realized they were the same files as the *Fennell* database reproduction disclosed by the government on July 21, 2023. I then emailed John Ellis the same day inquiring about the two new "excel spreadsheets of transaction data from the PacNet RAVEN database" mentioned in the government's August 1st email. John replied, "*I can take a look. I simply downloaded what they provided and sent it. I'll see if there is anything missing.*"

On August 11, 2023, I followed up with John Ellis, and he replied, "*I downloaded the folder the government shared and provided all the materials as provided by the government to your team. If you feel there are missing materials, I suggest at this point asking the government to send you whatever you are missing directly to you.*"

On August 15, 2023, we received the PacNet spreadsheets directly from the government after your email to the government's counsel.

I conducted a keyword search in CasePoint for the *RAVEN* database but had no fruitful return.

Sincerely,

*[signature]*

NARINE GEVORGYAN
*Paralegal*