# EXHIBIT F

**Mailing Companies**

| Company Name | Year Opened | President | Mailbox Applicant | Bank Account Signer(s) |
|---|---|---|---|---|
| National Price Service, Inc. (NPS) | 2010 | Jose Carrillo (2010), Claudia Castro (2012) | Jose Carrillo | Jose Carrillo, Claudia Castro |
| Advanced Allocation Systems, Inc. (AAS) | 2012 | Jose Luis Mendez | Jose Luis Mendez | Jose Mendez |
| Distribution Reporting Services (dba of AAS) | 2012 | Jose Luis Mendez | Jose Luis Mendez | Jose Mendez |
| Pacific Disbursement Reporting (dba of AAS) | 2013 | Jose Luis Mendez | N/A | Jose Mendez |
| Price Awards (dba of Marketing Image Direct, Inc.) | 2012 | Mark Lee Jordan (2015), Miguel Castro (2012) | Mark Lee Jordan | Miguel Castro |
| Secure Data Service, Inc. (SDS) | 2012 | Claudia Castro (2012), Maria De Los Angeles Ramirez (2015) | Claudia Castro | Claudia Castro |
| Pacific Data Awards (dba of SDS) | 2013 | Claudia Castro | Claudia Castro | Claudia Castro |
| Golden Products Service, Inc. (GPS) | 2013 | Salvador Castro (2014), Jesus Garcia (2013,2016) | N/A | Salvador Castro |
| Imperial Award Services (dba of GPS) | 2014 | Jesus Garcia, Salvador Castro (Director) | Salvador Castro | Salvador Castro |
| MMI (dba of GPS) | 2015 | Salvador Castro | N/A | Salvador Castro |
| Montgomery Marketing Inn (dba of GPS) | 2015 | Salvador Castro | Spencer Garaycoa | Salvador Castro |
| Funding Managers, Inc. | 2015 | Jose Reyes | Jose Reyes | Jose Reyes |
| Global Data Funding, Inc. | 2015 | Maria De Los Angeles Ramirez | Maria De Los Angeles Ramirez | Maria Ramirez |
| Special Money Managers, Inc. | 2015 | Jose Silvestre Castro | Jose Castro | Jose Castro |
| Assets Unlimited (dba of Pi Printing Corp.) | 2016 | Mario Castro Jr. (CEO) | Mario Castro Jr. | Mario Castro Jr. |
| Money Securities (dba of Pi Printing Corp. | 2017 | Mario Castro Jr. (CEO) | Mario Castro Jr. | Mario Castro Jr. |
| Pacific Allocation Systems, Inc. | 2016 | Jose Mendez | Jose Mendez | Jose Mendez |

GOVERNMENT EXHIBIT 249

Sources: GX 79, GX 90, GX 92, GX 96, GX 97, GX 132, GX 135-139, GX 141, GX 142, GX 145, GX 146, GX 214, GX 215, GX 102 (GOV2314-BOA-00287990, GOV2314-BOA-00288282, GOV2314-BOA-00288292, GOV2314-BOA-00557488, GOV2314-BOA-00200360, GOV2314-BOA-00286657, GOV2314-BOA-00287771, GOV2314-BOA-00287872, GOV2314-BOA-00287952, GOV2314-BOA-00288025, GOV2314-BOA-00288184), GX 111 (GOV2314-JPMC-00001233, GOV2314-JPMC-00042220), GX 101 (USA-CASTROMISC-00001141)