# EXHIBIT G

```
                                                                    1

 1                    UNITED STATES DISTRICT COURT

 2                         DISTRICT OF NEVADA

 3

 4  UNITED STATES OF AMERICA,    )
                                 )  Case No. 2:19-cr-00295-GMN-NJK
 5          Plaintiff,           )
                                 )  Las Vegas, Nevada
 6       vs.                     )  APRIL 10, 2023
                                 )  8:32 A.M.
 7  MARIO CASTRO, et al.,        )  Courtroom 7D
                                 )
 8          Defendants.          )  JURY TRIAL - A.M. SESSION
                                 )
 9                               )
                                 )  C E R T I F I E D   C O P Y
10  _____ )

11

12
                  REPORTER'S TRANSCRIPT OF PROCEEDINGS
13
              BEFORE THE HONORABLE GLORIA M. NAVARRO
14                  UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20  COURT REPORTER:      Judy K. Moore, CRR, RMR
                         United States District Court
21                       333 Las Vegas Boulevard South
                         Las Vegas, Nevada  89101
22                       Judy_Moore@nvd.uscourts.gov

23

24  Proceedings reported by machine shorthand, transcript produced
    by computer-aided transcription.
25

                       UNITED STATES DISTRICT COURT
                         Judy K. Moore, RMR, CRR
```

3

I N D E X

DEFENDANT MARIO CASTRO OPENING STATEMENT
    By Mr. Tanasi, Page 42

DEFENSE WITNESSES:
  BARRY BOUCHIE
    Direct Examination by Mr. Tomsheck, Page 46
    Direct Examination by Mr. Gaffney, Page 64
    Direct Examination by Mr. Green, Page 70
    Cross-Examination by Mr. Finley, Page 74

| EXHIBITS | OFFERED | RECEIVED |
|---|---|---|
| Exhibit 283-B | 91 | 92 |
| Exhibit 283-C | 91 | 92 |

```
 1  and they send it out through the mail.
 2  Q.    Okay.  In fact, you said, "As the mailer, she controlled
 3  all aspects of the mass mailing campaign."  Those were your
 4  words, right?
 5  A.    I think so, yes.
 6  Q.    Okay.  So you're representing to a judge in order to get
 7  the right to search someone's house, their business, that Patti
 8  Kern controls all aspects of the mass mailing campaign?  That's
 9  what you said, right?
10  A.    Yes.
11  Q.    Okay.  You also said that Patti Kern had received cease
12  and desists before, right?
13  A.    Yes.
14  Q.    And throughout your investigation, that was readily
15  apparent, that she had received cease and desist notices from
16  the Federal Government numerous times, right?
17  A.    I think so, yes.
18  Q.    She actually received one directly, right?
19  A.    Yes.
20  Q.    And as a result of that, she actually opened up a
21  business in her husband's name, right?
22  A.    Yes.
23  Q.    And then that company was ultimately the recipient of a
24  cease and desist as well, correct?
25  A.    Yes.
```

1  Q.   And as a result, you said that she made a concerted
2  effort to remove her name from Kern syndicate documents, right?
3  A.   Yes.
4  Q.   And you said she did that to hide her leadership role,
5  right?
6  A.   True, yes.
7  Q.   Because when she was controlling all aspects of the mass
8  mailing campaign, she didn't want the Government to know it was
9  her, right?
10 A.   Yes.
11 Q.   And you'd agree with me, to do that, she had to utilize
12 other people, correct?
13 A.   Yes.
14 Q.   Do you know who Mario Castro is?
15 A.   Yes, I do.
16 Q.   This guy sitting right over here next to Mr. Tanasi,
17 right?
18 A.   Yes.
19 Q.   You understand I represent him, right?
20 A.   Yes, I do.
21 Q.   And as you sit here today, if you're telling us the truth
22 today, you also know that he has never received a cease and
23 desist notice from the Federal Government, right?
24 A.   To my knowledge, no.
25 Q.   Okay.  You were here during this trial when Patti Kern

```
                     2:19-cr-00295-GMN-NJK

1                       UNITED STATES DISTRICT COURT

2                            DISTRICT OF NEVADA

3

4   UNITED STATES OF AMERICA,     )
                                  )   Case No. 2:19-cr-00295-GMN-NJK
5               Plaintiff,        )
                                  )   Las Vegas, Nevada
6        vs.                      )   April 10, 2023
                                  )   1:07 p.m. to 4:11 p.m.
7   MARIO CASTRO, SALVADOR        )   Courtroom 7D
    CASTRO, MIGUEL CASTRO, and    )
8   JOSE LUIS MENDEZ,             )   JURY TRIAL, DAY 13, PM SESSION
                                  )
9               Defendants.       )   C E R T I F I E D   C O P Y
                                  )
10  _____)

11

12

13
           REPORTER'S TRANSCRIPT OF JURY TRIAL, DAY 13, PM SESSION
14              BEFORE THE HONORABLE GLORIA M. NAVARRO,
                     UNITED STATES DISTRICT JUDGE
15

16

17

18   APPEARANCES:       See next page

19

20

21
     COURT REPORTER:    Samantha N. McNett, RPR, CRR, CCR, CSR
22                      United States District Court
                        333 Las Vegas Boulevard South, Room 1334
23                      Las Vegas, Nevada  89101
                        Samantha_McNett@nvd.uscourts.gov
24

25   Proceedings reported by machine shorthand, transcript produced
     by computer-aided transcription.
```

1 **INDEX OF EXAMINATIONS**

2 **TESTIMONY OF BARRY BOUCHIE**
   Cross-Examination by Mr. Finley....................100
3  Redirect Examination by Mr. Tomsheck...............178

4                              * * *

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1  Q.  And then you also identify -- I think you told us they were
2  participants?
3  A.  I believe that's what we put in here, yes.
4  Q.  Okay.  You identified Mario Castro as a participant, right?
5  A.  I believe so.
6  Q.  Okay.  And Patti Kern is a coconspirator, right?
7  A.  Principal.
8  Q.  Okay.  All right.
9  A.  Coconspirator, true.
10 Q.  To take you back to my original questions, you would agree
11 that Kern make a concerted effort to remove her name from the
12 Kern syndicate, right?
13 A.  Yes.
14 Q.  To hide her leadership role in the mass mailing scheme,
15 right?
16 A.  Yes.
17 Q.  By relying on other individuals and front companies as will
18 be discussed below, right?
19 A.  Yes.
20 Q.  Okay.  You'd agree with me that in Government's
21 Exhibit 280, Patti Kern has removed her name from all that
22 stuff, right?
23 A.  Yes.
24 Q.  And you would agree with me that in Government's 280, if I
25 was drafting --