# EXHIBIT H

*2:19-cr-00295-GMN-NJK - March 28, 2023*

```
 1                IN THE UNITED STATES DISTRICT COURT

 2                      FOR THE DISTRICT OF NEVADA

 3   UNITED STATES OF AMERICA,   )
                                 ) Case No. 2:19-cr-00295-GMN-NJK
 4             Plaintiff,        )
                                 ) Las Vegas, Nevada
 5   vs.                         ) March 28, 2023
                                 ) 8:52 a.m. - 11:30 a.m.
 6   MARIO CASTRO, SALVADOR      ) Courtroom 7D
     CASTRO, MIGUEL CASTRO, and  ) JURY TRIAL, DAY 6,
 7   JOSE LUIS MENDEZ,           ) AM SESSION
                                 )
 8             Defendants.       )
     _____) C E R T I F I E D   C O P Y
 9

10              REPORTER'S TRANSCRIPT OF JURY TRIAL,
                        DAY 6, AM SESSION
11           BEFORE THE HONORABLE GLORIA M. NAVARRO
                UNITED STATES DISTRICT COURT JUDGE
12

13   APPEARANCES:

14   For the Government:  TIMOTHY T. FINLEY, ESQ.
                          DANIEL E. ZYTNICK, ESQ.
15                        U.S. Department of Justice
                          950 Pennsylvania Avenue, N.W.
16                        Washington, D.C. 20530
                          (202) 307-0050
17

18

19   (Appearances continued on pages 2 and 3.)

20

21   Court Reporter:    Amber M. McClane, RPR, CRR, CCR #914
                        United States District Court
22                      333 Las Vegas Boulevard South, Room 1334
                        Las Vegas, Nevada 89101
23                      (702) 384-0429 or AM@nvd.uscourts.gov

24   Proceedings reported by machine shorthand.  Transcript
     produced by computer-aided transcription.
25
```

Case 2:19-cr-00295-GMN-NJK   Document 669-9   Filed 03/29/23   Page 1 of 7

Patti Kern - Cont. Direct
2:19-cr-00295-GMN-NJK - March 28, 2023

1   going to prison because of what you were doing?
2   **A.**   Yes, sir.
3   Q.   Now, you said that in court.  Did you ever tell anybody
4   that at the time?
5   **A.**   Yes, I did.
6               **MR. FINLEY:**  Can we go to Government Exhibit 191,
7   which has already been admitted?
8               **COURTROOM ADMINISTRATOR:**  I don't have it as
9   admitted.
10              **MR. FINLEY:**  Oh.  My mistake.  I meant to admit that.
11  **BY MR. FINLEY:**
12  Q.   So is that an e-mail from you to somebody named
13  appeldar@yahoo.com?
14  **A.**   Yes, sir.
15  Q.   And is it dated May 15th, 2014?
16  **A.**   Yes.
17              **MR. FINLEY:**  Your Honor, I move to admit Government
18  Exhibit 191.
19       *(Government Exhibit No. 191, offered.)*
20              **THE COURT:**  Any objection to Exhibit 191?
21              **MR. TANASI:**  No.
22              **MR. GAFFNEY:**  No, Your Honor.
23              **MR. BROWN:**  No, Your Honor.
24              **MR. GREEN:**  No objection, ma'am.
25              **THE COURT:**  All right.  Exhibit 191 is admitted and

Case 2:19-cr-00295-GMN-NJK   Document 669-9   Filed 03/29/23   Page 12 of 37

Patti Kern - Cont. Direct
2:19-cr-00295-GMN-NJK - March 28, 2023

1   may be published to the jury.
2          (Government Exhibit No. 191, received.)
3   **BY MR. FINLEY:**
4   Q.   Okay.  So that's the e-mail.  We went over the top.  If
5   we could blow up that section at the very top with the "to"
6   and the "from."
7          So you're writing to somebody named
8   appeldar@yahoo.com.  Do you know who that is?
9   **A.**   She used to be my next-door neighbor.
10  Q.   And let's go to the first e-mail in time which is on the
11  second page.  So Darla writes "Hi, Patti" at the top.  Do you
12  see that?
13  **A.**   Yes, sir.
14  Q.   I'd like to direct your attention to the beginning of the
15  second paragraph.  If we could just blow up the sentence, "I
16  have been struggling to find a job for two years now."
17         Do you see that?
18  **A.**   Yes, sir.
19  Q.   Okay. And then if we go to I think what's the third
20  paragraph -- it's a little hard to tell -- but it starts, "I
21  have been thinking a lot."
22         Do you see that --
23  **A.**   Yes.
24  Q.   -- that line?
25         "I've been thinking a lot about how I can achieve

