# EXHIBIT I

2:19-cr-00295-GMN-NJK

```
                  UNITED STATES DISTRICT COURT

                       DISTRICT OF NEVADA


UNITED STATES OF AMERICA,      )
                               )  Case No. 2:19-cr-00295-GMN-NJK
            Plaintiff,         )
                               )  Las Vegas, Nevada
       vs.                     )  April 3, 2023
                               )  1:05 p.m. to 4:04 p.m.
MARIO CASTRO, SALVADOR         )  Courtroom 7D
CASTRO, MIGUEL CASTRO, and     )
JOSE LUIS MENDEZ,              )  JURY TRIAL, DAY 9, PM SESSION
                               )
            Defendants.        )  C E R T I F I E D   C O P Y
                               )
_____)




     REPORTER'S TRANSCRIPT OF JURY TRIAL, DAY 9, PM SESSION
          BEFORE THE HONORABLE GLORIA M. NAVARRO,
                 UNITED STATES DISTRICT JUDGE




APPEARANCES:      See next page




COURT REPORTER:   Samantha N. McNett, RPR, CRR, CCR, CSR
                  United States District Court
                  333 Las Vegas Boulevard South, Room 1334
                  Las Vegas, Nevada  89101
                  Samantha_McNett@nvd.uscourts.gov


Proceedings reported by machine shorthand, transcript produced
by computer-aided transcription.
```

1  Q.  What did she tell you what was going on?
2  A.  She got a cease and desist and that she, basically, told me
3  this is all she knew how to do anymore and she had to keep
4  going somehow.
5  Q.  So she wanted to keep going on in spite of being ordered to
6  stop?
7  A.  Correct.
8  Q.  Did you have any suggestion for her about how she might be
9  able to do that?
10  A.  There's -- you can always find people to represent a
11  company and she had the money to -- to support it.
12      So I suggested -- she was thinking about using her
13  husband and other people, and I suggested at the time that
14  maybe she should use some of the Castros because they're
15  financially -- would gain from being partner with Patti.
16  Q.  You mentioned you can always find somebody to represent a
17  company.
18      What did you mean by that?
19  A.  You need somebody to -- I don't know if the term is straw
20  owner, but figurehead of the -- of a company, open the checking
21  accounts, open the business license, open the corporation, you
22  know, somebody to sign the paperwork, and it couldn't be Patti,
23  obviously, anymore.
24  Q.  She couldn't have her name on anything anymore, right?
25  A.  That's correct.

1  Q.  And you came up with the solution of maybe she should talk
2  to the Castros?
3  A.  That's correct.
4  Q.  Do you know which Castro she talked to first?
5  A.  From my understanding, she talked to Epi Castro first,
6  Epifaniel [sic] Castro.
7  Q.  Now, Epifanio, or Epi, Castro has been mentioned a few
8  times.  Who's he?
9  A.  He's one of the brothers of the Castros.
10 Q.  So he -- he was the brother of the three Castro defendants
11 in this courtroom?
12 A.  That's correct.
13 Q.  And were you there at that meeting she had with Epi Castro?
14 A.  No, I was not.
15 Q.  Do you know what happened after she had the meeting?
16 A.  At some point, she notified me that she was going to start
17 doing a company with Epi and we'll see work soon.
18 Q.  And did she know Epi Castro before you suggested that she
19 might have a conversation with him to solve her problem about
20 not being able to put name -- her name on things?
21 A.  Yes, Epi's company.  I can't remember what the name was at
22 the time.  He did all the printing of the forms and the
23 envelopes, pre-printing for us.
24 Q.  Was he the one who was doing the pre-printing in 2009 when
25 she was shut down?