# EXHIBIT J

```
 1                   UNITED STATES DISTRICT COURT

 2                        DISTRICT OF NEVADA

 3

 4  UNITED STATES OF AMERICA,    )
                                 )   Case No. 2:19-cr-00295-GMN-NJK
 5          Plaintiff,           )
                                 )   Las Vegas, Nevada
 6       vs.                     )   APRIL 4, 2023
                                 )   9:10 A.M.
 7  MARIO CASTRO, et al.,        )   Courtroom 7D
                                 )
 8          Defendants.          )   JURY TRIAL - A.M. SESSION
                                 )
 9                               )
                                 )   C E R T I F I E D   C O P Y
10  _____)

11

12
                 REPORTER'S TRANSCRIPT OF PROCEEDINGS
13
              BEFORE THE HONORABLE GLORIA M. NAVARRO
14                  UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20  COURT REPORTER:     Judy K. Moore, CRR, RMR
                        United States District Court
21                      333 Las Vegas Boulevard South
                        Las Vegas, Nevada  89101
22                      Judy_Moore@nvd.uscourts.gov

23

24  Proceedings reported by machine shorthand, transcript produced
    by computer-aided transcription.
25
```

```
1            MR. FINLEY:  Your Honor, mischaracterizes the
2   witness' prior answer.
3            THE COURT:  I don't remember what the witness' prior
4   answer was, so we'll let the jury decide.  What their
5   recollection is is what counts.
6   BY MR. GAFFNEY:
7   Q.   When you talked to Patti Kern, you talked about opening
8   up mailing companies, right?
9   A.   When I talked to Patti Kern, we talked about continuing
10  to do the work, yes.
11  Q.   Okay.  And that included opening up mailing companies?
12  A.   Yes.
13  Q.   And opening up bank accounts?
14  A.   That was Patti's end.
15  Q.   Okay, that was Patti's idea.  And opening up mailboxes?
16  A.   Again, I just wanted to have -- to keep my job going.
17  Q.   Okay.  So you had a self interest, right?
18  A.   Yes.  Working for the Castros, I wanted to keep my
19  current job.
20  Q.   And you directed Patti to talk to Epi, right?
21  A.   That's correct.
22  Q.   And Epi owned his own print shop, New Generation
23  Graphics?
24  A.   Yes.
25  Q.   None of the defendants work there, right?  None of these
```

```
 1                    UNITED STATES DISTRICT COURT

 2                          DISTRICT OF NEVADA

 3

 4   UNITED STATES OF AMERICA,   )
                                 )  Case No. 2:19-cr-00295-GMN-NJK
 5          Plaintiff,           )
                                 )  Las Vegas, Nevada
 6       vs.                     )  APRIL 4, 2023
                                 )  9:10 A.M.
 7   MARIO CASTRO, et al.,       )  Courtroom 7D
                                 )
 8          Defendants.          )  JURY TRIAL - A.M. SESSION
                                 )
 9                               )
                                 )  C E R T I F I E D   C O P Y
10  _____)

11

12
                   REPORTER'S TRANSCRIPT OF PROCEEDINGS
13
                 BEFORE THE HONORABLE GLORIA M. NAVARRO
14                    UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20   COURT REPORTER:     Judy K. Moore, CRR, RMR
                         United States District Court
21                       333 Las Vegas Boulevard South
                         Las Vegas, Nevada  89101
22                       Judy_Moore@nvd.uscourts.gov

23

24   Proceedings reported by machine shorthand, transcript produced
     by computer-aided transcription.
25

                         UNITED STATES DISTRICT COURT
                           Judy K. Moore, RMR, CRR
```

