# EXHIBIT K

2:19-cr-00295-GMN-NJK

```
                    UNITED STATES DISTRICT COURT

                         DISTRICT OF NEVADA


UNITED STATES OF AMERICA,      )
                               )   Case No. 2:19-cr-00295-GMN-NJK
             Plaintiff,        )
                               )   Las Vegas, Nevada
        vs.                    )   April 4, 2023
                               )   1:07 p.m. to 4:31 p.m.
MARIO CASTRO, SALVADOR         )   Courtroom 7D
CASTRO, MIGUEL CASTRO, and     )
JOSE LUIS MENDEZ,              )   JURY TRIAL, DAY 10, PM SESSION
                               )
             Defendants.       )   C E R T I F I E D   C O P Y
                               )
_____)
```

REPORTER'S TRANSCRIPT OF JURY TRIAL, DAY 10, PM SESSION
BEFORE THE HONORABLE GLORIA M. NAVARRO,
UNITED STATES DISTRICT JUDGE

APPEARANCES:       See next page

COURT REPORTER:    Samantha N. McNett, RPR, CRR, CCR, CSR
                   United States District Court
                   333 Las Vegas Boulevard South, Room 1334
                   Las Vegas, Nevada  89101
                   Samantha_McNett@nvd.uscourts.gov

Proceedings reported by machine shorthand, transcript produced by computer-aided transcription.

1  A.  During that time period, that is correct.
2  Q.  You might show up and they'd been there for a couple hours
3  and they went to breakfast, right?
4  A.  Yes.
5  Q.  You would have correspondence via e-mail and on the
6  telephone and through text message to all these different
7  vendors on the outside, right?
8  A.  Yes.  Including Mario, Miguel, Jose Luis Mendez.
9  Q.  Okay.  You'd agree with me they're not vendors on the
10 outside, right?
11 A.  That's correct.
12 Q.  Okay.  What did you say your job title was?
13 A.  Account manager was one of my titles.
14 Q.  Who gave you that title?
15 A.  It might have been myself at one point.
16 Q.  Yeah.
17     You give yourself the title of account manager, right?
18 A.  It's -- I had to put it on some paperwork at some point.
19 Q.  Okay.  And you're having correspondence.  We've seen
20 hundreds, if not thousands, of your e-mails with your name all
21 over them.
22     You agree with that, right?
23 A.  Yes.
24 Q.  You've seen those, too, right?
25 A.  Yes.

2:19-cr-00295-GMN-NJK

```
                       UNITED STATES DISTRICT COURT

                            DISTRICT OF NEVADA


UNITED STATES OF AMERICA,        )
                                 )   Case No. 2:19-cr-00295-GMN-NJK
            Plaintiff,           )
                                 )   Las Vegas, Nevada
     vs.                         )   April 4, 2023
                                 )   1:07 p.m. to 4:31 p.m.
MARIO CASTRO, SALVADOR           )   Courtroom 7D
CASTRO, MIGUEL CASTRO, and       )
JOSE LUIS MENDEZ,                )   JURY TRIAL, DAY 10, PM SESSION
                                 )
            Defendants.          )   C E R T I F I E D  C O P Y
                                 )
_____)
```

REPORTER'S TRANSCRIPT OF JURY TRIAL, DAY 10, PM SESSION
BEFORE THE HONORABLE GLORIA M. NAVARRO,
UNITED STATES DISTRICT JUDGE

APPEARANCES:      See next page

COURT REPORTER:   Samantha N. McNett, RPR, CRR, CCR, CSR
                  United States District Court
                  333 Las Vegas Boulevard South, Room 1334
                  Las Vegas, Nevada  89101
                  Samantha_McNett@nvd.uscourts.gov

Proceedings reported by machine shorthand, transcript produced by computer-aided transcription.

1  working in a letter shop with these four defendants from 2010
2  to 2018 didn't happen, right?
3  A.  I did work in a letter shop with them from -- full time
4  from 2010 to 2014.  Were they there full time?  No.
5  Q.  Okay.  You worked in a letter shop with Mario Castro from
6  2010 to 2014 full time.  Is that your testimony?
7  A.  I can't attest to that exactly those four years that he was
8  in every day, no.
9  Q.  Let's see if some of these things ring a bell for you.
10       You mentioned you knew he worked in a print shop doing
11 casino print work from 2001 to 2008, right?
12 A.  Yes.
13 Q.  The economy in Nevada took kind of a big bump in 2008,
14 right?
15 A.  That's correct.
16 Q.  And as a result, he left the casino print business and
17 started this Passion Agave tequila business in Mexico, right?
18 A.  Yes.
19 Q.  And that took place in 2009, right?
20 A.  It could have, yes.
21 Q.  So you have no idea if Mario Castro and Patti Kern are even
22 in the same country when she's getting served with her cease
23 and desist, right?
24 A.  That's correct.
25 Q.  You're aware that Mario's a mechanic by trade, right?

1  A. Yes, I remember that.
2  Q. You know that he's a very mechanically inclined person,
3  right?
4  A. That's correct.
5  Q. You know that he actually worked from 2010 to 2014 as a
6  mechanic, right?
7  A. No, I wasn't aware of that.
8  Q. Did he go to other businesses and perform mechanic duties
9  on their machinery, to your knowledge? Yes or no.
10 A. To my knowledge, no.
11 Q. Did he work rebuilding Ford Mustang automobiles in 2010 to
12 2014?
13 A. I remember one.
14 Q. Okay. You'd agree with me that in 2010 to 2014, he doesn't
15 own a print shop, right? You agree with that?
16 A. That he doesn't own it? Yes.
17         But, like, you brought up the Mustang. The Mustang
18 was in the shop.
19 Q. Okay.
20 A. In the letter shop.
21 Q. You would agree with me that Digital Express was a
22 corporate entity with a physical location, right?
23 A. Yes.
24 Q. You would agree with me that you worked in there sometimes,
25 yes?