# EXHIBIT Q

# Direct Payments to Salvador Castro

**Payor**

**Digital Express xxx9160**
Total Payments = Over $27,000

**Digital Express xxx9296**
Total Payments = Over $6,000

**New Generation Graphics xxx6126**
Total Payments = Over $20,000

**Also sent $ to Salvador Castro**
- MMI a dba of Golden Product Services xxx1254
- Golden Product Services Inc. xxx0346
- Imperial Award Services (dba of Golden Product Services) xxx4866
- Global Data Funding Inc. xxx4736
- Marketing Image Direct xxx1646

**Salvador Castro**

Total Received =

Over $71,000

Notes
- Not always known which account the payments were deposited into.
- Payment information is from the "Payor."
- Total Received does not include cash

**Sources:** Government Exhibits: 101, 102, 103, 104, 106, 107, 110, 264D1-4



GOVERNMENT EXHIBIT 264

Gov't Ex. 264
Page 1 of 6

# Direct Payments to Jose Luis Mendez

**Payor**

Digital Express xxx9160
Total Payments = Over $ 37,000

Digital Express xxx9296
Total Payments = Over $ 25,000

Distribution Reporting Svcs
(a dba of Advanced Allocation Systems Inc.)
xxx1339
Total Payments = Over $ 24,000

Jose Luis Mendez

Total Received =

Over $ 86,000

Jose Luis Mendez xxx0281

Total Cash Deposits = Over $35,000

**Sources**: Government Exhibits: 102, 106, 107, 264E1-4

Notes
- Not always known which account the payments were deposited into.
- Payment information is from the "Payor."
- "Total Received" does not include cash

# Direct Payments to Maria Castro

**Payor**

- Digital Express xxx9160
  Total Payments = Over $ 24,000

- Digital Express xxx9296
  Total Payments = Over $ 62,000

- New Generation Graphics xxx6126
  Total Payments = Over $ 3,000

→ Maria Castro

Total Received =

Over $ 89,000

**Sources**: Government Exhibits: 102, 106, 107, 110, 264F1-5

Notes
- Not always known which account the payments were deposited into.
- Payment information is from the "Payor."
- "Total Received" does not include cash

# Direct Payments to Miguel Castro

**Payor**

- Digital Express xxx9160
  Total Payments = Over $ 50,000

- Digital Express xxx9296
  Total Payments = Over $ 50,000

**Also sent $ to Miguel Castro**

- Assets Unlimited (dba of PI Printing) xxx7115
- Pacific Allocation Systems Inc., xxx6983
- New Generation Graphics Inc. xxx6126
- Funding Managers, Inc. xxx0411
- Special Money Managers xxx9193
- Money Securities (dba of PI Printing) xxx7128
- Global Data Funding xxx4736
- Imperial Award Services (dba of Golden Product Services) xxx4866
- Marketing Image Direct xxx1646
- Marketing Image Direct xxx1073

**Miguel Castro**

Total Received =

Over $ 140,000

**Sources**: Government Exhibits: 102, 104, 106, 107, 264B1-4

Notes
- Not always known which account the payments were deposited into.
- Payment information is from the "Payor."
- "Total Received" does not include cash

Gov't Ex. 264
Page 4 of 6

# Direct Payments to Marketing Image Direct



**Payor**

- Digital Express xxx9160
  Total Payments = Over $150,000

- Pacific Data Awards xxx9540
  (a dba of Secure Data Svc.)
  Total Payments = Over $220,000

- Golden Product Services xxx0346
  Total Payments = Over $50,000

- Distribution Reporting Svc. xxx1339
  (a dba of Adv. Allocation Systems)
  Total Payments = Over $160,000

- Pacific Data Awards xxx2291
  (a dba of Secure Data Svc.)
  Total Payments = Over $200,000

**Also sent $ to Marketing Image Direct**
- Digital Express xxx9296
- MMI a dba of Golden Product Services xxx1254
- New Generation Graphics Inc. xxx6126
- Promotional Marketing Solutions Inc. xxx9452
- Pacific Disbursement Reporting (dba of AAS) xxx8428
- Funding Managers, Inc. xxx0411
- Distribution Reporting Services (dba of AAS) xxx7977
- Imperial Award Services (dba of Golden Product Services) xxx4866
- Special Money Managers xxx9193

**Marketing Image Direct**

Total Received = Over $780,000

Notes
- Not always known which account the payments were deposited into.
- Payment information is from the "Payor."
- "Total Received" does not include cash

**Sources**: Government Exhibits: 101, 102, 103, 106, 107, 111, 264C
Gov't Ex. 264
Page 5 of 6

# Direct Payments to Mario Castro

**Payor**

Digital Express xxx9160
Total Payments = Over $ 66,000

Digital Express xxx9296
Total Payments = Over $ 22,000

Mario Castro

Total Received =

Over $ 88,000

**Sources**: Government Exhibits: 102, 106, 107, 264A1-5

Notes
- Not always known which account the payments were deposited into.
- Payment information is from the "Payor."
- "Total Received" does not include cash