**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:19-CR-295-GMN-NJK |
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| MARIO CASTRO, MIGUEL CASTRO, and JOSE LUIS MENDEZ, | |
| Defendants. | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture under Fed. R. Crim. P. 32.2(b)(1) and (b)(2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(p), based upon the jury verdict finding Mario Castro guilty of the criminal offenses, forfeiting specific property and imposing an in personam criminal forfeiture money judgment set forth in the Forfeiture Allegation of the Criminal Indictment and shown by the United States to have the requisite nexus to the offenses to which Mario Castro was found guilty. Criminal Indictment, ECF No. 1; Minutes of Jury Trial, ECF No. 740; Jury Verdict, ECF No. 749; Preliminary Order of Forfeiture, ECF No. 812.

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture under Fed. R. Crim. P. 32.2(b)(1) and (b)(2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 953(p), based upon the jury verdict finding Miguel Castro guilty of the criminal offenses, forfeiting specific property and imposing an in personam criminal forfeiture money judgment set forth in the Forfeiture Allegation of the Criminal Indictment and shown by the United States to have the requisite nexus to the

offenses to which Miguel Castro was found guilty. Criminal Indictment, ECF No. 1; Minutes of Jury Trial, ECF No. 740; Jury Verdict, ECF No. 751; Preliminary Order of Forfeiture, ECF No. 811.

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture under Fed. R. Crim. P. 32.2(b)(1) and (b)(2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(p), based upon the jury verdict finding Jose Luis Mendez guilty of the criminal offenses, forfeiting specific property and imposing an in personam criminal forfeiture money judgment set forth in the Forfeiture Allegation of the Criminal Indictment and shown by the United States to have the requisite nexus to the offenses to which Jose Luis Mendez was found guilty. Criminal Indictment, ECF No. 1; Minutes of Jury Trial, ECF No. 740; Jury Verdict, ECF No. 752; Preliminary Order of Forfeiture, ECF No. 810.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

The in personam criminal forfeiture money judgment amounts of $1,907,095 as to Mario Castro, $888,254 as to Miguel Castro, and $1,246,575 as to Jose Luis Mendez comply with *United States v. Lo*, 839 F.3d 777 (9th Cir. 2016); *Honeycutt v. United States*, 581 U.S. 443 (2017); *United States v. Thompson*, 990 F.3d 680 (9th Cir. 2021); and *United States v. Prasad*, 18 F.4th 313 (9th Cir. 2021).

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from August 11, 2023, through September 9, 2023, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication Exhibits, ECF No. 847-1, p. 5.

This Court finds the United States notified known third parties by regular mail and certified mail return receipt requested of their right to petition the Court. Notice of Filing Service of Process – Mailing, ECF No. 892.

On September 21, 2023, the United States Attorney's Office served Gage Muniz personally and as President, Secretary, Treasurer, and Director of Distribution Reporting Center, Inc., by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 892-1, p. 3, 8-27.

On September 21, 2023, the United States Attorney's Office served and attempted to serve Maria De Los Angeles Ramirez personally and as President, Secretary, Treasurer, and Director of Global Data Funding Inc., on Silverleaf Circle by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Tracking of the certified mail shows the mail has been moving through network since September 26, 2023. Neither mailing has been returned. Notice of Filing Service of Process – Mailing, ECF No. 892-1, p. 3, 8-23, 28-31.

On September 21, 2023, the United States Attorney's Office served Maria De Los Angeles Ramirez personally and as President, Secretary, Treasurer, and Director of Global Data Funding Inc., on Morning Mist Dr., by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 892-1, p. 3, 8-23, 32-35.

On September 21, 2023, the United States Attorney's Office served North American Disbursement Agency, Inc., c/o Secretary of State, by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 892-1, p. 3, 8-23, 36-38.

On September 21, 2023, the United States Attorney's Office served Golden Products Services, c/o Secretary of State, by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 892-1, p. 3, 8-23, 39-41.

On September 21, 2023, the United States Attorney's Office served and attempted to serve Jose L. Mendez personally and as President, Secretary, Treasurer, and Director of Pacific Allocation Systems Inc., by regular and certified return receipt mail with the

Preliminary Order of Forfeiture and the Notice. Tracking on the certified mail shows the letter is being returned to sender as unclaimed. Neither mailing has been returned. Jose Mendez has actual notice. Notice of Filing Service of Process – Mailing, ECF No. 892-1, p. 3-4, 8-23, 42-46.