Case 2:19-cr-00295-GMN-NJK   Document 669-9   Filed 03/29/23   Page 13 of 87

Patti Kern - Cont. Direct
2:19-cr-00295-GMN-NJK - March 28, 2023

1   this goal. I was wondering if you would teach me the mail
2   business."
3           Do you see that?
4   A.  Yes.
5   Q.  Okay. And then you respond to that e-mail, don't you?
6   A.  Yes.
7   Q.  And is that on the first page?
8   A.  Yes.
9   Q.  Okay. Let's go to the first page again and blow up the
10  bottom half.
11          Okay. Darla. About the direct mail business,
12  unfortunately it sucks. People -- postal people have pretty
13  much shut down everyone -- shut everyone down that were
14  dealing in sweepstakes and reports like I was.
15          Did you write that sentence back to her?
16  A.  Yes, sir.
17  Q.  Is what you wrote true at the time?
18  A.  Yes, sir.
19  Q.  And you said I had to -- I think you meant to say
20  "sign" -- I had to sign a cease-and-desist order along with
21  some pretty large fines.
22          Had that happened?
23  A.  Yes, sir.
24  Q.  And then a couple lines down, I even tried it after that
25  putting everything in Michael's name, and he was shut down in

Case 2:19-cr-00295-GMN-NJK    Document 869-9   Filed 03/29/23   Page 14 of 87

Patti Kern - Cont. Direct
2:19-cr-00295-GMN-NJK - March 28, 2023

1    six months.
2             Do you see that?
3    **A.**   Yes, sir.
4    Q.   And did that actually happen?
5    **A.**   Yes, it did.
6    Q.   And a few lines down from that there's a sentence that
7    starts "To this day."
8             Can you find that sentence?
9    **A.**   Yes.
10   Q.   Could you read that sentence, please?
11   **A.**   To this day, I cannot have my name on anything or even
12   remotely close to a sweeps or sweeps report promotional
13   company.  Don't want to go to jail.
14   Q.   Okay.  And you say you don't want to go to jail?
15   **A.**   Yes.
16   Q.   And was that how you actually felt at the time?
17   **A.**   Yes, sir.
18   Q.   Could you read the next sentence, please?
19   **A.**   Right now I have a couple of Mexicans who have a printing
20   and letter shop of their own with their mailings for casinos,
21   et cetera.  And they know that I do not exist if anybody asks
22   what I'm doing there, even if it doesn't have to do with
23   sweeps.
24   Q.   Okay.  Let's take that sentence and talk about a couple
25   of things in there.

Case 2:19-cr-00295-GMN-NJK   Document 669-9   Filed 03/29/23   Page 15 of 81

Patti Kern - Cont. Direct
2:19-cr-00295-GMN-NJK - March 28, 2023

1    You mention that you were helping out with mailings
2    for casinos?  Is that true?  Were you doing that?
3    **A.**   No.
4    Q.   What were you really helping out with?
5    **A.**   Sweeps.
6    Q.   Why did you lie about that to Darla?
7    **A.**   Again, I wasn't supposed to be connected to that anymore.
8    Q.   And then I want to ask you about the phrase "they know I
9    do not exist."
10        What was that about?
11   **A.**   When this all started, that was part -- kind of -- that
12   was part of basically a verbal agreement that I didn't -- I --
13   I was not involved.
14   Q.   That was your deal?
15   **A.**   Yes.
16   Q.   Your friend, Darla, was she involved in this scheme in
17   any way?
18   **A.**   No, sir.
19   Q.   And you didn't want her to get involved in this type of
20   stuff?
21   **A.**   No, sir.
22   Q.   So you told your friend who wasn't involved in this that
23   you didn't want to go to jail.  Did you tell anybody else that
24   you didn't want to go to jail?
25   **A.**   Any -- the gentlemen that I was dealing with.