1  Q.    So, generally speaking, here's how the process works:
2  You provide some general information to Mike, right?
3  A.    Yes.
4  Q.    And the things that you provide might be, like, an old
5  promotion that you want Mike to rewrap?
6  A.    That's correct.
7  Q.    And you might provide, quote, unquote, rules for the new
8  promotion?
9  A.    Yes.
10 Q.    You might provide the start dates and the end dates?
11 A.    Any date for the rules, yes.
12 Q.    You might tell him what size you wanted the promotion to
13 be?
14 A.    Yes.
15 Q.    You would provide the address that the checks were going
16 to be mailed to?
17 A.    I helped facilitate the address.
18 Q.    ==Yeah.== ==And sometimes you even provided the actual==
19 ==language that went into the promotion?==
20 A.    ==Some edits may have been added to the promotion, yes.==
21 Q.    And so Mike takes all that information that you provide,
22 along with the form you provide, he puts it all together, and
23 he sends it back to you to review?
24 A.    That's correct.
25 Q.    And then one of two things happens.  Either you send it

1  you email it to Patti Kern for her review and approval?
2  A.    That's correct.
3  Q.    And you tell her, "Sent over the artwork for AAS-01 to
4  Edgar and Paco"?
5  A.    Yes.
6  Q.    And Edgar is who?
7  A.    Edgar is the general manager for Epi's company.
8  Q.    Okay.
9  A.    Paco is the pre-press man for --
10 Q.    Okay.  So you and Mike have created this promo, Patti has
11 blessed it, and now you're telling Patti you've sent it to
12 printing at Epi's place?
13 A.    Right.  I sent the artwork over, final artwork for
14 printing.
15 Q.    Okay.  In all of these emails, no one emails Mr. Mendez?
16 A.    That's correct.
17 Q.    No one even mentions Mr. Mendez?
18 A.    Doesn't look like it, no.
19 Q.    All right.  Let's talk about the second promotion.
20        MR. BROWN:  If we could look at 9005, please.
21 BY MR. BROWN:
22 Q.    All right.  Do you recognize these?
23 A.    Between myself and Patti Kern.
24 Q.    And at the bottom is who?
25 A.    Mike Ladomerszky again.

1  Q.   Right, Mike Ladomerszky again.  So the subject is AAS-02?
2  A.   That's correct.
3  Q.   That means the second promo for AAS?
4  A.   Yes.
5  Q.   And then there are parens, "PMS-06"?
6  A.   That's correct.
7  Q.   And what that means is you're using Patti Kern's
8  husband's sixth promotion and you're turning it into AAS's
9  second promotion?
10 A.   That's correct.
11 Q.   Okay.  So here's what you write to Mike Ladomerszky:
12 "Here is some more of the edits.  Of course, change to AAS
13 address and name," correct?
14 A.   That's correct.
15 Q.   And you want the word "check"?  You don't like the
16 European spelling there, I guess.  You want it C-H-E-C-K?
17 A.   Yes.
18 Q.   And then you suggest some changes to the language --
19 A.   That's correct.
20 Q.   -- right?
21      What do you tell him you want this to read instead?
22 A.   "Instead of wallet, it's a sponsored awards entitlement,
23 or something like that."
24 Q.   And then you suggest a dollar amount?
25 A.   That's correct.

```
 1  Q.    How much?
 2  A.    $2.5 million.
 3  Q.    And then you say, "Let me know if you need more copy on
 4  the edits, and I will type something up to copy and paste.
 5  It's the same old stuff.  Report to people register for
 6  millions in sponsored sweepstakes that have to be paid by law,
 7  blah, blah, blah"?
 8  A.    That's correct.
 9  Q.    So when you're talking about copy, what you're talking
10  about is the language that's going to go in this promotion,
11  right?
12  A.    Right, the paragraphs.
13  Q.    The paragraphs.
14        And you say to Mike, "Let me know if you need more
15  of this, and I will type something up"?
16  A.    Right.  Mike was good at the art but not the words.
17  Q.    You're good at the words?
18  A.    I learned the words through my 20 years of experience.
19  Q.    Right.  And in this, you're saying, "I'll type something
20  up"?
21  A.    If necessary, yes.
22  Q.    And then kind of in the middle of the page, Mike emails
23  you back, "Hey Sean, Here are the changes.  Let me know if
24  there are any others," right?
25  A.    That's correct.
```