On September 21, 2023, the United States Attorney's Office served Edgar Del Rio as President, Secretary, Treasurer, and Director of NSD Products, Inc., by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 892-1, p. 4, 8-23, 47-49.

On September 21, 2023, the United States Attorney's Office served and attempted to serve Mario Castro personally and as Registered Agent, President, Secretary, Treasurer, and Director of PI Printing Corp., by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. The certified mail was returned as unclaimed, not deliverable as addressed, unable to forward. The regular mail was not returned. Mario Castro has actual notice. Notice of Filing Service of Process – Mailing, ECF No. 892-1, p. 4, 8-23, 50-53.

On September 21, 2023, the United States Attorney's Office served and attempted to serve Jose Silvestre Castro personally and as President, Secretary, Treasurer, and Director of Special Money Managers, Inc., by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. The certified mail was returned as unclaimed, not deliverable as addressed, unable to forward. The regular mail was not returned. Notice of Filing Service of Process – Mailing, ECF No. 892-1, p. 4, 8-23, 54-57.

On September 21, 2023, the United States Attorney's Office served Engracia Medina personally and as President, Secretary, Treasurer, and Director for All American Awards, Inc., in Hemet, CA, by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 892-1, p. 4, 8-23, 58-60.

On September 21, 2023, the United States Attorney's Office served Engracia Medina personally and as President, Secretary, Treasurer, and Director for All American Awards,

Inc., in Huntington Beach, CA, by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 892-1, p. 4, 8-23, 61-63.

On September 21, 2023, the United States Attorney's Office served Salvador Castro by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 892-1, p. 5, 8-23, 64-66.

On September 21, 2023, the United States Attorney's Office served Donald J. Green as Counsel for Salvador Castro; Golden Products Service, Inc.; Golden Products Service Inc. DBA Imperial Award Services, DBA MMI, by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 892-1, p. 5, 8-23, 67-70.

On September 21, 2023, the United States Attorney's Office served and attempted to serve Mario Castro, Jr., by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Tracking on the certified mail shows the letter is being returned to sender as unclaimed. Neither mailing has been returned. Notice of Filing Service of Process – Mailing, ECF No. 892-1, p. 5, 8-23, 71-75.

On September 21, 2023, the United States Attorney's Office served and attempted to serve Jose Castro, Jr., by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. The certified mail was returned as unclaimed, not deliverable as addressed, and unable to forward. The regular mail was not returned. Notice of Filing Service of Process – Mailing, ECF No. 892-1, p. 5, 8-23, 76-79.

On September 21, 2023, the United States Attorney's Office served and attempted to serve Codi Kern by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. The certified mail was returned as not deliverable as addressed, unable to forward. The regular mail was not returned. Notice of Filing Service of Process – Mailing, ECF No. 892-1, p. 5, 8-23, 80-83.

/ / /

/ / /

On September 21, 2023, the United States Attorney's Office served Norma Del Rio by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 892-1, p. 5, 8-23, 84-86.

On September 21, 2023, the United States Attorney's Office served Jose Salud Castro, c/o Chris T. Rasumssen, by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 892-1, p. 5, 8-23, 87-90.

On September 21, 2023, the United States Attorney's Office served and attempted to serve Jose Salud Castro by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. The certified mail was returned as unclaimed, not deliverable as addressed, unable to forward. The regular mail was not returned. Notice of Filing Service of Process – Mailing, ECF No. 892-1, p. 6, 8-23, 91-94.

On September 21, 2023, the United States Attorney's Office served and attempted to serve Jesus Garcia personally and as President, Secretary, Treasurer, and Director of Golden Products Service, Inc., by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Tracking of the certified mail shows the mail has been moving through network since September 28, 2023. Neither mailing has been returned. Notice of Filing Service of Process – Mailing, ECF No. 892-1, p. 6, 8-23, 95-99.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending regarding the property named herein and the time has expired for presenting such petitions.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States:

1. $106,150;
2. $20,400.32;
3. $34,364;

with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(n)(7) and 853(p); that the money judgments shall be collected; and that the property and the collected amount shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that under Fed. R. Crim. P. 32.2(c) and 21 U.S.C. § 853(n)(7), all possessory rights, ownership rights, and all rights, titles, and interests in the real property are extinguished and are not recognized for Mario Castro, Miguel Castro, and Jose Luis Mendez and all third parties.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the government's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED _____October 30_____, 2023.

GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE